| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Eric Bensamochan, Esq. SBN 255482<br>The Bensamochan Law Firm, Inc.<br>2566 Overland Ave., Suite 650<br>Los Angeles, CA 90064<br>Telephone: (818) 574-5740<br>Email: Eric@eblawfirm.us<br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Proposed Counsel for Debtor and Debtor in Possession* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED<br><br><br><br>Debtor and Debtor-in Possession<br><br>Affects:<br><br>☐ Harshad & Nasir, Incorporated<br><br>☐ Senior Classic Leasing, LLC<br><br>☐ DFG Restaurants, Incorporated<br><br>☐ Second Star Holdings, LLC<br><br>☐ Third Star Investments, LLC<br><br>☒ Affects All Debtors | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11<br><br>Jointly Administered With:<br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: EMERGENCY MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) AND GRANTING RELATED RELIEF** |

PLEASE TAKE NOTE that the order titled **INTERIM ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) AND GRANTING RELATED RELIEF** was lodged on (*date*) 04/16/2026 and is attached. This order relates to the motion which is docket number 15.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm, Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA. 90064
Telephone: (818) 574-5740

Proposed Counsel for Debtor and
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:26-bk-11056-SC |
|---|---|
| SUN GIR INCORPORATED, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Jointly Administered With: |

Affects:

☐ Harshad & Nasir, Incorporated

☐ Senior Classic Leasing, LLC

☐ DFG Restaurants, Incorporated

☐ Second Star Holdings, LLC

☐ Third Star Investments, LLC

☒ Affects All Debtors

8:26-bk-11057-SC
8:26-bk-11058-SC
8:26-bk-11060-SC
8:26-bk-11061-SC
8:26-bk-11062-SC

**INTERIM ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) AND GRANTING RELATED RELIEF**

Date: April 9, 2026
Time: 1:30 p.m.
Crtm: 5C
      411 West Fourth Street
      Santa Ana, CA 92701

Upon the emergency motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of interim and final orders pursuant to section 363(c) of title 11 of the United States Code (the "Bankruptcy Code"): (i) authorizing the use of cash collateral; (ii) granting adequate protection; and (iii) granting related relief; and upon the Declaration of Harshad Dharod in support of the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and the Court having found that the Debtors have demonstrated that immediate and irreparable harm would result absent the relief requested herein pursuant to Bankruptcy Rule 6003; and that notice of the Motion was sufficient under the circumstances; and the Court having been advised that, as of April 15, 2026, the Debtors had approximately $1,065,656 in cash on hand across their operating accounts; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Debtors are authorized to use cash collateral on an interim basis solely as set forth herein.

2. The Debtors are authorized to use cash collateral to fund:

    a. payment of prepetition wages and employee obligations in accordance with the Court's order approving the wages motion;

    b. payment of McLane Company, Inc. ("McLane") in accordance with the Court's order approving the critical vendors motion; and

    c. payment of postpetition operating expenses incurred in the ordinary course of business, including payroll, rent, utilities, insurance, and inventory, through the continued hearing.

3. The Debtors shall not:

    a. make any payments to insiders or insider entities;

    b. pay any management fees; or

The Bensamochan Law Firm
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

c.  make any payments on account of prepetition obligations except as expressly authorized by this Order or other orders of the Court.

4. As adequate protection of Northern Trust's interests in the Collateral and Cash Collateral, Northern Trust is hereby granted replacement liens in and on postpetition property of the Debtors, including postpetition proceeds, products, offspring, rents, and profits of the prepetition collateral, to the maximum extent permitted by the Bankruptcy Code, with the same validity, priority, and extent as Northern Trust's prepetition liens, subject to further order of the Court.

5. As adequate protection of McLane's interests, to the extent McLane holds valid, perfected, and unavoidable liens in any Collateral or Cash Collateral, McLane is hereby granted replacement liens in and on postpetition property of the Debtors, including postpetition proceeds, products, offspring, rents, and profits of the prepetition collateral, to the maximum extent permitted by the Bankruptcy Code, with the same validity, priority, and extent as McLane's prepetition liens, subject to further order of the Court.

6. Northern Trust is hereby granted an allowed superpriority administrative expense claim under section 507(b) of the Bankruptcy Code, to the extent that the adequate protection granted herein proves insufficient, subject to further order of the Court.

7. The Debtors' use of cash collateral is authorized through April 23, 2026, at which time a further hearing shall be held at 11:00 am PST.

8. The Debtors shall provide to Northern Trust an interim cash flow forecast for the period through April 23, 2026, on or before April 13, 2026.

9. The Debtors shall provide a weekly variance report to Northern Trust comparing actual cash receipts and disbursements to the interim cash flow forecast during the interim period.

10. Nothing in this Order shall constitute a finding regarding the validity, priority, or extent of any alleged lien or claim, and all rights of the Debtors and parties in interest to challenge the same are expressly reserved.

11. All applicable banks and financial institutions are authorized, when requested by the Debtors, to receive, process, honor, and pay any and all checks, drafts, wires, and

The Bensamochan Law Firm
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

3

automated clearing house transfers issued by the Debtors, whether issued before, on, or after the Petition Date, provided that sufficient funds are available.

12. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

13. The requirements of Bankruptcy Rule 6003 are satisfied.

14. The stay imposed by Bankruptcy Rule 6004(h) is waived.

15. This Order shall be immediately effective and enforceable upon entry.

16. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Date: April 16, 2026

_____
Scott C. Clarkson
United States Bankruptcy Judge

**The Bensamochan Law Firm**
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

4

| In re: | CHAPTER: 11 |
|---|---|
| Sun Gir Incorporated | CASE NUMBER: 8:26-bk-11056 |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*) NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: EMERGENCY MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) AND GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 16, 2026    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 Eric Bensamochan Eric@eblawfirm.us
 United States Trustee ustpregion16.sa.ecf@usdoj.gov
 Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov
 William Schumacher wschumacher@winthrop.com
 Eric D Goldberg eric.goldberg@dlapiper.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  April 16, 2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  April 10, 2026  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                    **9013-3.1.PROOF.SERVICE**

| In re:<br>        Sun Gir Incorporated | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:26-bk-11056 |

John Youens-Crowe LLP john.youens@crowe.com

McLane Foodservice Inc c/o Alston & Bird-Jacob Johnson and Kennedy Bodnarek
Jacob.Johnson@alston.com
Kennedy.Bodnarek@alston.com

Freund: Sherry.W@Freundbakery.com

Sectran Security Inc spulido@sectransecurity.com

Flue Steam Inc. summer@fluesteam.com

Covina Properties LLC bettina@packagemore.com

The Wasserstrom Company reneepennington@wasserstrom.com

Hewlett-Packard Financial Services Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Orchid Bay LLC c/o Columbia Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Thu Apr 16 13:57:22 PDT 2026

Sun Cir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carl's Jr. Restaurants, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

End of Label Matrix
Mailable recipients    10
Bypassed recipients     2
Total                  12