ERIC BENSAMOCHAN, Esq.   SBN 255482
The Bensamochan Law Firm Inc.
2566 Overland Ave., Suite 650
Los Angeles, CA 90064
Tel: (818) 574-5740
Fax: (818) 230-1931
Email: eric@eblawfirm.us

Proposed Attorney for Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.  8:26-bk-11056-SC |
| | ) |
| | ) Chapter 11 |
| SUN GIR INCORPORATED, | ) |
| | ) Jointly Administered With: |
| Debtor and | ) |
| Debtor-in-Possession. | ) 8:26-bk-11057-SC |
| | ) 8:26-bk-11058-SC |
| | ) 8:26-bk-11060-SC |
| Affects: | ) 8:26-bk-11061-SC |
| | ) 8:26-bk-11062-SC |
| ☐ Harshad & Nasir, Incorporated | ) |
| ☐ Senior Classic Leasing, LLC | ) **NOTICE OF CONTINUED HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS, AND EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING CONTINUED USE OF PRE-EXISTING CASH MANAGEMENT SYSTEMS** |
| ☐ DFG Restaurants, Incorporated | ) |
| ☐ Second Star Holdings, LLC | ) |
| ☐ Third Star Investments, LLC | ) |
| ☒ Affects All Debtors | ) |
| | ) |
| | ) **Date**: May 13, 2026 |
| | ) **Time**: 1:30 p.m. |
| | .) **Ctrm**: 5C |
| | ) 411 West Fourth Street |
| | ) Santa Ana, California 92701 |
| | ) Or Via Zoom.gov |

1

On April 23, 2026,  the Court held a continued hearing on the Debtor's Emergency Motion for Entry of Order Authorizing Use of Cash Collateral on an Interim Basis, Emergency Motion for Interim and Final Orders Authorizing Continued Use of Pre-Existing Cash Management Systems and the Debtor's Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Claims of Critical Vendors. Eric Bensamochan, Esq. appeared on behalf of the Debtor-in-Possession, Sun Gir, Inc. All other appearances, if any, were noted on the record.

After consideration of the Motions and the representations made at the hearing, the Court ordered that the continued hearing on the Emergency Motion for Entry of Order Authorizing Use of Cash Collateral and Emergency Motion Authorizing Use of Pre-Existing Cash Management Systems to **May 13, 2026 at 1:30 PM PST**. Parties in interest may appear **via ZoomGov**. For detailed instructions on appearing via Zoom.Gov, please see the Judge Clarkson's instructions, marked as **Exhibit "A"** and review Judge Clarkson's publicly posted calendar at http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC prior to the hearing.

Date: April 23, 2026,                                    THE BENSAMOCHAN LAW FIRM, INC

                                                        By: /s/ Eric Bensamochan
                                                        Eric Bensamochan, Esq.
                                                        Proposed Attorney for the Debtor
                                                        and Debtor-in-Possession

# Exhibit A

**NOTICE RE VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR
JUDGE SCOTT C. CLARKSON'S CASES**

Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format holding hearings by video, with an option for in-person hearings for evidentiary hearings, trials and other matters specially set with Chambers' prior approval. Parties are directed to review Judge Clarkson's self-calendaring instructions for calendaring hearings, either by ZoomGov or in-person.

**IMPORTANT NOTICE REGARDING PROHIBITIONS OF PUBLIC
VIDEO AND AUDIO ACCESSIBILITY OF COURT MATTERS**

The Administrative Office of the United States Courts has now mandated that the Public may not observe **by video** any court proceedings unless they are actual parties or counsels with matters before the Court in which they have an official interest. However, as an accommodation to the Public, many court proceedings will still be accessible **by audio**. The audio accommodation is limited to (1) non-trials and (2) non-live witness hearings.

To be clear, during hearings where no live testimony is being received by the Court, the Court may permit accessibility by audio, but not video, to the Public. No trials may ever be accessible by audio to the Public. The Court is the final control regarding audio accessibility and may choose to terminate audio accessibility at any time, regardless of the type of hearing. These audio services are accessible through ZoomGov, and the Public may utilize the telephone number login, but not the video login, presented by the Court on its publicly posted hearing calendar, which may be viewed online at:  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

The Public may always personally attend open court for any proceedings before the Court. Our courtrooms are located in (Santa Ana) Courtroom 5C, United States Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California and (Riverside) Courtroom 126, United States Federal Courthouse, 3420 Twelfth Street, Riverside, California.

On virtual hearing days, the Santa Ana and Riverside courtrooms will remain open during proceedings for personal public and media attendance, so that the Courtroom observers will have access to ZoomGov participants. The Court will have video monitors on and viewable within the Courtroom for viewing. The parties, including counsels, their clients, and pro se individuals, may virtually join the hearing via ZoomGov. No testimony, however, will be permitted by ZoomGov unless specifically authorized by the Court either prior to, or during, the hearing.

For any matter set for an in-person hearing in which any responding or interested party does not want to appear in-person, with Chambers' prior approval, virtual appearances may be permitted utilizing ZoomGov, unless otherwise ordered by the Court. That party must contact Chambers at least seventy-two (72) hours prior to the hearing to arrange the virtual appearance.

Revised 09/18/23

ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at:  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

As noted above, hearing participants may view and/or listen to hearings before Judge Clarkson using ZoomGov free of charge.  Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone).  Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply).  Neither a Zoom nor a ZoomGov account are necessary to participate, and no pre-registration is required.  The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. Members of the general public, however, may only view the hearings from the Courtroom, which will remain open, or by audio access, as noted above.

 Important: All persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions. The Clerk of the Court maintains an audio recording of all proceedings, which recording constitutes the official record of those proceedings.

### Tips for a Successful ZoomGov Court Experience

1. Test the video and audio capabilities of your computer or mobile device in advance of the hearing (i.e., at least one day in advance).

   a. You can do this by clicking on the ZoomGov meeting link posting for the hearing and/or check your video and audio using the ZoomGov app.

2. If you intend to speak at the hearing, please find a quiet place from which to participate.

3. If you are connecting to the hearing using a wireless device, you should situate yourself in a location with a strong wireless signal.

4. Unless and until it is your turn to speak, please mute your audio to minimize background noise.

   a. If connected to ZoomGov audio by telephone, you can mute or unmute your connection by pressing *6 on your phone.

5. When you first speak—and each time you speak after someone else has spoken—please say your name.  This may seem awkward but is essential to making a good court record. The only part of the hearing being recorded is the audio.  If a transcript is requested, it is sometimes difficult for the transcriber to know who is speaking.

6. If you are participating by video, try to avoid having a window or bright background behind you. (You may, as a result, appear on video as a shadow.) If you cannot avoid the bright background, try using a desk lamp or other light source to brighten your face.

7. If you are participating by video using a personal computer, you may separately connect to the audio feed by telephone (for improved audio) using the call-in information provided for the hearing.

    a. If you do this, please connect to the video feed first. In the ZoomGov app, you will be assigned a Participant Code. Use this code to associate your video and audio feeds.

8. If available, a headset-microphone often provides better sound quality for listening and speaking.

9. Participants should at all times remember that although conducted remotely, these hearings are official court proceedings, and individuals should act accordingly.

    a. If video is enabled, please wear attire consistent with the decorum of court proceedings.

    b. ZoomGov permits the use of virtual backgrounds to safeguard your privacy. If you choose to use a virtual background, please avoid backgrounds that are offensive or distracting.

10. ZoomGov video participants are permitted to specify a display name. If using video, please specify your complete name to assist the Court in creating a record of the proceedings.

11. Please refer to the Zoom Video Hearing Guide, accessible from the Court's main page, for further information.

| In re:<br><br>    Sun Gir Incorporated | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:26-bk-11056 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*) <u>NOTICE OF CONTINUED HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS, AND EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING CONTINUED USE OF PRE-EXISTING CASH MANAGEMENT SYSTEMS</u>** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 24, 2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Eric Bensamochan <u>Eric@eblawfirm.us</u>
United States Trustee <u>ustpregion16.sa.ecf@usdoj.gov</u>
Kenneth Misken DOJ-UST <u>Kenneth.M.Misken@usdoj.gov</u>
William Schumacher <u>wschumacher@winthrop.com</u>
Eric D Goldberg <u>eric.goldberg@dlapiper.com</u>
Dustin P Branch <u>branchd@ballardspahr.com</u>
Nahal Zarnighian <u>zarnighiann@ballardspahr.com</u>
Michael John Agoglia  <u>michael.agoglia@alston.com</u>
Dustin P. Branch <u>branchd@ballardspahr.com</u>

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On  April 24, 2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (<u>state method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  April 24, 2026  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 24, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                           **9013-3.1.PROOF.SERVICE**

| In re:<br><br>Sun Gir Incorporated<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:26-bk-11056 |
| --- | --- |

John Youens-Crowe LLP john.youens@crowe.com

McLane Foodservice Inc c/o Alston & Bird-Jacob Johnson and Kennedy Bodnarek
Jacob.Johnson@alston.com
Kennedy.Bodnarek@alston.com

Freund: Sherry.W@Freundbakery.com

Sectran Security Inc spulido@sectransecurity.com

Flue Steam Inc. summer@fluesteam.com

Covina Properties LLC bettina@packagemore.com

The Wasserstrom Company reneepennington@wasserstrom.com

Hewlett-Packard Financial Services Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Orchid Bay LLC c/o Columbia Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Fri Apr 24 10:51:47 PDT 2026

McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carl's Jr. Restaurants, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

End of Label Matrix
Mailable recipients    13
Bypassed recipients     2
Total                  15