Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm, Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA. 90064
Telephone: (818) 574-5740

Proposed Counsel for Debtor and
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Jointly Administered With: |
| | 8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |
| Affects: | |
| ☐ Harshad & Nasir, Incorporated | |
| ☐ Senior Classic Leasing, LLC | |
| ☐ DFG Restaurants, Incorporated | **DECLARATION OF ALEX KALINSKY IN SUPPORT OF STORE CASH FLOW SCHEMATIC** |
| ☐ Second Star Holdings, LLC | |
| ☐ Third Star Investments, LLC | |
| ☒ Affects All Debtors | |

**The Bensamochan Law Firm**
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

## DECLARATION OF ALEX KALINSKY

I, Alex Kalinsky, declare as follows:

1.  I am the General Counsel of Sun Gir, Incorporated, the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 case ("Case"). I am also an officer, manager, or authorized representative of each of the affiliated debtors in these jointly administered cases (collectively, the "Debtors").

2.  I am familiar with the Debtors' day-to-day operations, business affairs, and financial condition.

3.  I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto.

4.  I am submitting this Declaration pursuant to the Court's directive at the hearing held on April 23, 2026, requiring the Debtors to provide the Court with a schematic to provide a complete understanding of the Debtors' cash flow structure and the movement of funds between stores and entities.

5.  Attached hereto as **Exhibit A** is a true and correct schematic identifying the Debtors' Carl's Jr. store locations, including each store number and address, and showing the flow of funds from point-of-sale receipts through the applicable depository accounts, operating accounts, payroll accounts, and holding accounts used in the Debtors' ordinary course operations.

6.  The schematic attached as **Exhibit A** accurately reflects the Debtors' zero-balance account structure and the daily movement of funds between store-level accounts and the applicable debtor entities for both the Southern California and Northern California operations.

7.  The Debtors submit this Declaration in compliance with the Court's directive, and the information reflected in **Exhibit A** is true and accurate to the best of my knowledge.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of April, 2026, at La Palma, CA.

_____
Alex Kalinsky

The Bensamochan Law Firm
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

3

# Exhibit A

# Carl's Jr Southern California Zero Balance Account Structure

**Senior Classic Leasing**
**General Acct (Southern Locations Holding Account)**
Operating Acct #1948

EOD daily cash sweep | Funded as needed
EOD daily cash sweep | Funded as needed
EOD daily cash sweep | Funded as needed
EOD daily cash sweep

**Harshad & Nasir**
**General Account**
Operating Acct #1069

**Sun Gir Inc**
**General Acct**
Operating Acct #1964

**DFG Restaurants**
**General Account**
Operating Acct #1905

**Senior Classic Leasing**
**Depository Acct**
Deposit Acct #1956

EOD daily cash sweep

EOD daily cash sweep | Funded as needed

EOD daily cash sweep | Funded as needed

Point-of-sale receipts | Point-of-sale receipts

**Harshad & Nasir**
**Depository Acct**
Deposit Acct #1042

**Sun Gir Inc**
**Depository Acct**
Deposit Acct #1972

**Sun Gir Inc**
**Payroll Acct**
Payroll Acct #1980

**DFG Restaurants**
**Depository Acct**
Deposit Acct #1913

**DFG Restaurants**
**Payroll Account**
Payroll Acct #1921

Point-of-sale receipts

Point-of-sale receipts

Point-of-sale receipts

| Store # | Address |
|---|---|
| 7372 | 5633 Whittier Blvd., Los Angeles |
| 7384 | 19400 Ventura Blvd., Tarzana |

| Store # | Address |
|---|---|
| 7373 | 1320 N. San Fernando Rd., Burbank |
| 7382 | 1124 W. Glenoaks, Glendale |

| Store # | Address |
|---|---|
| 7367 | 2400 S. Azusa, West Covina |
| 7392 | 2521 W. Commonwealth, Alhambra |
| 7487 | 7649 Van Nuys Bl./Keswick, Van Nuys |
| 7488 | 13151 Crossroads Pkwy S., City of Industry |
| 7495 | 485 N. Rosemead, Pasadena |

| Store # | Address |
|---|---|
| 7351 | 6310 Platt Ave./Victory, Woodland Hills |
| 7352 | 1625 Santa Anita Ave., S. El Monte |
| 7355 | 14344 Roscoe Bl/Lennox , Panorama City |
| 7359 | 18756 Sherman Way/Geyser, Reseda |
| 7360 | 1465 E. Colorado Blvd., Pasadena |
| 7361 | 14080 Francisquito, Baldwin Park |
| 7362 | 165 E. Duarte Rd., Arcadia |
| 7363 | 18237 Colima Rd., Rowland Heights |
| 7365 | 810 S. Grand, Glendora |
| 7366 | 19305 Victory Bll/Tampa, Reseda |
| 7368 | 5575 Woodman Ave./Burbank , Van Nuys |
| 7369 | 141 S. Diamond Bar Blvd., Diamond Bar |
| 7371 | 16815 Devonshire St./Petit , Granada Hills |
| 7374 | 12358 Washington Blvd, Whittier |
| 7375 | 1900 San Gabriel Blvd., San Gabriel |
| 7376 | 11509 Laurel Cyn/Kalisher , San Fernando |
| 7377 | 210 S. Hacienda Blvd., City of Industry |
| 7378 | 6457 Sepulveda Bl/Haynes, Van Nuys |
| 7379 | 9861 DeSoto Ave/Lassen, Chatsworth |
| 7380 | 505 W. Las Tunas, San Gabriel |
| 7381 | 10409 Whittier Blvd., Whittier |

| Store # | Address |
|---|---|
| 7383 | 20105 Saticoy St/Winnetka, Canoga Park |
| 7385 | 1400 Foothill Blvd., La Verne |
| 7386 | 3832 Peck Rd., El Monte |
| 7387 | 18090 W. Chatsworth St., Granada Hills |
| 7389 | 9505 Sepulveda Bl/Plummer, Sepulveda |
| 7391 | 2980 E. Workman Ave., West Covina |
| 7393 | 573 N. Azusa Ave., Covina |
| 7394 | 140 E. Foothill Blvd., Pomona |
| 7396 | 1302 Huntington Dr., Duarte |
| 7397 | 2030 Montrose Ave., Montrose |
| 7398 | 19782 E. Walnut Dr. N, City of Industry |
| 7400 | 21201 Sherman Way, Canoga Park |
| 7401 | 20900 Roscoe Bl/DeSoto, Canoga Park |
| 7402 | 8875 Glenoaks Blvd., Sun Valley |
| 7403 | 12653 Sherman Way, North Hollywood |
| 7489 | 1231 W. Caesar Chavez, Monterey Park |
| 7491 | 1190 W. Foothill Blvd., Azusa |
| 7492 | 1471 N. Montebello , Montebello |
| 7493 | 5166 Vineland, North Hollywood |
| 7494 | 15360 Whittier Blvd., Whittier |
| 7625 | 3215 N. Broadway, Los Angeles |
| 8150 | 6601 Lankershim Blvd, North Hollywood |

# Carl's Jr Northern California Zero Balance Account Structure



**Second Star Holdings, LLC**
**General Acct (Northern Locations Holding Account)**
Operating Acct #1077

EOD daily cash sweep

Funded as needed

EOD daily cash sweep

**Third Star Investments LLC**
**General Account**
Operating Acct #1867

**Second Star Holdings LLC**
**Depository Acct**
Deposit Acct #1093

EOD daily cash sweep

Point-of-sale receipts

**Third Star Investments LLC**
**Depository Acct**
Deposit Acct #1875

| Store # | Address |
|---------|---------|
| 861 | 3640 Industrial Drive, Santa Rosa |
| 862 | 495 Stony Point, Santa Rosa |
| 864 | 6460 Redwood Drive, Rohnert Park |
| 866 | 1000 Farmers Lane, Santa Rosa |

Point-of-sale receipts

| Store # | Address |
|---------|---------|
| 863 | 1037 Vine Street, Healdsburg |
| 7466 | 373 Aviation Blvd, Santa Rosa |
| 7780 | 15895 Dam Rd Exit, Clearlake |

| In re:<br>    Sun Gir Incorporated<br><br>                                       Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:26-bk-11056 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*) <u>DECLARATION OF ALEX KALINSKY IN SUPPORT OF STORE CASH FLOW SCHEMATIC</u>** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 29, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan Eric@eblawfirm.us
United States Trustee ustpregion16.sa.ecf@usdoj.gov
Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov
William Schumacher wschumacher@winthrop.com
Eric D Goldberg eric.goldberg@dlapiper.com
Dustin P Branch branchd@ballardspahr.com
Nahal Zarnighian zarnighiann@ballardspahr.com
Michael John Agoglia  michael.agoglia@alston.com
Jacob A. Johnson jacob.Johnson@alston.com
Dustin P. Branch branchd@ballardspahr.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On  April 29, 2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  April 29, 2026  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **9013-3.1.PROOF.SERVICE**

| In re:<br><br>Sun Gir Incorporated<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 8:26-bk-11056 |
|---|---|

Freund: Sherry.W@Freundbakery.com

Sectran Security Inc spulido@sectransecurity.com

Flue Steam Inc. summer@fluesteam.com

John Youens-Crowe LLP john.youens@crowe.com

Covina Properties LLC bettina@packagemore.com

The Wasserstrom Company reneepennington@wasserstrom.com

Hewlett-Packard Financial Services Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Orchid Bay LLC c/o Columbia Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Wed Apr 29 18:08:30 PDT 2026

MoLene Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Watt Laverne, LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carl's Jr. Restaurants, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

(u)Nydia Del Socorro Lazo

End of Label Matrix
Mailable recipients    14
Bypassed recipients     3
Total                  17