<table>
<tr><td>

Attorney Name, Address, Telephone and FAX

Eric Bensamochan, Esq.
The Bensamochan Law Firm, Inc.
2566 Overland Ave Suite 650
Los Angeles, CA. 90064
Tel: (818) 574-5740
Email: eric@eblawfirm.us

</td><td>

File with U.S. TRUSTEE Only

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

<table>
<tr><td>

In re:

  Sun Gir, Inc.

Debtor(s)

</td><td>

Chapter 11 Case Number

8:26-bk-11056-SC

</td></tr>
</table>

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1.   Name of Insider: | **Ben Zandi** |
| 2.   Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | **COO of Friendly Franchisees Corporation ("FFC"), the Debtors' affiliated management company** |
| 3.   Date when relationship with Debtor commenced: | **December 5, 2022** |
| 4.   Position title: | **COO** |
| 5.   Position Description: | **Oversee all operation, finance, accounting, AP, AR, Franchisor, Vendor relations , Lender relations** |
| 6.   Assigned Duties: | **Vendor performance, Operation performance, P&L review, Account payable check run, Invoice review, CKE Relations via operations and marketing, lender covenants** |
| 7.   Date employed in current position: | **December 5, 2022** |
| 8.   If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | **N/A** |
| 9.   Number of hours worked per week: | **60-70** |
| 10.  Total amount of compensation and payment interval: | **$262,500/yr, bi-weekly** |
| 11.  Breakdown of compensation (specify amount and payment interval. | **$10,096.15, bi-weekly** |
| Salary: | |
| Perquisites (total, detail below): | |

| | | |
|---|---|---|
| Revised September 2012 | INSIDER COMPENSATION (Page 1 of 2) | USTR16-12.0 |

| | |
|---|---|
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12.  Identify the source of the funds to be used to pay compensations specified in No. 10: | **revenue from the Debtors** |
| 13.  Date and amount of last increase in compensation: | **none** |
| 14.  Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | **N/A** |
| 15.  Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | **N/A** |
| Compensation: | |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:  4/30/2026

Harshad Dharod,  President
Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| In re:<br><br>Sun Gir Incorporated<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:26-bk-11056 |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF SETTING/INCREASING INSIDER COMPENSATION</u>** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  <u>April 30, 2026</u> , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan <u>Eric@eblawfirm.us</u>
United States Trustee <u>ustpregion16.sa.ecf@usdoj.gov</u>
Kenneth Misken DOJ-UST <u>Kenneth.M.Misken@usdoj.gov</u>
William Schumacher <u>wschumacher@winthrop.com</u>
Eric D Goldberg <u>eric.goldberg@dlapiper.com</u>
Dustin P Branch <u>branchd@ballardspahr.com</u>
Nahal Zarnighian <u>zarnighiann@ballardspahr.com</u>
Michael John Agoglia  <u>michael.agoglia@alston.com</u>
Jacob A. Johnson <u>jacob.Johnson@alston.com</u>
Dustin P. Branch <u>branchd@ballardspahr.com</u>
Neama Cory Barari <u>nbarari@caskeyholzman.com</u>

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On <u>April 30, 2026</u>  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593          ☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>April 30, 2026</u> I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                        **9013-3.1.PROOF.SERVICE**

| In re: Sun Gir Incorporated | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:26-bk-11056 |

Freund: Sherry.W@Freundbakery.com

Sectran Security Inc spulido@sectransecurity.com

Flue Steam Inc. summer@fluesteam.com

John Youens-Crowe LLP john.youens@crowe.com

Covina Properties LLC bettina@packagemore.com

The Wasserstrom Company reneepennington@wasserstrom.com

Hewlett-Packard Financial Services Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Orchid Bay LLC c/o Columbia Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                          **F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Thu Apr 30 11:23:00 PDT 2026

MeLene Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Watt Laverne, LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carl's Jr. Restaurants, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

(u)Nydia Del Socorro Lazo

End of Label Matrix
Mailable recipients    14
Bypassed recipients     3
Total                  17