# United States Bankruptcy Court
## Central District of California

In re    Sun Gir Incorporated _____    Case No.    8:26-bk-11056-SC
Debtor(s)    Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dharod Family Trust<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 30, 2026 _____    Signature _____
Harshad Dharod

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   Sun Gir Incorporated

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  8:26-bk-11056-SC

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................     $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................     $     11,786,410.59

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................     $     11,786,410.59

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $     18,870,418.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................     $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................     +$     108,693.31

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b     $     18,979,111.31

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Sun Gir Incorporated

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:26-bk-11056-SC

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Cathay Bank account ending in 3804 designated for deposit from sales. | Checking | 3804 | $0.00 |
| 3.2. | Cathay Bank account ending in 3748 used for operating expenses, including vendor payments. | Checking | 3748 | $0.00 |
| 3.3. | Cathay Bank account ending in 1080 designated as payroll account for payroll payments. | Checking | 1080 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
| | $0.00 |
| --- | --- |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Sun Gir Incorporated | Case number (If known) 8:26-bk-11056-SC |
|---|---|---|
| | Name | |

8.1.  Prepaid expenses per Debtor?s books and records. $757.00

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$757.00

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less: ___11,692,337.00___ − ___0.00___ = .... $11,692,337.00
face amount                          doubtful or uncollectible accounts

11a. 90 days old or less: ___1,872.00___ − ___0.00___ = .... $1,872.00
face amount                          doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$11,694,209.00

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Food and beverage inventory, valued at net book value. | | $12,616.00 | Net Book Value (NBV) | $12,616.00 |
| 22. | **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$12,616.00

24.  **Is any of the property listed in Part 5 perishable?**
☒ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Sun Gir Incorporated | Case number *(If known)* 8:26-bk-11056-SC |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Cisco Meraki networking equipment, including switches, related communications hardware, and associated software licenses used in the Debtor?s business operations as part of shared systems deployed across all Debtor locations, subject to lease/financing arrangements. | $0.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | Sun Gir Incorporated | Case number *(If known)* | 8:26-bk-11056-SC |
|---|---|---|---|
| | Name | | |

**47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Machinery, equipment, fixtures, and other property, valued at net book value per Debtor?s books and records.                                     $75,828.59                                           $75,828.59

---

**51.    Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| | |
|---|---|
| | $75,828.59 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. properties | | $0.00 | | $0.00 |
| 55.2.  Leasehold interest in non-residential real property located at 1320 N. San Fernando Blvd., Burbank, CA 91504, pursuant to a sublease with Carl?s Jr. Restaurants LLC for restaurant operations, as amended, with renewal options through December 31, 2027. | Leasehold interest | $0.00 | | $0.00 |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | Sun Gir Incorporated | Case number (If known) 8:26-bk-11056-SC |
|---|---|---|
| | Name | |

| 55.3. | Leasehold interest in non-residential real property located at 1124 W. Glenoaks Blvd., Glendale, CA 91202, pursuant to a sublease with Carl?s Jr. Restaurants LLC, with a current term expiring July 31, 2028. | Leasehold interest | $0.00 | | $0.00 |
|---|---|---|---|---|---|

**56.**   **Total of Part 9.**                                                                                                      $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** Franchise rights and related franchise fees associated with the Debtor?s restaurant operations under its franchise agreements and related arrangements. | $3,000.00 | Net Book Value (NBV) | $3,000.00 |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**                                                                                                     $3,000.00

Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

| Debtor | Sun Gir Incorporated | Case number (If known)  8:26-bk-11056-SC |
|---|---|---|
| | Name | |

☒ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor   Sun Gir Incorporated                                    Case number *(If known)*  8:26-bk-11056-SC
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $757.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,694,209.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $12,616.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,828.59 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,786,410.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,786,410.59 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sun Gir Incorporated

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:26-bk-11056-SC

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   McLane Foodservice, Inc

Creditor's Name

c/o Jacob Johnson
1201 West Peachtree St.
Atlanta, GA 30309

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
rInc

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**
Vendor

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Amount of claim | Value of collateral |
|---|---|---|
| 2.1 | $20,418.00 | $0.00 |

**2.2**   The Northern Trust Company

Creditor's Name

Describe debtor's property that is subject to a lien
Claim arising from loan obligations under that certain Tri-Party Agreement and related loan documents, pursuant to which the Debtor is jointly and severally liable with affiliated entities. Secured by a UCC-1 Financing Statement filed September 5, 2025, covering all assets of the Debtor (blanket lien), including without limitation accounts, deposit accounts, inventory, equipment, general intangibles, and proceeds. Total claim amount reflects the full outstanding indebtedness owed by all obligors.

Winthrop & Weinstine, P.A.
Chicago, IL 60603

Creditor's mailing address

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
09/05/2025

| | Amount of claim | Value of collateral |
|---|---|---|
| 2.2 | $18,850,000.00 | $0.00 |

Official Form 206D     **Schedule D: Creditors Who Have Claims Secured by Property**     page 1 of 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Sun Gir Incorporated    Case number (if known)    8:26-bk-11056-SC
_____
Name

**Last 4 digits of account number**
ated
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $18,870,418.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| The Northern Trust Company 50 South LaSalle Street Chicago, IL 60603 | Line  2.2 | rInc |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Sun Gir Incorporated__

United States Bankruptcy Court for the:    __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known)    __8:26-bk-11056-SC__

☐ Check if this is an
amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> Airgas USA, LLC <br> PO Box 734673 <br> Dallas, TX 75373 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $163.45 |
|  | **Date(s) debt was incurred** __03/2026__ | **Basis for the claim:** __Vendor__ | |
|  | **Last 4 digits of account number** __rlnc__ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> All Temperatures Controlled   Inc <br> 9720 Topanga Canyon Pl <br> Chatsworth, CA 91311 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $345.00 |
|  | **Date(s) debt was incurred** __03/2026__ | **Basis for the claim:** __Vendor__ | |
|  | **Last 4 digits of account number** __rlnc__ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> Cash Connect <br> 500 Creek View Rd., Ste 100 <br> Newark, DE 19711 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $167.40 |
|  | **Date(s) debt was incurred** __03/2026__ | **Basis for the claim:** __Vendor__ | |
|  | **Last 4 digits of account number** __rlnc__ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** <br> CDP Leasing <br> 1 Centerpointe Dr., Ste 400 <br> La Palma, CA 90623 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $6,027.90 |
|  | **Date(s) debt was incurred** __03/2026__ | **Basis for the claim:** __Vendor__ | |
|  | **Last 4 digits of account number** __rlnc__ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** <br> CKE <br> 6700 Tower Circle, Ste 1000 <br> Franklin, TN 37067 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $92,658.74 |
|  | **Date(s) debt was incurred** __2026__ | **Basis for the claim:** __Vendor__ | |
|  | **Last 4 digits of account number** __rlnc__ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Sun Gir Incorporated
        Name
                                               Case number (if known)    8:26-bk-11056-SC

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222.44 |

Envysion, Inc.
100 Superior Plaza Way, Suite 260
Louisville, CO 80027

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $419.50 |

Flue Steam, Inc.
5734 Bankfield Avenue
Culver City, CA 90230

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _226_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _ngir_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,566.93 |

Freund Baking Company
2050 S., Tubeway Ave.
Los Angeles, CA 90040

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $470.00 |

H&C Landscaping
c/o Carlos Herrera Lasso
14507 Rayen St
Panorama City, CA 91402

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.55 |

Hewlett-Packard Financial Services Co
PO Box 402582
Atlanta, GA 30384

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.16 |

HM Electronics, Inc.
PO Box 208713
Dallas, TX 75320

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,637.09 |

HumanaDental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58.00 |

McMillion & Hirtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _2026_
**Basis for the claim:** _Vendor_
**Last 4 digits of account number** _rlnc_
Is the claim subject to offset?    ☒ No    □ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Sun Gir Incorporated | Case number (if known) | 8:26-bk-11056-SC |
| --- | --- | --- | --- |
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.52

NuCO2
PO Box 417902
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,395.96

Sectran Security Inc.
10120 Slauson Avenue
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $473.67

Southland Environmental Services, Inc.
PO Box 86786
Los Angeles, CA 90086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.94

Staples Business Advantage
PO Box 660409
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,225.44

The Gas Company
PO Box C
Monterey Park, CA 91756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $136.00

The Pet Machine
8442 Alvarado Drive
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $740.60

The Wasserstrom Company
PO Box 933469
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/23/2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** 8691

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $224.02

Vestis Group, Inc.
22512 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Vendor

**Last 4 digits of account number** rlnc

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Sun Gir Incorporated | Case number (if known) | 8:26-bk-11056-SC |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $464.00 |
|---|---|---|---|

Xenial, Inc.
PO Box 930157
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Last 4 digits of account number** rInc

**Basis for the claim:** Vendor

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 108,693.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 108,693.31 |

**Fill in this information to identify the case:**

Debtor name      Sun Gir Incorporated

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:26-bk-11056-SC

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Tri-Party Agreement dated September 5, 2025 among Carl?s Jr. Restaurants LLC (Franchisor), The Northern Trust Company (Lender), and Sun Gir Incorporated and affiliated borrowers, governing franchise operations, lease rights, and secured financing arrangements related to restaurant business operations. | |
| | State the term remaining | Contingent upon Loan Maturity and Franchise Agreements | Carl's Jr. Restaurants LLC c/o Eric Goldberg, Esq. 2000 Avenue of the Stars, Ste 400 N Tower Los Angeles, CA 90067 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Sublease for Carl?s Jr. / Green Burrito restaurant located at 1320 N. San Fernando Blvd., Burbank, CA 91504 between Carl's Jr Restaurants, LLC. and Sun Gir Inc., as amended. Term extended through 12/31/2017 with renewal options through 12/31/2027. Current monthly rent approximately $2,873.75. | |
| | State the term remaining | 21 months remaining | Carl's Jr. Restaurants LLC c/o Richard G. Greenstein 1201 W Peachtree St., Ste 2800 Atlanta, GA 30309 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Sun Gir Incorporated | | | Case number (*if known*) | 8:26-bk-11056-SC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Sublease of non-residential real property located at 1124 W. Glenoaks Blvd., Glendale, CA 91202, by and between Carl?s Jr. Restaurants LLC (Sublandlord) and Sun Gir Incorporated (Subtenant), with a current term expiring on July 31, 2028. Monthly rent is approximately $13,332.00, plus additional rent and administrative fees. | |
|---|---|---|---|
| | State the term remaining | 28   months | Carl's Jr. Restaurants LLC c/o Richard G. Greenstein 1201 W Peachtree St., Ste 2800 Atlanta, GA 30309 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Non-cancelable equipment lease agreement No. 500-50676352 for Cisco Meraki networking hardware, related software licenses, and support services deployed across all Debtor locations and utilized in restaurant operations for the benefit of all six jointly administered Debtors. | |
|---|---|---|---|
| | State the term remaining | Approximately 44 months remaining. | Cisco Systems Capital Corporation 170 West Tasman Drive San Jose, CA 95134 |
| | List the contract number of any government contract | | |

| Debtor 1 | Sun Gir Incorporated | | | Case number *(if known)* | 8:26-bk-11056-SC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Financing Agreement No. 500-50746957 for Cisco Meraki software license renewals and related support services utilized across all Debtor locations for the benefit of all six jointly administered Debtors.

State the term remaining — 54 Months

List the contract number of any government contract

Cisco Systems Capital Corporation
170 West Tasman Drive
San Jose, CA 95134

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Fountain Beverage Supply, Equipment Lease, Marketing and Related Services Agreement with Coca-Cola North America (CCNA), a division of The Coca-Cola Company, pursuant to which CCNA supplies fountain syrups, leases and maintains beverage dispensing equipment, and provides marketing and funding programs. The agreement is administered through Friendly Franchisees Corporation as the centralized management entity for affiliated restaurant operations.

State the term remaining — Commenced April 6, 2022; long-term agreement with multiple funding and equipment programs extending through at least 2031

List the contract number of any government contract

Coca-Cola North America,
a Division of The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30301

Debtor 1  Sun Gir Incorporated

First Name          Middle Name          Last Name

Case number (*if known*)  8:26-bk-11056-SC



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | DoorDash Delivery & Promotion Agreement, as amended, including Marketplace and Drive Addendum, governing delivery, pickup, and digital ordering services for Carl?s Jr. operations, including commission-based fees, marketing, data sharing, and operational requirements. Debtor participates as an Eligible Franchisee under a master agreement administered by CKE Restaurants Holdings, Inc. | |
|---|---|---|---|
| | State the term remaining | Approximately 1?1.5 years (initial 2-year term from Amendment Effective Date), with automatic one-year renewals thereafter; terminable on 30 days? notice. | |
| | List the contract number of any government contract | | DoorDash, Inc<br>303 2nd Street, South Tower, Suite 800<br>San Francisco, CA 94107 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Franchisee Participation Agreement / Fountain Support Agreement dated March 6, 2023, effective January 1, 2023, with Dr Pepper/Seven Up, Inc. (Fountain Beverage Supplier) and related CKE Fountain Account. Provides rebate, marketing, equipment, and capital funding for fountain beverage products at franchise restaurant locations. | |
|---|---|---|---|
| | State the term remaining | Approximately 6 years and 9 months as of April 2, 2026 (expires December 31, 2032) | |
| | List the contract number of any government contract | | Dr. Pepper/Seven Up, Inc.<br>6425 Hall of Fame Lane<br>Frisco, TX 75034 |

| Debtor 1 | Sun Gir Incorporated | | Case number *(if known)* | 8:26-bk-11056-SC |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Envysion Master Customer Agreement, as amended, for video surveillance systems, software, and related services at multiple restaurant locations, entered into by Friendly Franchisees Corp., as administrator, for the benefit of Debtor pursuant to the Administrative Services Agreement.

State the term remaining

List the contract number of any government contract

Envysion, Inc.
100 Superior Plaza Way, Suite 260
Louisville, CO 80027

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Service agreement with Flue Steam, Inc. for exhaust system cleaning, fire system maintenance and inspection, and related compliance and emergency services for restaurant locations. Friendly Franchises, Inc. serves as the management company for affiliated franchise operations. Terminable upon 30 days? written notice.

State the term remaining

List the contract number of any government contract

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

Supply agreement for bakery products (including buns and related items) for restaurant operations, as amended, between Freund Baking Co. and Debtor.

State the term remaining

List the contract number of any government contract

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040

Debtor 1  Sun Gir Incorporated
_____
First Name    Middle Name    Last Name

Case number *(if known)*   8:26-bk-11056-SC
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement dated January 1, 2026, pursuant to which the Administrator provides management and administrative services for restaurant operations, including accounting support, insurance management, operations assistance, marketing support, and related services, in exchange for monthly administrative fees and reimbursement of extraordinary expenses, and to which the Debtor, together with DFG Restaurants Inc., Senior Classic Leasing, LLC, Harshad & Nasir Corporation, Second Star Holdings LLC, and Third Star Investments LLC, each a debtor in jointly administered Chapter 11 cases, are parties. | |
|---|---|---|---|
| | State the term remaining | Approximately 9 months remaining, expiring 12/31/2026, subject to automatic annual renewal. | Friendly Franchisees Corporation Central Street Management LLC 1 Centerpointe Dr., Ste 400 La Palma, CA 90623 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Online food ordering and delivery services agreement (Grubhub platform), as amended, under CKE franchisor framework, for delivery marketplace, pickup, and related platform services for debtor?s restaurant operations. | |
|---|---|---|---|
| | State the term remaining | Initial term through approximately October 2026, with one-year renewal option; subject to termination provisions. | Grubhub Holding, Inc. 111 W. Washington Street, Suite 2100 Chicago, IL 60602 |
| | List the contract number of any government contract | | |

| Debtor 1 | Sun Gir Incorporated | | Case number (*if known*) | 8:26-bk-11056-SC |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Merchant Processing Agreement and Equipment Purchase, Rental & Customer Owned Equipment Agreement for credit and debit card processing, electronic payment authorization and settlement, ACH settlement, chargeback processing, and provision, rental, and maintenance of point-of-sale equipment, including terminals, printers, readers, related hardware, and proprietary software. The agreement has an initial 36-month term with automatic renewals and is subject to termination upon notice or default, including early termination fees. | |
|---|---|---|---|
| | State the term remaining | 36-month initial term with automatic renewals; terminable upon notice or default. | |
| | List the contract number of any government contract | | Hartland Payment System, Inc. 616 N. Broadway Ave. Oklahoma City, OK 73102 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Software-as-a-service agreement for point-of-sale (POS) systems, including licensing, maintenance, help desk support, and related services for restaurant operations, entered into by Friendly Franchisees Corporation and its affiliates for the benefit of Debtor. | |
|---|---|---|---|
| | State the term remaining | Continuing agreement; subject to termination provisions. | |
| | List the contract number of any government contract | | Heartland Commerce, Inc 3420 Toringdon Way, Suite 400 Charlotte, NC 28277 |

| Debtor 1 | Sun Gir Incorporated | | Case number *(if known)* | 8:26-bk-11056-SC |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | Grease management and used cooking oil collection services agreement, including related container and trap services, for restaurant operations managed through Friendly Franchisees Corporation. | |
| | State the term remaining | Approximately 18 months remaining in initial term, with automatic month-to-month renewals thereafter. | |
| | List the contract number of any government contract | | One More Time, Inc. 4144 Bandini Boulevard Los Angeles, CA 90058 |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | Deposit Safe Three-Way Agreement relating to smart safe cash management and bank currency services. | |
| | State the term remaining | Continuing until terminated pursuant to agreement terms (no stated fixed expiration). | |
| | List the contract number of any government contract | | Sectran Security, Inc. 7633 Industry Avenue Pico Rivera, CA 90660 |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | Customer service agreement, as amended, for floor mat rental, replacement, and related merchandise services for debtor restaurant operations. | |
| | State the term remaining | Continuing month-to-month/holdover service relationship, terminable upon 30 days? written notice. | |
| | List the contract number of any government contract | | UniFirst Corporation 700 S. Etiwanda Avenue Ontario, CA 91761 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sun Gir Incorporated

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:26-bk-11056-SC

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | DFG Restaurants, Incorporated | 1 Centerpointe Dr., Ste. 400 La Palma, CA 90623 | The Northern Trust Company | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Harshad & Nasir, Incorporated | 1 Centerpointe Dr., Ste. 400 La Palma, CA 90623 | The Northern Trust Company | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Second Star Holding, LLC | 1 Centerpointe Dr., Ste 400 La Palma, CA 90623 | The Northern Trust Company | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Senior Classic Leasing, LLC | 1 Centerpointe Dr., Ste 400 90623 | The Northern Trust Company | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Third Star Investments LLC | 1 Centerpointe Dr., Ste. 400 La Palma, CA 90623 | The Northern Trust Company | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Sun Gir Incorporated

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:26-bk-11056-SC

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business | $1,187,186.00 |
| | ☐ Other | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Various vendors (see Exhibit A) | January 3, 2026 ? April 2, 2026 | $763,846.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Sun Gir Incorporated | Case number *(if known)* 8:26-bk-11056-SC |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

---

Official Form 207 — Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — page 2

| Debtor | Sun Gir Incorporated | Case number *(if known)* | 8:26-bk-11056-SC |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Bensamochan Law Firm<br>2566 Overland Ave., Suite 650<br>Los Angeles, CA 90064 | Attorney Fee $20,000.00Filing Fee: $1,738.00 | | $21,738.00 |

**Email or website address**
eric@eblawfirm.us

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Sun Gir Incorporated | Case number *(if known)*  8:26-bk-11056-SC |
| --- | --- | --- |

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Sun Gir Incorporated | Case number *(if known)*  8:26-bk-11056-SC |
|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Hartland Payment System, Inc.<br>616 N. Broadway Ave.<br>Oklahoma City, OK 73102 | N/A ? Entity processes merchant card transactions; records are maintained in the ordinary course of payment processing services. |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Sun Gir Incorporated                                      Case number *(if known)*  8:26-bk-11056-SC

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

⬛ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor     Sun Gir Incorporated                                                    Case number *(if known)*   8:26-bk-11056-SC

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        April 30, 2026

_____                              Harshad Dharod
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re    Sun Gir Incorporated                                         Case No.    8:26-bk-11056-SC
_____
Debtor(s)                          Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

For legal services, I have agreed to accept .................................................    $    _____

Prior to the filing of this statement I have received .......................................    $    _____

Balance Due ...............................................................................    $    _____

☒    **RETAINER**

For legal services, I have agreed to accept and received a retainer of..........................    $    21,738.00

The undersigned shall bill against the retainer at an hourly rate of...............................    $    625.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.  [List other services that counsel has agreed to provide]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 30, 2026                              /s/ Eric Bensamochan
_____            _____
*Date*                                     Eric Bensamochan 255482
                                           *Signature of Attorney*
                                           The Bensamochan Law Firm, Inc
                                           2566 Overland Ave., Suite 650
                                           Los Angeles, CA 90064
                                           (818) 574-5740   Fax: (818) 961-0138
                                           eric@eblawfirm.us
                                           _____
                                           *Name of law firm*

---