Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064
Tel.  (818) 574-5740

Proposed Counsel for Debtor and
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>SUN GIR INCORPORATED,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:26-bk-11056-SC<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |
| Affects:<br><br>☐  Harshad & Nasir, Incorporated<br>☐  Senior Classic Leasing, LLC<br>☐  DFG Restaurants, Incorporated<br>☐  Second Star Holdings, LLC<br>☐  Third Star Investments, LLC<br>☒  Affects All Debtors | **DECLARATION OF TIM SKILLMAN REGARDING UPDATED CASH FLOW ACTUALS, VARIANCE ANALYSIS, AND UPDATED LIQUIDITY INFORMATION**<br><br>**Date**: May 13, 2026<br>**Time**: 1:30 p.m.<br>**Ctrm**: 5C<br>  411 West Fourth Street<br>  Santa Ana, California 92701<br>  Or Via Zoom.gov |

- 1 –

**DECLARATION OF TIM SKILLMAN**

I, Tim Skillman, declare as follows:

1. I am a Partner at CR3 Partners, LLC ("CR3"), and the proposed Chief Restructuring Officer ("Proposed CRO") for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

2. I am authorized to submit this declaration on behalf of the Debtors.

3. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto.

4. I have reviewed the Debtors' books and records, cash receipts and disbursements information, banking activity, operating information, and updated liquidity forecasts. I am familiar with the Debtors' cash management systems, operational restructuring efforts, and ongoing liquidity monitoring processes.

5. I submit this declaration pursuant to the Court's April 23, 2026 order continuing the hearing on the Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral, which directed the Debtors to provide updated actual operating information and supplemental pleadings prior to the continued hearing.

6. Attached hereto as **Exhibit 1** is the Debtors' updated cash variance analysis and updated liquidity information comparing forecasted cash activity against actual operating results for the periods ending April 20, 2026 and May 4, 2026.

7. The variances reflected in **Exhibit 1** primarily result from timing differences associated with payroll processing, vendor payment timing, utility disbursements, insurance payments, ordinary-course operating fluctuations, and the timing of checks clearing the Debtors' bank accounts, as reflected in the commentary included in **Exhibit 1**.

The Bensamochan Law Firm
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

2

**The Bensamochan Law Firm**
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

8. The Debtors continue to actively engage in discussions with CKE, Northern Trust, critical vendors, and other stakeholders concerning operational restructuring efforts, liquidity stabilization, vendor arrangements, and ongoing operations. Due to the ongoing nature of those discussions and continuing operational developments, the Debtors presently believe that a rolling near-term cash forecast provides the most reliable projection of anticipated cash activity at this stage of these chapter 11 cases.[1]

9. Accordingly, the Debtors are presently providing updated near-term cash flow projections while continuing efforts toward a more stable longer-term operating framework.

10. The Debtors continue to operate their restaurant locations and business operations in the ordinary course, subject to ongoing liquidity constraints and restructuring efforts, while closely monitoring cash receipts, vendor obligations, payroll obligations, and operational expenditures on a daily basis.

11. The Debtors and their advisors continue to evaluate operational initiatives, vendor arrangements, liquidity needs, and restructuring alternatives in an effort to stabilize operations and preserve value for the estates and stakeholders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of May, 2026, at La Palma, CA.

*Timothy Skillman*
_____
Tim Skillman

---

[1] The Debtors presently believe that projections beyond the immediate near-term period would require assumptions subject to material uncertainty, including ongoing discussions with CKE, Northern Trust, critical vendors, and operational restructuring initiatives. The Debtors continue working toward a more stable longer-term forecasting framework and will supplement reporting as additional information becomes available.

# Exhibit 1

**Sun Gir, Inc.**
Cash Variance Analysis - 2 Weeks Ending 5/4/2026 - DRAFT
($000s)

| Period Ending / Actuals / Forecast / Favorable F / Unfavorable (U) Variance | Actuals ($) | Previous 3-Weeks Ending (4/20/2026) Forecast ($) | Variance $ F/(U) | Variance % F/(U) | Actuals ($) | Previous 2-Weeks Ending (5/4/2026) Forecast ($) | Variance $ F/(U) | Variance % F/(U) | Previous 2-Week Variance Commentary |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | 4,404 | 4,578 | (174) | -4% | 3,101 | 3,057 | 45 | 1% | Forecast includes sales tax collected and processing fees, which actuals are reflected in the Revenue line above |
| Other Income / Offsets | - | 363 | (363) | -100% | - | 178 | (178) | -100% | |
| **Total Collections** | **4,404** | **4,941** | **(536)** | **-11%** | **3,101** | **3,235** | **(133)** | **-4%** | |
| **Operating Disbursements** | | | | | | | | | |
| Sales Tax | - | (434) | 434 | 100% | (620) | (628) | 8 | 1% | Sales Tax payment inline with the forecast |
| COGS (Food & Paper) | (806) | (1,071) | 265 | 25% | (864) | (806) | (57) | -7% | Higher payment amounts for food and bakery items |
| Personnel | (1,018) | (1,406) | 388 | 28% | (829) | (1,035) | 205 | 20% | Timing of employee checks being cashed and clearing the bank account |
| Insurance (Medical, Dental, WC) | - | (122) | 122 | 100% | (102) | (167) | 65 | 39% | ~$60k was advanced in March (prepetition) to CDP Leasing for workers compensation insurance, and remaining balance paid 4/23 |
| Occupancy | (951) | (792) | (159) | -20% | (20) | (40) | 20 | 50% | Timing of property insurance payment which will be paid in following weeks |
| Utilities | (207) | (278) | 71 | 25% | (20) | (189) | 169 | 89% | Timing of checks clearing for utility providers |
| Marketing & Royalties | - | (475) | 475 | 100% | (368) | (323) | (45) | -14% | Higher than estimated payments |
| Repairs & Maintenance | - | (118) | 118 | 100% | (3) | (87) | 84 | 97% | Timing of checks clearing the bank |
| Operating Supplies & Other Store-Level | - | (110) | 110 | 100% | - | (93) | 93 | 100% | Timing of checks clearing the bank |
| G&A | (216) | (8) | (207) | -2,451% | (224) | (8) | (216) | -2,709% | Actuals include cleared vendor checks from prior weeks |
| Management Fees | - | (98) | 98 | 100% | (17) | (116) | 99 | 85% | Actuals only includes payroll approved by the court |
| **Total Operating Disbursements** | **(3,198)** | **(4,912)** | **1,714** | **35%** | **(3,068)** | **(3,493)** | **425** | **12%** | |
| **Operating Cash Flow** | **1,206** | **28** | **1,177** | **4,163%** | **34** | **(258)** | **292** | **113%** | |
| **Non-Operating Disbursements** | | | | | | | | | |
| Interest Expense | - | (66) | 66 | 100% | - | (89) | 89 | 100% | Timing. Interest was paid on 5/6/26 |
| Principal | - | (176) | 176 | 100% | - | - | - | 0% | |
| Professional Fees | - | (14) | 14 | 100% | - | (4) | 4 | 100% | Non-bankruptcy professionals unecessary for this period |
| BK Professional Fees | - | - | - | 0% | - | (90) | 90 | 0% | Timing. Funds to be transferred to BMO account week of 5/11 |
| Provision for Income Taxes | - | (10) | 10 | 100% | - | - | - | 0% | |
| Store Closures Benefit - Rent | - | - | - | 0% | - | - | - | 0% | |
| Store Closures Benefit - Cash flow before Rent | - | - | - | 0% | - | - | - | 0% | |
| **Total Non-Operating Disbursements** | **-** | **(266)** | **266** | **100%** | **-** | **(183)** | **183** | **100%** | |
| **Net Cash Flow** | **1,206** | **(238)** | **1,443** | **607%** | **34** | **(442)** | **475** | **108%** | |
| **Beginning Bank Balance** | **245** | **245** | **-** | **0%** | **1,450** | **1,450** | **-** | **0%** | |
| Net Cash Flow | 1,206 | (238) | 1,443 | 607% | 34 | (442) | 475 | 108% | |
| Outstanding Checks | (337) | - | (337) | 0% | (692) | (500) | (192) | -38% | Includes checks that have been issued but not cashed |
| **Ending Book Balance** | **1,113** | **7** | **1,106** | **15,981%** | **792** | **508** | **283** | **56%** | |

**Notes**
Previous 3-Weeks Ending (4/20/2026): The Company provided 3-week cash flow forecast ending 4/20/2026, which assumed collections and disbursements are allocated evenly across the period

| In re:<br><br>Sun Gir Incorporated<br><br><div align="right">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 8:26-bk-11056 |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF TIM SKILLMAN REGARDING UPDATED CASH FLOW ACTUALS, VARIANCE ANALYSIS, AND UPDATED LIQUIDITY INFORMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  May 08, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Eric Bensamochan Eric@eblawfirm.us
United States Trustee ustpregion16.sa.ecf@usdoj.gov
Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov
William Schumacher wschumacher@winthrop.com
Atle T. Saterbak asaterbak@winthrop.com
Andrew J. Steil asteil@winthrop.com
Eric D Goldberg eric.goldberg@dlapiper.com
Dustin P Branch branchd@ballardspahr.com
Nahal Zarnighian zarnighiann@ballardspahr.com
Michael John Agoglia  michael.agoglia@alston.com
Jacob A. Johnson jacob.Johnson@alston.com
Dustin P. Branch branchd@ballardspahr.com
Neama Cory Barari nbarari@caskeyholzman.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  May 08, 2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 08, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                    **9013-3.1.PROOF.SERVICE**

| In re: Sun Gir Incorporated | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:26-bk-11056 |

Freund: Sherry.W@Freundbakery.com

Sectran Security Inc spulido@sectransecurity.com

Flue Steam Inc. summer@fluesteam.com

John Youens-Crowe LLP john.youens@crowe.com

Covina Properties LLC bettina@packagemore.com

The Wasserstrom Company reneepennington@wasserstrom.com

Hewlett-Packard Financial Services Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Orchid Bay LLC c/o Columbia Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Fri May  8 16:31:25 PDT 2026

McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Watt Laverne, LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Carl's Jr. Restaurants, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

(u)Nydia Del Socorro Lazo


End of Label Matrix
Mailable recipients    14
Bypassed recipients     3
Total                  17