Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm, Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA. 90064
Telephone: (818) 574-5740

Proposed Counsel for Debtor and
Debtor-in-Possession



**FILED & ENTERED**

**MAY 15 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Jointly Administered With: |

Affects:

☐ Harshad & Nasir, Incorporated

☐ Senior Classic Leasing, LLC

☐ DFG Restaurants, Incorporated

☐ Second Star Holdings, LLC

☐ Third Star Investments, LLC

☒ Affects All Debtors

8:26-bk-11057-SC
8:26-bk-11058-SC
8:26-bk-11060-SC
8:26-bk-11061-SC
8:26-bk-11062-SC

**FINAL ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION CONTINUED USE OF PRE-EXISTING CASH MANAGEMENT SYSTEM AND GRANTING RELATED RELIEF**

Date: April 23, 2026
Time: 11:00 a.m.
Crtm: 5C
    411 West Fourth Street
    Santa Ana, CA 92701

Upon the emergency motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of interim and final orders authorizing, but not directing, the Debtors to continue operating their existing cash management system, maintain existing bank accounts and business forms, continue ordinary course intercompany transfers, waive certain requirements of section 345(b) of the Bankruptcy Code, and granting related relief,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Debtors are authorized to continue using their existing cash management system as described in the Motion.

3. The Debtors are authorized to maintain their prepetition bank accounts at Cathay Bank, BMO, and Commercial Bank.

4. The Debtors are authorized to continue using existing business forms, including checks and payment methods.

5. The Debtors are authorized to continue ordinary course intercompany transfers.

**IT IS SO ORDERED.**

**###**

Date: May 15, 2026

Scott C. Clarkson
United States Bankruptcy Judge

The Bensamochan Law Firm
2566 Overland Ave., Suite 650
Los Angeles, CA 90064