| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Agoglia<br>Cal bar No. 154180<br>Jacob A. Johnson<br>Ga. Bar No. 849407 (admitted pro hac vice)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>Telephone: 404-881-7000<br>Facsimile: 404-844-9026<br>michael.agoglia@alston.com<br>jacob.johnson@alston.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* McLane Foodservice, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Sun Gir Incorporated; Harshad & Nasir, Incorporated; Senior Classic Leasing, LLC; DFG Restaurants, Incorporated; Second Star Holdings, LLC; Third Star Investments LLC,<br><br>Debtor(s). | CASE NO.: 8:26-BK-11056-SC & Joint Adm,<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: **Select Chapter**   11 |
|---|---|
| <br><br>Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1.  Name(s) of appellant(s):  McLane Foodservice, Inc.

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:

    Oral ruling granting continued use of cash collateral through June 3, 2026.

2.  State the date on which the judgment—or the appealable order or decree—was entered: 05/13/2026

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  Debtors (Sun Gir Incorporated, Harshad & Nasir, Incorporated, et al.)

    Attorney:

    Eric Bensamochan, Esq. SBN 255482
    The Bensamochan Law Firm, Inc.
    2566 Overland Ave. Suite 650
    Los Angeles, CA. 90064
    Telephone: (818) 574-5740

2.  Party:  SEE ATTACHED FOR ADDITIONAL PARTIES.

    Attorney:

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

 /s/ Michael Agoglia                                                                                   Date: 5/22/2026
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

2.      Party: McLane Foodservice, Inc.

        Attorney:

        Michael John Agoglia
        Alston & Bird LLP
        55 Second St., Ste 2100
        San Francisco, CA 94105
        Phone: 415-243-1000

        Jacob A. Johnson
        Alston & Bird LLP
        1201 West Peachtree St
        Atlanta, GA 30309
        Phone: 404 881-7282

3.      Party: The Northern Trust Company

        Attorney:

        William J. Schumacher
        Winthrop & Weinstine, P.A.
        225 S. Sixth St., Ste 3500
        Minneapolis, MN 55402
        Phone: 612 604-6400

4.      Party: Carl's Jr. Restaurants, LLC

        Attorney:

        Eric D Goldberg
        DLA Piper LLP
        2000 Avenue of the Stars, Ste 400
        Los Angeles, CA 90067
        Phone: 310.595.3000

5.      Party: United States Trustee (SA)

        Attorney:

        Kenneth Misken
        Office of the United States Trustee
        411 W. Fourth St., #7160
        Santa Ana, CA 92701
        Phone: 714-338-3405

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ALSTON & BIRD LLP, 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071


A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  5/22/2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  5/22/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


 5/22/2026    /s/ Melanie Mizrahie _____    Melanie Mizrahie _____
*Date*          *Printed Name*                              *Signature*

## SERVICE LIST

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Michael John Agoglia**   michael.agoglia@alston.com
- **Neama Cory Barari**   nbarari@caskeyholzman.com
- **Eric Bensamochan**   eric@eblawfirm.us,
  G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch**   branchd@ballardspahr.com,
  carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Martin P Eramo**   MPEramo@aol.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-
  1103@ecf.pacerpro.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Atle T. Saterbak**   asaterbak@winthrop.com
- **William Schumacher**   wschumacher@winthrop.com,
  mfinley@winthrop.com;breznecheck@winthrop.com
- **Andrew J Steil**   asteil@winthrop.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian**   zarnighiann@ballardspahr.com,
  garciaej@ballardspahr.com;carolod@ballardspahr.com

### SERVED BY UNITED STATES MAIL:

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

1