Michael J. Agoglia
Cal Bar No. 154180
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
michael.agoglia@alston.com

Jacob A. Johnson
Ga. Bar No. 849407 (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 2100
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-844-9026
jacob.johnson@alston.com
*Attorneys for McLane Foodservice, Inc.*

**FILED & ENTERED**

**JUN 03 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

Sun Gir Incorporated,

                    Debtor.

_____

Affects:

☐ Sun Gir, Incorporated
☐ Harshad & Nasir, Incorporated
☐ Senior Classic Leasing, LLC
☐ DFG Restaurants, Incorporated
☐ Second Star Holdings, LLC
☐ Third Star Investments, LLC

☒ All Debtors

Case No. 8:26-BK-11056-SC

Chapter 11

Jointly Administered With:
8:26-BK-11057-SC
8:26-BK-11058-SC
8:26-BK-11060-SC
8:26-BK-11061-SC
8:26-BK-11062-SC

**ORDER (I) DIRECTING HARSHAD DHAROD, FRIENDLY FRANCHISEES CORPORATION,  AND CENTRAL STREET MANAGEMENT LLC TO APPEAR FOR EXAMINATION AND PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND (II) AUTHORIZING ISSUANCE OF SUBPOENAS DIRECTING SAME**

[No Hearing Required Pursuant to Local Bankruptcy Rules 9013-1(p) and 2004-1(c) and (d)]

The Court having read and considered the *Amended Motion for Order (I) Directing Harshad Dharod, Friendly Franchisees Corporation, and Central Street Management LLC to Appear for*

ORDER

LEGAL/51378585v1

*Examination and Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, and (II) Authorizing Issuance of Subpoenas Directing Same* ("Amended Motion") filed on June 1, 2026, as Docket Number 222 on the Court's docket and good cause appearing therefor,

IT IS ORDERED that:

1. The Amended Motion is granted as provided in this Order.

2. McLane is authorized to conduct Rule 2004 examinations of Harshad Dharod, Friendly Franchisees Corporation, and Central Street Management LLC.

3. McLane is authorized to issue subpoenas substantially in the form attached as Exhibits 1-3 to the Amended Motion, subject to the corrections and limitations in this Order. Before service, each subpoena must be completed to specify the date, time, and place of compliance and must otherwise comply with Federal Rule of Bankruptcy Procedure 2004(c), Federal Rule of Bankruptcy Procedure 2004(e), Federal Rule of Bankruptcy Procedure 9016, Federal Rule of Civil Procedure 45, and Local Bankruptcy Rule 2004-1(e), including any applicable witness-fee and mileage requirements.

4. The examinations and document production may proceed on June 26, 2026, or on another date specified in a subpoena properly issued and served in compliance with this Order and applicable rules, unless otherwise agreed by the parties or ordered by the Court.

5. The examinations and document production shall concern the topics and document requests listed in Attachments A-1, A-2, and A-3 to Exhibits 1-3 to the Amended Motion.

6. Friendly Franchisees Corporation and Central Street Management LLC shall each designate one or more knowledgeable representatives to appear for examination on behalf of the entity.

*///*

- 2 -

ORDER

LEGAL/51378585v1

7. This Order authorizes discovery only. The Court makes no findings regarding the merits of any potential claim, defense, avoidance action, breach of fiduciary duty claim, substantive consolidation theory, or other remedy identified in the Amended Motion, and makes no findings regarding the truth of the factual allegations in the Amended Motion.

**IT IS SO ORDERED.**

###

Date: June 3, 2026

Scott C. Clarkson
United States Bankruptcy Judge

- 3 -
ORDER

LEGAL/51378585v1