

FILED & ENTERED

JUN 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Sun Gir Incorporated,<br><br><div align="right">Debtor and<br>Debtor-in-Possession.</div> | Case No.: 8:26-bk-11056-SC<br><br>CHAPTER 11<br><br>**ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**<br><br>Date:         June 3, 2026<br>Time:         1:30 p.m.<br>Courtroom:  5C |
| ☐ Affects Harshad & Nasir, Incorporated<br>☐ Affects Senior Classic Leasing, LLC<br>☐ Affects DFG Restaurants, Incorporated<br>☐ Affects Second Star Holdings, LLC<br>☐ Affects Third Star Investments, LLC<br>☒ Affects All Debtors | |

On June 3, 2026, at 1:30 p.m., the Court held a hearing on the Order to Show Cause regarding appointment of a Chapter 11 trustee under 11 U.S.C. § 1104(a) or conversion to Chapter 7 under 11 U.S.C. § 1112(b) [Dk. 173] ("Order to Show Cause" or "OSC"), the Debtors' continued use of cash collateral, the motion regarding the Covina

-1-

Properties lease [Dk. 109], and the motion regarding the Carl's Jr. Arcadia sublease [Dk. 141]. Appearances were made as stated on the record.

The Court has considered the OSC, the responses, replies, evidentiary submissions, and other papers filed in connection therewith, the record in these jointly administered Chapter 11 cases, and the statements and arguments made on the record at the June 3, 2026 hearing. The Court has also reviewed the filings and other materials before the Court, including the Debtors' cash-collateral filings, cash-management filings, amended schedules, stakeholder responses, lease-rejection filings, related papers, and the docket as a whole.

For the reasons stated on the record at the June 3, 2026 hearing, and based on the totality of the evidence and circumstances before the Court, the Court determines that appointment of a Chapter 11 trustee is warranted under 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2). The Court further determines that appointment of a Chapter 11 trustee, rather than conversion to Chapter 7 at this time, is in the best interests of creditors and the estates.

Accordingly, the Court orders as follows:

1. A Chapter 11 trustee shall be appointed in these jointly administered Chapter 11 cases.

2. The United States Trustee shall appoint a Chapter 11 trustee forthwith pursuant to 11 U.S.C. § 1104(d).

**IT IS SO ORDERED.**

**###**

Date: June 3, 2026

Scott C. Clarkson
United States Bankruptcy Judge