| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, Esq. SBN 255482<br>The Bensamochan Law Firm, Inc.<br>2566 Overland Ave., Suite 650<br>Los Angeles, CA 90064<br>Telephone: (818) 574-5740<br>Email: Eric@eblawfirm.us<br><br>☐ Individual *appearing without an attorney*<br>☒ *Proposed Counsel for Debtor and Debtor in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>SUN GIR INCORPORATED<br><br><br><br>Debtor and Debtor-in Possession<br><br>Affects:<br><br>☐ Harshad & Nasir, Incorporated<br><br>☐ Senior Classic Leasing, LLC<br><br>☐ DFG Restaurants, Incorporated<br><br>☐ Second Star Holdings, LLC<br><br>☐ Third Star Investments, LLC<br><br><br>☒ Affects All Debtors | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11<br><br>Jointly Administered With:<br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION TO REJECT A CERTAIN UNEXPRIED SUBLEASE OF NONRESIDENTIAL REAL PROPERTY LOCATED AT 165 E. DUARTE RD. ARCADIA, CA. 91006 (STORE NUMBER 7362)** |

PLEASE TAKE NOTE that the order titled: **ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION TO REJECT A CERTAIN UNEXPRIED SUBLEASE OF NONRESIDENTIAL REAL PROPERTY LOCATED AT 165 E. DUARTE RD. ARCADIA, CA. 91006 (STORE NUMBER 7362)** was lodged on (*date*) 06/08/2026 and is attached. This order relates to the motion which is docket number 141.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm, Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA. 90064
Telephone: (818) 574-5740

Proposed Counsel for Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Jointly Administered With: |
| | 8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |
| Affects: | **ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION TO REJECT A CERTAIN UNEXPRIED SUBLEASE OF NONRESIDENTIAL REAL PROPERTY LOCATED AT 165 E. DUARTE RD. ARCADIA, CA. 91006 (STORE NUMBER 7362)** |
| ☐ Harshad & Nasir, Incorporated | |
| ☐ Senior Classic Leasing, LLC | |
| ☐ DFG Restaurants, Incorporated | |
| ☐ Second Star Holdings, LLC | |
| ☐ Third Star Investments, LLC | |
| ☒ Affects All Debtors | Date: June 3, 2026<br>Time: 1:30 p.m.<br>Crtm: 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Or via Zoom.gov |

On June 3, 2026 the court held a hearing on the Debtor's motion For Entry Of An Order Authorizing The Rejection Of A Certain Unexpired Sublease Of Nonresidential Real Property (Store Number 7362) Located At 165 E. Duarte Rd., Arcadia, CA. 91006 Effective As Of April 2, 2026 Pursuant To 11 USC 365. Eric Bensamochan, Esq. appeared on behalf of the Debtor In Possession. All other appearances were noted on the record. The court, having read and considered the motion, any opposition, oral arguments, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The motion is granted.

   a. The nonresidential lease for store number 7362 located at 165 E. Duarte Rd. Arcadia, CA. 91006 is hereby deemed rejected.

2. The effective date of the lease rejection is to be determined by the court at a later date.

3. The Debtors are authorized to vacate the premises and turn possession back over to the current landlord.

**IT IS SO ORDERED.**

Date:

The Honorable Scott C. Clarkson
United States Bankruptcy Judge

2

| In re:<br><br>    Sun Gir Incorporated | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:26-bk-11056 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2566 Overland Ave., Suite 650, Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION TO REJECT A CERTAIN UNEXPRIED SUBLEASE OF NONRESIDENTIAL REAL PROPERTY LOCATED AT 165 E. DUARTE RD. ARCADIA, CA. 91006 (STORE NUMBER 7362)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   June 8, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan Eric@eblawfirm.us
United States Trustee ustpregion16.sa.ecf@usdoj.gov
Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov
William Schumacher wschumacher@winthrop.com
Atle T. Saterbak asaterbak@winthrop.com
Andrew J. Steil asteil@winthrop.com
Eric D Goldberg eric.goldberg@dlapiper.com
Dustin P Branch branchd@ballardspahr.com
Nahal Zarnighian zarnighiann@ballardspahr.com
Michael John Agoglia  michael.agoglia@alston.com
Jacob A. Johnson jacob.Johnson@alston.com
Dustin P. Branch branchd@ballardspahr.com
Neama Cory Barari nbarari@caskeyholzman.com
Martin P. Eramo MPEramo@aol.com
David S. Hagen davidhagenlaw@gmail.com
Michael I. Gottfried mgottfried@elkinskalt.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 8, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2026 | Jennifer Svonkin | /s/Jennifer Svonkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                    **9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Mon Jun  8 09:52:45 PDT 2026

Athena Property Management
34192 Violet Lantern, Ste 6
Dana Point, CA 92629-2846

McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

(p)AIRGAS USA LLC
ATTN LEGAL DEPARTMENT
259 N RADNOR CHESTER RD
RADNOR PA 19087-5240

Airport Business Center
414 Aviation Blvd.
Santa Rosa, CA 95403-1069

Alexis Blanco
EMPLAW, LLP
2235 Encinitas Boulevard, Suite 210
Encinitas, CA 92024-4357

All Temperatures Controlled Inc
9720 Topanga Canyon Pl
Chatsworth, CA 91311-4134

American Reclamation, Inc.
4560 Doran St.
Los Angeles, CA 90039-1006

American.Fire Systems, Inc.
4000 Fruitvale Avenue, Suite 8
Bakersfield, CA 93308-5176

Andrew Perez (PAGA Representative)
c/o Crosner Legal PC
9440 Santa Monica Blvd, Se. 301
Beverly Hills, CA 90210-4614

Athens Services
PO Box 54957
Los Angeles, CA 90054-0957

Azusa Light & Water Department
729 N. Azusa Ave.
Musa, CA 91702-2528

Blue Valley Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623-2530

Burbank City Hall
275 E Olive Ave
Burbank, CA 91502-1232

Burtec Waste Services, LLC
PO Box 51358
Los Angeles, CA 90051-5658

CDP Leasing
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

California American Water Co,
1025 Palm Avenue
Imperial Beach, CA 91932-1616

California Department of
Tax, and Fee Administration
651 Bannon Street, Suite 100
Sacramento, CA 95811-0356

California State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873

California Water Service Co
1720 N 1st St,
San Jose, CA 95112-4598

Capital Steam Cleaners, Inc.
5326 Bantry Place
El Dorado Hills, CA 95762-7651

Carl Karcher Enterprises, Inc (CKE)
6700 Tower Circle, Ste 1000
Franklin, TN 37067-1490

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

Cash Connect
500 Creek View Rd., Ste 100
Newark, DE 19711-8549

Central Street Management, LLC
1 Centerpointe Dr., Ste . 400
La Palma, CA 90623-2530

Charles Schwab Premier Bank SSB
3000 Schwab Way
Roanoke, TX 76262-8104

Chetna Dharod
1 Centerpointe Dt., Ste. 400
La Palma, CA 90623-2530

Cintas Corporation No. 2
6800 Cintas Blvd.
Mason, OH 45040-9151

Cisco Systems Capital Corporation
170 West Tasman Drive
San Jose, CA 95134-1706

City Storage Systems LLC
Wired Up Solutions LLC
PO Box 848009
Los Angeles, CA 90084-8009

City of Alhambra
PO Box 6304
Alhambra, CA 91802-6304

City of Arcadia
240 W. Huntington Dr.
Arcadia, CA 91007-3401

City of Covina
125 E. College Street
Covina, CA 91723-2199

City of Glendora
116 E. Foothill Blvd.
Glendora, CA 91741-3380

City of Healsburg
PO Box 787
Healdsburg, CA 95448-0787

City of La Verne
3660 D Street
La Verne, CA 91750-3599

City of Los Angeles
PO Box 102878
Pasadena, CA 91189-0141

City of Pasadena
100 N. Garfield Ave.
Pasadena, CA 91101-1782

City of Pomona
PO Box 51481
Ontario, CA 91761-0081

City of Rohnert Park
130 Avram Ave.
Rohnert Park, CA 94928-2486

City of Santa Rosa
Business Tax Support Center
8839 N Cedar Ave. # 212
Fresno, CA 93720-1832

City of South EI Monte
8839 N Cedar Ave., # 212
Fresno, CA 93720-1832

Clearlake Waste Solution, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109-7428

Clipper Property Investments, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

Coca-cola North America,
a Division of The Coca-cola Company
One Coca-cola Plaza
Atlanta, GA 30313-2420

Combined Propedies/Reseda Associates
Limited Padnership
PO Box 402949-027
Atlanta, GA 30384-2947

(p)COMMERCIAL ELECTRONICS
3787 RIDER TRAIL S
EARTH CITY MO 63045-1114

County of Los Angeles
500 W. Temple Street
Los Angeles, CA 90012-3199

Covina Plaza Shopping Center
573 N. Musa Ave.
Covina, CA 91722

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214-3590

DFG Restaurants, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

DT Communications
3363 Parkview Ave., O
Pittsburgh, PA 15213-4515

Dharod Family Trust
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19175-0220

DoorDash, Inc
303 2nd Street, South Tower, Suite 800
San Francisco, CA 94107-1366

Dr. Pepper/Seven Up, Inc.
6425 Hall of Fame Lane
Frisco, TX 75034-1954

Dropstars Plumbing
207 N Victory Blvd. Ste G,0
Burbank, CA 91502-1839

Ecolab Pest Elimination
1 Ecolab Place
Saint Paul, MN 55102-2739

Edison Southern California
P.O. Box 600
Rosemead, CA 91771-0001

Employee Wage Claims (Aggregate)
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Envysion, Inc.
100 Superior Plaza Way, Suite 260
Louisville, CO 80027-1975

Esther Sigala (Class Representative)
c/o Zakay Law Group, APLC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121-6720

FedEx
CustomerAdministrative Services
7900 Legacy Drive
Plano, TX 75024-4089

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230-6302

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040-1624

Friendly Franchisees Corporation
Central Street Management LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Friendly Maintenance, LLC
i Centerpointe Dr., Ste 400
La Palma, CA 90623

Glendale City Hall
613 E. Broadway
Glendale, CA 91206-4308

Green Life Landscape, Inc.
15735 Maplegrove St.
La Puente, CA 91744-1246

Grubhub Holding, Inc.
111 W. Washington Street, Suite 2100
Chicago, IL 60602-2783

H&C Landscaping
c/o Carlos Herrera Lasso
14507 Rayen St
Panorama City, CA 91402-2506

HM Electronics, Inc.
2848 Whiptail Loop W
Carlsbad, CA 92010-6708

HM Electronics, Inc.
PO Box 208713
Dallas, TX 75320-8713

Harshad & Nasir, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

Harshad Dharod
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Harshad Dharod
38 Shoreridge
Newport Coast, CA 92657-1813

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newpod Coast, CA 92657-1813

Headland Commerce, Inc
3420 Toringdon Way, Suite 400
Charlotte, NC 28277-2439

Headland Payments Systems, Inc
616 N. Broadway Ave.
Oklahoma City, OK 73102-6202

Herminio Montesino
12172 Blanding St.
Whittier, CA 90606-2513

Hewlett-Packard Financial Services Co
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

Highland Water Company
14580 Lakeshore Dr.
Clearlake, CA 95422-8100

Highspeed Plumbing
111 E. Arrow Hwy
Pomona, CA 91767-2103

Hoshizari Western
Lock Box # 25417 Dept. LA 25417
Pasadena, CA 91185-0001

Humana Dental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115-8187

Humana Insurance Company
1100 Employers Boulevard
Green Bay, WI 54344-0002

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jorge Chavez and Rigoberto Hernandez
c/o Bibifyan Law Group, P.C.
8484 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211-3243

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

La Puente Valley County Wateq District
112 N. First Ave.
La Puente, CA 91744-4710

Lankershim Asset, LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

Lauro Manuel Escobedo
11330 Frankmont St.,
El Monte, CA 91732-2122

McLane Foodservice, Inc
Attn: Jacob Johnson
c/o Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309-3424

McMillion & Hidensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649-3810

McMillion & Hrtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649-3810

Mectran Security, Inc.
7633 Industry Avenue
Pico Rivera, CA 90660-4301

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696-0146

Miksis Services, Inc.
78440 Avenue 41
Bermuda Dunes, CA 92203

NW Star Management LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

NWS Star Management, LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

NuCO2
2800 Southeast Market Place
Stuart, FL 34997-4965

Nydia DeI Socorro Lazo
c/o Barari N. Cory, Esq.
30200 Agoura Rd., Suite 240
Agoura Hills, CA 91301-5438

Nydia DeI Socorro Lazo
c/o Caskey Holzman & Barari
Attn: Neama Cory Barari
30200 Agoura Rd Ste 240
Agoura Hills, CA 91301-5438

Olo Inc
99 Hudson Street, 10th Floor
New York, NY 10013-2815

One More Time, Inc.
4144 Bandini Boulevard
Los Angeles, CA 90058-4209

Orchid Bay, LLC
715 25th St.
Santa Monica, CA 90402-3143

PTS Marketing Group
1382 Valencia Ave., Unit B
Tustin, CA 92780-6472

Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

Platinum Endeavors LLC
9301 Wilshire Blvd., Suite 205
Beverly Hills, CA 90210-6110

Podier, LLC
d/b/a Uber Eats
1725 3rd Street
San Francisco, CA 94158-2203

Priority One Sound
5100 E. La Palma Ave., Suite 116
Anaheim, CA 92807-2081

R/M Healdsburg Limited, Ltd.
601 California St., Ste 601
San Francisco, CA 94108-2811

RCIH LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

Recology Sonoma Marin, Inc.
3400 Standish Ave.,
Santa Rosa, CA 95407-8112

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

Rincon Yard Maintenance
PO Box 1531
Windsor, CA 95492-1531

Rowland Water District
3021 S. Fullerton Rd.
Rowland Heights, CA 91748-4799

SNSD Restaurants I, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants II, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants III, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants IV, LLC
1 Centerpointe Drive, Suite 400,
La Palma, CA 90623-2530

SNSD Restaurants LLC
1 Centerpointe Drive, //400,
La Palma, CA 90623-2530

SVS Network Hardees
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

San Gabriel County Water District
11142 Garvey Ave.
South El Monte, CA 91733-2425

San Gabriel Valley Water Co.
PO Box 5970
El Monte, CA 91734-1970

Second Star Holding, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Second Star Holdings, LLC
1 Centerpointe Dr,, Ste 400
La Palma, CA 90623-2530

Sectran Security, Inc.
7633 Industry Avenue
Pico Rivera, CA 90660-4301

Senior Classic Leasing, LLC
1 Centerjointe Dr., Ste 400
La Palma, CA 90623-2530

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope St., 43rd Fl.
Los Angeles, CA 90071-1422

Smythe Law Group, Inc.
1028 N Lake Ave #101
Pasadena, CA 91104-4570

SoCalGas
PO Box 30337
Los Angeles, CA 90030-0337

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Southland Environmental Services, Inc.
PO Box 86786
Los Angeles, CA 90086-0786

Staples Business Advantage
500 Staples Drive
Framingham, MA 01702-4474

Steve Cerveris
246 N Pass Ave.
Burbank, CA 91505-3928

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

Suburban Water Systems
PO Box 6105
Covina, CA 91722-5105

Sun Gir Incorporate
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Sunny Slope Water
1040 El Campo Dr.
Pasadena, CA 91107-5598

Super Star Plumbing Inc
6447 Clarat St.
Bell Gardens, CA 90201-5651

Superior Court of California
County of Los Angeles
Spring Street Courthouse 312 North Sprin
Los Angeles, CA 90012-4701

(p)LOS ANGELES SUPERIOR COURT
111 N HILL STREET
LOS ANGELES CA 90012-3115

Superior Court of California
County of Los Angeles
Van Nuys Courthouse 6230 SylmarAvenue
Van Nuys, CA 91401-2789

(p) JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

TalentReef, Inc.
PO Box 738174
Dallas, TX 75373-8174


The Gas Company
PO Box C
Monterey Park, CA 91754-0932

The Northern Trust Company
c/o Winthrop & Weinstine, P.A.
256 South Sixth Street, Suite 3500
Minneapolis, MN 55413

The P.E.S.T. Machine Team of L.A. Inc.
8442 Alvarado Drive
Huntington Beach, CA 92646-6108


The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

Tiger Inc.
7812 East 108th St, Suite C
Tulsa, OK 74133-7420


Town of Windsor
9291 Old Redwood Hwy
Windsor, CA 95492-8089

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

UniFirst Corporation
700 S. Etiwanda Avenue
Ontario, CA 91761-8608


United States Fire Insurance Co.
Crum & Forster Legal Department
305 Madison Ave.
Morristown, NJ 07960-6117

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


Universal Waste Systems
North East LA Franchise
PO Box 15069
Whittier, CA 90605-5069

Vestis Group Inc
22512 Network Place
Chicago, IL 60673-1225

Walnut Valley Water District
271 S. Brea Canyon Rd.
Walnut, CA 91789-3049


Wasserstrom Holdings, Inc.
and Subsidiaris
4500 E Broad St.
Columbus, OH 43213-1360

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Watt Laverne, LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915


Xenial, Inc.
3420 Toringdon Way, Suite 400
Charlotte, NC 28277-2439

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Airgas USA LLC
259 N Radnor-Chester Rd., Ste 100
Wayne, PA 19087

Commercial Electronics
3787 Rider Tri S
Earth City, MO 63045-1114

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Southern California Edison
P.O. Box 300
Rosemead, CA 91 772-0001

Suburban Propane LP
PO Box 12027
Fresno, CA 93776

Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse 111 North Hill S
Los Angeles, CA 90012

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)6202 Laurel Canyon, LLC

(u)Carl's Jr. Restaurants, LLC

(u)Platinum Endeavors, LLC

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

(d)The Northern Trust Company
50 South Lasalle Street
Chicago, IL 60603-1003

(d)The Wasserstrom Company
4500 E Broad St.
Columbus, OH 43213-1360

(d)Vestis Group, Inc.
22512 Network Place
Chicago, IL 60673-1225

(d)Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East Ste 1400
Los Angeles, CA 90067-2915

(u)Nydia Del Socorro Lazo

End of Label Matrix
Mailable recipients   172
Bypassed recipients     9
Total              181