

FILED & ENTERED

JUN 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA AN DIVISION**

| | |
|---|---|
| In re:<br><br>Sun Gir Incorporated,<br><br>           Debtor and<br>           Debtor-in-Possession.<br><br>☐ Affects Harshad & Nasir, Incorporated<br>☐ Affects Senior Classic Leasing, LLC<br>☐ Affects DFG Restaurants, Incorporated<br>☐ Affects Second Star Holdings, LLC<br>☐ Affects Third Star Investments, LLC<br>☒ Affects All Debtors | Case No.: 8:26-bk-11056-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING ON NOTICE OF SETTING/INCREASING INSIDER COMPENSATION FOR BEN ZANDI**<br><br>**Previously Set Hearing:**<br>Date:      June 10, 2026<br>Time:      1:30 p.m.<br>Courtroom: 5C<br><br>**Continued Hearing:**<br>Date:      July 1, 2026<br>Time:      1:30 p.m.<br>Courtroom: 5C |

The Court has considered Debtors' Notice of Setting/Increasing Insider Compensation for Ben Zandi [Dk. 111] ("Zandi Insider Compensation Notice"), all other pleadings filed in connection therewith, the Order Directing Appointment of Chapter 11 Trustee [Dk. 230], and the docket as a whole.

-1-

At the June 3, 2026 hearing on the Court's Order to Show Cause regarding appointment of a Chapter 11 trustee [Dk. 173], the Court directed the appointment of a Chapter 11 trustee. Because the Chapter 11 trustee has not yet been appointed, a brief continuance is appropriate to permit the trustee, once appointed, to review the Zandi Insider Compensation Notice.

Accordingly, IT IS ORDERED:

1.  The hearing on the Zandi Insider Compensation Notice is CONTINUED to July 1, 2026, at 1:30 p.m.

2.  The Chapter 11 trustee shall file a brief status report no later than June 24, 2026, addressing the Zandi Insider Compensation Notice, including whether a further continuance is required.

**IT IS SO ORDERED.**

###

Date: June 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-2-