Michael J. Agoglia
Cal Bar No. 154180
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
michael.agoglia@alston.com

Jacob A. Johnson
Ga. Bar No. 849407 (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-844-9026
jacob.johnson@alston.com

*Attorneys for McLane Foodservice, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Sun Gir Incorporated,<br><br><br>Debtor.<br>_____<br><br>Affects:<br><br>☐  Sun Gir, Incorporated<br>☐  Harshad & Nasir, Incorporated<br>☐  Senior Classic Leasing, LLC<br>☐  DFG Restaurants, Incorporated<br>☐  Second Star Holdings, LLC<br>☐  Third Star Investments, LLC<br><br>☒  All Debtors | Case No. 8:26-BK-11056-SC<br><br>Chapter 11<br><br>Jointly Administered With:<br>8:26-BK-11057-SC<br>8:26-BK-11058-SC<br>8:26-BK-11060-SC<br>8:26-BK-11061-SC<br>8:26-BK-11062-SC<br><br><br><br>**APPELLANT MCLANE FOODSERVICE, INC.'S DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED** |

Appellant McLane Foodservice, Inc. ("McLane"), by and through its undersigned counsel, hereby submits its designation of items to be included in the record on appeal and statement of the issues to be presented (the "Designation") pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1) and in connection with the appeal [Dkt. Nos. 172, 205 and 206] from the *Interim Order Granting Debtor and Debtor-in-Possession's Emergency Motion to Use Cash Collateral Pursuant to 11 U.S.C. Section 363(c) and Granting Related Relief.* [Dkt. No. 175].

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant designates the following items for inclusion in the record on appeal. Such designation of pleadings and matters of record includes all exhibits and declarations attached or referred to in the pleadings or matters of record.

| **Filing Date** | **Docket No.** | **Docket Text** |
|---|---|---|
| 04/07/2026 | 15 | Emergency motion Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(C); Memorandum of Points and Authorities; And Declaration of Harshad Dharod in Support Thereof with Proof of Service Filed by Debtor Sun Gir Incorporated |
| 04/10/2026 | 45 | Declaration re: Declaration of Alex Kalinsky in Support of Disclosure of Postpetition Payments with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 04/14/2026 | 56 | Transcript regarding Hearing Held 04/09/2026. |
| 04/16/2026 | 67 | Notice of lodgment Re: Emergency Motion to Use Cash Collateral Pursuant to 11 U.S.C. § 363(c) and Granting Related Relief with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 04/22/2026 | 77 | Declaration re: Declaration of Tim Skillman Regarding Debtors" Liquidity and Use of Cash Collateral with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 04/24/2026 | 84 | INTERIM ORDER Granting Debtor And Debtor-In-Possession's Emergency Motion To Use Cash Collateral Pursuant To 11 U.S.C. Section 363(c) And Granting Related Relief. IT IS ORDERED: 1. The Debtors Are Authorized To Use Cash Collateral On An Interim Basis Solely As Set Forth Herein . . . . (Related Doc # 15 ) |

- 2 -

LEGAL/51406865v2

| 04/29/2026 | 100 | Transcript regarding Hearing Held 04/23/2026. |
|---|---|---|
| 04/29/2026 | 104 | Notice of lodgment Re: Debtor and Debtor-In-Possession's Emergency Motion to Use Cash Collateral Pursuant to 11 U.S.C. § 363(c) and Granting Related Relief with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 05/08/2026 | 138 | INTERIM ORDER Granting Debtor And Debtor-In-Possession's Emergency Motion To Use Cash Collateral Pursuant To 11 U.S.C. Section 363(c) And Granting Related Relief. IT IS ORDERED: The Debtors Are Authorized To Use Cash Collateral On An Interim Basis Through May 13, 2026, Solely As Set Forth Herein . . . . (Related Doc # 15 ) |
| 05/08/2026 | 139 | Declaration re: Declaration of Tim Skillman Regarding Updated Cash Flow Actuals, Variance Analysis, and Updated Liquidity Information with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 05/13/2026 | 142 | Declaration re: Declaration of Harshad Dharod in Support of Continued Use of Cash Collateral with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 05/13/2026 | 143 | Declaration re: Declaration of Tim Skillman Regarding 13-Week Cash Flow Forecast, Liquidity and Continued Use of Cash Collateral with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 05/21/2026 | 166 | Declaration re: Declaration of Tim Skillman Regarding Updated 3-Week Cash Flow Forecast and Liquidity Information with Proof of Service Filed by Debtor Sun Gir Incorporated (RE: related document(s)15). |
| 05/22/2026 | 175 | INTERIM ORDER Granting Debtor And Debtor-In-Possession's Emergency Motion To Use Cash Collateral Pursuant To 11 U.S.C. Section 363(c) And Granting Related Relief. IT IS ORDERED: The Debtors Are Authorized To Use Cash Collateral On An Interim Basis Solely As Set Forth Herein. The Debtors" Use Of Cash Collateral Is Authorized On An Interim Basis Through JUNE 3, 2026, Pending Further Order Of The Court. A CONTINUED HEARING On The MOTION Shall Be Held On JUNE 3, 2026, AT 1:30 P.M. PST, Or Such Other Date And Time As The Court May Direct. This Order Shall Be Immediately Effective And Enforceable Upon Entry. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 15) Signed on 5/22/2026 (NB8) (Entered: 05/22/2026) |
| 05/26/2026 | 182 | Transcript regarding Hearing Held 05/13/2026. |

- 3 -

APPELLANT MCLANE FOODSERVICE, INC.'S
DESIGNATION AND STATEMENT OF THE ISSUES

LEGAL/51406865v2

## STATEMENT OF THE ISSUES TO BE PRESENTED

Whether the Court erred in entering its *Interim Order Granting Debtor and Debtor-in-Possession's Emergency Motion to Use Cash Collateral Pursuant to 11 U.S.C. Section 363(c) and Granting Related Relief* [Dkt. No. 175] over McLane's objection, where the Debtors had not demonstrated adequate protection with respect to McLane's interest and McLane was not afforded the opportunity to argue in support of its objection.

Respectfully submitted this 8th day of June, 2026.

**ALSTON & BIRD LLP**

*/s/ Michael J. Agoglia*
Michael J. Agoglia
Cal Bar No. 154180
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
michael.agoglia@alston.com

And

Jacob A. Johnson
Ga. Bar No. 849407 (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-844-9026
jacob.johnson@alston.com

*Attorneys for McLane Foodservice, Inc.*

- 4 -
APPELLANT MCLANE FOODSERVICE, INC.'S
DESIGNATION AND STATEMENT OF THE ISSUES

LEGAL/51406865v2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT MCLANE FOODSERVICE, INC.'S DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/8/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 6/8/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/8/2026 | Melanie Mizrahie | /s/ Melanie Mizrahie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Michael John Agoglia    michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- Neama Cory Barari    nbarari@caskeyholzman.com
- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- Martin P Eramo    MPEramo@aol.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- David S Hagen    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Atle T. Saterbak    asaterbak@winthrop.com
- William Schumacher    wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- Andrew J Steil    asteil@winthrop.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Nahal Zarnighian    zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

## SERVED BY UNITED STATES MAIL:

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA 92701-4593

The Northern Trust Company
c/o William J. Schumacher
Winthrop & Weinstine, P.A.
225 S. Sixth St., Ste 3500
Minneapolis, MN 55402

Sun Gir, Inc. et al.
c/o Eric Bensamochan, Esq.
The Bensamochan Law Firm, Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA. 90064

Kenneth Misken
Office of the United States Trustee
411 W. Fourth St., #7160
Santa Ana, CA 92701

Carl's Jr. Restaurants, LLC
c/o Eric D Goldberg
DLA Piper LLP
2000 Avenue of the Stars, Ste 400
Los Angeles, CA 90067