FILED & ENTERED

JUN 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

Sun Gir Incorporated

Debtor and
Debtor-in-Possession.

☐ Affects Harshad & Nasir, Incorporated

☐ Affects Senior Classic Leasing, LLC

☐ Affects DFG Restaurants, Incorporated

☐ Affects Second Star Holdings, LLC

☐ Affects Third Star Investments, LLC

☒ Affects All Debtors

Case No.: 8:26-bk-11056-SC

CHAPTER 11

**ORDER CONTINUING HEARING ON OMNIBUS MOTION TO REJECT SUBLEASES**

**Previously Set Hearing:**
Date:        June 10, 2026
Time:        1:30 PM
Courtroom:  5C

**Continued Hearing:**
Date:        July 1, 2026
Time:        1:30 p.m.
Courtroom:  5C

The Court has considered Debtors' Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Subleases of Nonresidential Real Property Effective as of April 2, 2026 [Dk. 159] ("Motion"), all other pleadings filed in connection therewith, the Order Directing Appointment of Chapter 11 Trustee [Dk. 230], and the docket as a whole.

-1-

At the June 3, 2026 hearing on the Court's Order to Show Cause regarding appointment of a Chapter 11 trustee [Dk. 173], the Court directed the appointment of a Chapter 11 trustee. Because the Chapter 11 trustee has not yet been appointed, a brief continuance is appropriate to permit the trustee, once appointed, to review the Motion.

Accordingly, IT IS ORDERED:

1. The hearing on the Motion is CONTINUED to July 1, 2026, at 1:30 p.m.

2. The Chapter 11 trustee shall file a brief status report no later than June 24, 2026, addressing the Motion, including whether a further continuance is required.

**IT IS SO ORDERED.**

**###**

Date: June 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge