| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL I. GOTTFRIED, State Bar No. 146689<br>  mgottfried@elkinskalt.com<br>COLE F. NICHOLAS, State Bar No. 354027<br>  cnicholas@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Movant appearing without an attorney*<br>☐ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SUN GIR INCORPORATED, et al<br><br>      Debtor and Debtor-in-Possession.<br><br>• Affects All Debtors<br><br><br><br>                                        Debtor(s). | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)** |
| | DATE: 07/01/2026<br>TIME:  1:30pm<br>COURTROOM: 5C |

**Movant:**  6202 Laurel Canyon, LLC

1. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012        ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4.  When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5.  If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.  ☒  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7.  ☐  This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____ ; and, you may appear at the hearing.

   a.  ☐  An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b.  ☐  An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c.  ☐  An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 06/09/2026

Elkins Kalt Weintraub Reuben Gartside LLP
Printed name of law firm (if applicable)

Michael I. Gottfried
Printed name of individual Movant or attorney for Movant

/s/ Michael I. Gottfried
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

1. **Movant is the:**

    ☐ Holder: Movant has physical possession of a promissory note that either (1) names Movant as the payee under the promissory note or (2) is indorsed to Movant, or indorsed in blank, or payable to bearer.

    ☐ Beneficiary: Movant is either (1) named as beneficiary in the security instrument on the subject property (e.g., mortgage or deed of trust) or (2) is the assignee of the beneficiary.

    ☐ Servicing agent authorized to act on behalf of the Holder or Beneficiary.

    ☒ Other (*specify):*
    Lessor under rejected nonresidential lease (11 U.S.C. § 365; Dkt. 225).

2. **The Property at Issue (Property):**

    a.  Address:

    *Street address*: 6202 Laurel Canyon Blvd
    *Unit/suite number*:
    *City, state, zip code*: North Hollywood, California 91606

    b.  Legal description, or document recording number (including county of recording), as set forth in Movant's deed of trust (attached as Exhibit _____):

3. **Bankruptcy Case History:**

    a.  A ☒ voluntary ☐ involuntary  bankruptcy petition under chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
    was filed on (*date*) __04/02/2026__.

    b.  ☐ An order to convert this case to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13  was entered on (*date*) _____.

    c.  ☐ A plan, if any, was confirmed on (*date*) _____.

4. **Grounds for Relief from Stay:**

    a.  ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay as follows:

    (1) ☐ Movant's interest in the Property is not adequately protected.

       (A) ☐ Movant's interest in the Property is not protected by an adequate equity cushion.

       (B) ☐ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

       (C) ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with the Debtor.

    (2) ☐ The bankruptcy case was filed in bad faith.

       (A) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

       (B) ☐ The Property was transferred to the Debtor either just before the bankruptcy filing or after the filing.

       (C) ☐ A non-individual entity was created just prior to the bankruptcy petition date for the sole purpose of filing this bankruptcy case.

       (D) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

       (E) ☐ The Debtor filed only a few case commencement documents with the bankruptcy petition.  Schedules and the statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

       (F) ☐ Other (*see attached continuation page*).

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    (3) ☐ (*Chapter 12 or 13 cases only*)

       (A) ☐ All payments on account of the Property are being made through the plan.
☐ Preconfirmation ☐ Postconfirmation  plan payments have not been made to the chapter 12
trustee or chapter 13 trustee.

       (B) ☐ Postpetition mortgage payments due on the note secured by a deed of trust on the Property have not
been made to Movant.

    (4) ☐ The Debtor filed a Statement of Intentions that indicates the Debtor intends to surrender the Property.

    (5) ☒ The Movant regained possession of the Property on (*date*) 06/01/2026 ,
which is ☐ prepetition ☒ postpetition.

    (6) ☒ For other cause for relief from stay, see attached continuation page.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and, pursuant to
§ 362(d)(2)(B), the Property is not necessary to an effective reorganization.

c. ☐ Pursuant to 11 U.S.C. § 362(d)(3), the Debtor has failed, within the later of 90 days after the order for relief or
30 days after the court determined that the Property qualifies as "single asset real estate" as defined in
11 U.S.C. § 101(51B) to file a reasonable plan of reorganization or to commence monthly payments.

d. ☐ Pursuant to 11 U.S.C. § 362(d)(4), the Debtor's filing of the bankruptcy petition was part of a scheme to delay,
hinder, or defraud creditors that involved:

    (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or
court approval; or

    (2) ☐ Multiple bankruptcy cases affecting the Property.

5. ☐ **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor.

a. ☐ These actions were taken before Movant knew the bankruptcy case had been filed, and Movant would have
been entitled to relief from the stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed
with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion:  (D*eclaration(s) MUST be signed under penalty of perjury and attached to this
motion*)**

a. The REAL PROPERTY DECLARATION on page 6 of this motion.

b. ☒ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims and the Property as set
forth in Debtor's case commencement documents.  Authenticated copies of the relevant portions of the case
commencement documents are attached as Exhibit _____.

d. ☐ Other:

7. ☒ **An optional Memorandum of Points and Authorities is attached to this motion.**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Movant requests the following relief:**

1.  Relief from the stay is granted under:  ☒ 11 U.S.C. § 362(d)(1)  ☐ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3).

2.  ☒ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

3.  ☐ Movant, or its agents, may, at its option, offer, provide and enter into a potential forebearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.  Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

4.  ☐ Confirmation that there is no stay in effect.

5.  ☐ The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition actions taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

6.  ☐ The co-debtor stay of 11 U.S.C. §1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

7.  ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

8.  ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing on this Motion:
    ☐ without further notice, or  ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

9.  ☐ Relief from the stay is granted under 11 U.S.C. § 362(d)(4):  If recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

10.  ☐ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☐ without further notice, or  ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

11.  ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be:
    ☐ without further notice, or  ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

12.  ☐ Upon entry of the order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

13.  ☐ If relief from stay is not granted, adequate protection shall be ordered.

14.  ☐ See attached continuation page for other relief requested.

Date:  06/09/2026

Elkins Kalt Weintraub Reuben Gartside LLP
Printed name of law firm (*if applicable*)
Michael I. Gottfried
Printed name of individual Movant or attorney for Movant

/s/ Michael I. Gottfried
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# REAL PROPERTY DECLARATION

I, (*print name of Declarant*) Walter Ho                                                                                        , declare:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age.  I have knowledge regarding Movant's interest in the real property that is the subject of this Motion (Property) because (*specify*):

   a. ☐ I am the Movant.

   b. ☐ I am employed by Movant as (*state title and capacity*):

   c. ☒ Other (*specify*): an authorized representative of Movant with knowledge of the lease and Property.

2. a. ☐ I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor concerning the Property.  I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant.  These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the actions, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐ Other (*see attached*):

3. The Movant is:

   a. ☐ Holder: Movant has physical possession of a promissory note that (1) names Movant as the payee under the promissory note or (2) is indorsed to Movant, or indorsed in blank, or payable to bearer.  A true and correct copy of the note, with affixed allonges/indorsements, is attached as Exhibit _____.

   b. ☐ Beneficiary: Movant is either (1) named as beneficiary in the security instrument on the subject property (e.g.,mortgage or deed of trust) or (2) is the assignee of the beneficiary.  True and correct copies of the recorded security instrument and assignments are attached as Exhibit _____.

   c. ☐ Servicing agent authorized to act on behalf of the:

      ☐ Holder.
      ☐ Beneficiary.

   d. ☒ Other (*specify*): Lessor
      Movant is the lessor under the rejected nonresidential lease for the Property (11 U.S.C. § 365; Dkt. 225).

4. a. The address of the Property is:

      *Street address*: 6202 Laurel Canyon Blvd.
      *Unit/suite no.*:
      *City, state, zip code*: North Hollywood, California 91606

   b. The legal description of the Property or document recording number (including county of recording) set forth in the Movant's deed of trust is:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. Type of property (*check all applicable boxes*):

    a. ☐ Debtor's principal residence      b. ☐ Other residence

    c. ☐ Multi-unit residential      d. ☒ Commercial

    e. ☐ Industrial      f. ☐ Vacant land

    g. ☐ Other (*specify*):

6. Nature of the Debtor's interest in the Property:

    a. ☐ Sole owner

    b. ☐ Co-owner(s) (*specify*):

    c. ☐ Lienholder (*specify*):

    d. ☒ Other (*specify*): Lessee under rejected nonresidential lease.

    e. ☐ The Debtor ☐ did ☒ did not list the Property in the Debtor's schedules.

    f. ☐ The Debtor acquired the interest in the Property by ☐ grant deed ☐ quitclaim deed ☐ trust deed.

       The deed was recorded on (*date*) _____ .

7. Movant holds a ☐ deed of trust ☐ judgment lien ☐ other (*specify*) _____
that encumbers the Property.

    a. ☐ A true and correct copy of the document as recorded is attached as Exhibit _____ .

    b. ☐ A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibit _____ .

    c. ☐ A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit _____ .

8. Amount of Movant's claim with respect to the Property:

| | | PREPETITION | POSTPETITION | TOTAL |
|---|---|---|---|---|
| a. | Principal: | $ | $ | $ |
| b. | Accrued interest: | $ | $ | $ |
| c. | Late charges | $ | $ | $ |
| d. | Costs (attorney's fees, foreclosure fees, other costs): | $ | $ | $ |
| e. | Advances (property taxes, insurance): | $ | $ | $ |
| f. | Less suspense account or partial balance paid: | $[      ] | $[      ] | $[      ] |
| g. | TOTAL CLAIM as of (*date*): | $ | $ | $ |

    h. ☐ Loan is all due and payable because it matured on (*date*) _____

9. Status of Movant's foreclosure actions relating to the Property (*fill the date or check the box confirming no such action has occurred*):

    a. Notice of default recorded on (*date*) _____ or ☐ none recorded.

    b. Notice of sale recorded on (*date*) _____ or ☐ none recorded.

    c. Foreclosure sale originally scheduled for (*date*) _____ or ☐ none scheduled.

    d. Foreclosure sale currently scheduled for (*date*) _____ or ☐ none scheduled.

    e. Foreclosure sale already held on (*date*) _____ or ☐ none held.

    f. Trustee's deed upon sale already recorded on (*date*) _____ or ☐ none recorded.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

10. Attached (*optional*) as Exhibit _____ is a true and correct copy of a POSTPETITION statement of account that accurately reflects the dates and amounts of all charges assessed to and payments made by the Debtor since the bankruptcy petition date.

11. ☐ (*chapter 7 and 11 cases only*) Status of Movant's loan:

a. Amount of current monthly payment as of the date of this declaration: $_____ for the month of _____ 20___.

b. Number of payments that have come due and were not made: _____. Total amount: $_____

c. Future payments due by time of anticipated hearing date (*if applicable*):

An additional payment of $_____ will come due on (*date*) _____, and on the _____ day of each month thereafter. If the payment is not received within _____ days of said due date, a late charge of $_____ will be charged to the loan.

d. The fair market value of the Property is $_____, established by:

(1) ☐ An appraiser's declaration with appraisal is attached as Exhibit _____.

(2) ☐ A real estate broker or other expert's declaration regarding value is attached as Exhibit _____.

(3) ☐ A true and correct copy of relevant portion(s) of the Debtor's schedules is attached as Exhibit _____.

(4) ☐ Other (*specify*):

e. **Calculation of equity/equity cushion in Property:**

Based upon ☐ a preliminary title report ☐ the Debtor's admissions in the schedules filed in this case, the Property is subject to the following deed(s) of trust or lien(s) in the amounts specified securing the debt against the Property:

| | Name of Holder | Amount as Scheduled by Debtor (*if any*) | Amount known to Declarant and Source |
|---|---|---|---|
| 1st deed of trust: | | $ | $ |
| 2nd deed of trust: | | $ | $ |
| 3rd deed of trust: | | $ | $ |
| Judgment liens: | | $ | $ |
| Taxes: | | $ | $ |
| Other: | | $ | $ |
| **TOTAL DEBT: $** | | | |

f. Evidence establishing the existence of these deed(s) of trust and lien(s) is attached as Exhibit _____ and consists of:

(1) ☐ Preliminary title report.

(2) ☐ Relevant portions of the Debtor's schedules.

(3) ☐ Other (*specify*):

g. ☐ **11 U.S.C. § 362(d)(1) - Equity Cushion:**
I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant's debt is $_____ and is _____% of the fair market value of the Property.

h. ☐ **11 U.S.C. § 362(d)(2)(A) - Equity:**
By subtracting the total amount of all liens on the Property from the value of the Property as set forth in Paragraph 11(e) above, I calculate that the Debtor's equity in the Property is $_____.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

i. ☐ Estimated costs of sale: $_____ (estimate based upon _____% of estimated gross sales price)

j. ☐ The fair market value of the Property is declining because:

12. ☐ (*Chapter 12 and 13 cases only*) Status of Movant's loan and other bankruptcy case information:

a. A 341(a) meeting of creditors is currently scheduled for (*or concluded on*) the following date: _____.
A plan confirmation hearing currently scheduled for (or concluded on) the following date:_____.
A plan was confirmed on the following date (*if applicable*): _____.

b. Postpetition preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

| Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

(See attachment for additional breakdown of information attached as Exhibit _____.)

c. Postpetition postconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

| Number of Payments | Number of Late Charges | Amount of each Payment or Late Charge | Total |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

d. Postpetition advances or other charges due but unpaid:                              $
(*For details of type and amount, see Exhibit _____*)

e. Attorneys' fees and costs:                              $
(*For details of type and amount, see Exhibit _____*)

f. Less suspense account or partial paid balance:                              $[                              ]

        TOTAL POSTPETITION DELINQUENCY:                              $

g. Future payments due by time of anticipated hearing date (*if applicable*): _____.
An additional payment of $_____ will come due on _____, and on the _____ day of each month thereafter. If the payment is not received by the _____ day of the month, a late charge of $_____ will be charged to the loan.

h. Amount and date of the last 3 postpetition payments received from the Debtor in good funds, regardless of how applied (if applicable):

$_____        received on (*date*) _____
$_____        received on (*date*) _____
$_____        received on (*date*) _____

i. ☐ The entire claim is provided for in the chapter 12 or 13 plan and postpetition plan payments are delinquent. A plan payment history is attached as Exhibit _____. See attached declaration(s) of chapter 12 trustee or 13 trustee regarding receipt of payments under the plan (*attach LBR form F 4001-1.DEC.AGENT.TRUSTEE*).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

13. ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with the Debtor.

14. ☐ The court determined on (*date*) _____ that the Property qualifies as "single asset real estate" as defined in 11 U.S.C. § 101(51B).  More than 90 days have passed since the filing of the bankruptcy petition; more than 30 days have passed since the court determined that the Property qualifies as single asset real estate; the Debtor has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or the Debtor has not commenced monthly payments to Movant as required by 11 U.S.C. § 362(d)(3).

15. ☐ The Debtor's intent is to surrender the Property.  A true and correct copy of the Debtor's statement of intentions is attached as Exhibit _____.

16. ☒ Movant regained possession of the Property on (*date*) 06/01/2026  , which is  ☐ prepetition  ☒ postpetition.

17. ☐ The bankruptcy case was filed in bad faith:

    a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

    b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

    c. ☐ The Debtor filed only a few case commencement documents.  Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

    d. ☐ Other (*specify*):

18. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that involved:

    a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page for facts establishing the scheme.

    b. ☐ Multiple bankruptcy cases affecting the Property include:

        1. Case name: _____
        Chapter: _____   Case number: _____
        Date dismissed: _____   Date discharged: _____   Date filed: _____
        Relief from stay regarding the Property ☐ was  ☐ was not  granted.

        2. Case name: _____
        Chapter: _____   Case number: _____
        Date dismissed: _____   Date discharged: _____   Date filed: _____
        Relief from stay regarding the Property ☐ was  ☐ was not  granted.

        3. Case name: _____
        Chapter: _____   Case number: _____
        Date dismissed: _____   Date discharged: _____   Date filed: _____
        Relief from stay regarding the Property ☐ was  ☐ was not  granted.

    ☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

    ☐ See attached continuation page for facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*                    Page 10                    **F 4001-1.RFS.RP.MOTION**

19. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

    a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

    c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/08/2026 | Walter Ho | *DocuSigned by:* Walter Ho  456D66BCE78F44A... |
| *Date* | *Printed name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Cole F. Nicholas_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
    a. <u>Oral verification</u>: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
    b. <u>Explanation</u>: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|  | Name of signer | Date of oral* verification | -OR-   Explanation why no verification is provided |
|---|---|---|---|
| 1. | Walter Ho | 06/08/26 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

*Verification must be oral.* For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/8/26 | Cole F. Nicholas | Cole F. Nicholas  Digitally signed by Cole F. Nicholas Date: 2026.06.08 15:59:36 -07'00' |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                             Page 1                                             **F 9011-1.SIGNATURE.VERIF.DEC**

MICHAEL I. GOTTFRIED, State Bar No. 146689
  *mgottfried@elkinskalt.com*
COLE F. NICHOLAS, State Bar No. 354027
  *cnicholas@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Counsel for 6202 Laurel Canyon, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED,<br><br>     Debtor and Debtor-in-Possession.<br><br>Affects:<br><br>☐ Harshad & Nasir, Incorporated<br>☐ Senior Classic Leasing, LLC<br>☐ DFG Restaurants, Incorporated<br>☐ Second Star Holdings, LLC<br>☐ Third Star Investments, LLC<br><br>☒ Affects All Debtors | CASE NO.: 8:26-bk-11056-SC<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing Information**<br>Date:  July 1, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C<br>       411 West Fourth Street<br>       Santa Ana, California 92701<br>       Or via Zoom.Gov |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Movant and creditor 6202 Laurel Canyon, LLC ("Movant" or "Landlord") submits this Memorandum of Points and Authorities in support of its Motion for Relief from the Automatic

8144750.1

Stay under 11 U.S.C. § 362 (the "Motion"). This Motion is unopposed and is made on the basis of a written stipulation already reached between Movant and debtor Senior Classic Leasing, LLC (the "Debtor"). A true and correct copy of the parties' executed and filed *Stipulation Between Debtor and 6202 Laurel Canyon, LLC for Relief from the Automatic Stay to Relet Premises and Take Further Action* [Docket No. 232] (the "Stipulation") is attached hereto as Exhibit A. Movant respectfully requests that the Court enter the concurrently lodged proposed order granting the relief to which the parties have agreed.

Because the parties have already agreed to the relief sought, this Motion presents no contested issue. Movant brings the Motion in the form of a noticed motion solely because the Court declined to approve the relief on stipulation alone and directed that it be presented as a motion on Court form F 4001-1 with a proposed order. The substance of the relief, however, remains exactly as the parties stipulated.

## II.    STATEMENT OF FACTS

1.    On April 2, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor's case is jointly administered with the affiliated debtors' cases under Lead Case No. 8:26-bk-11056-SC.

2.    Prior to the Petition Date, the Debtor was the lessee under an unexpired lease of nonresidential real property with Movant for the premises commonly known as 6202 Laurel Canyon Blvd., North Hollywood, California 91606 (the "Premises").

3.    Pursuant to the *Stipulation Between Debtor and 6202 Laurel Canyon, LLC re Rejection of Unexpired Lease of Nonresidential Real Property and Immediate Access to Premises* [Docket No. 218], as approved by the Court's order entered June 2, 2026 [Docket No. 225] (the "Access Order"), the lease for the Premises (the "Lease") was deemed rejected pursuant to 11 U.S.C. § 365 effective as of May 1, 2026, and Movant was permitted immediate access to the Premises.

4.    Following rejection of the Lease and the return of the Premises, Movant seeks to take possession of and relet the Premises and to take any and all further action as may be required or appropriate with respect to the Premises.

2

8144750.1

5.      The Debtor and Movant conferred and entered into the Stipulation, by which the Debtor consents to relief from the automatic stay to permit Movant to take such action. The Stipulation was executed by counsel for both parties.

## III.   ARGUMENT

### A.      CAUSE EXISTS UNDER 11 U.S.C. § 362(d)(1) TO GRANT THE STIPULATED RELIEF

Section 362(d)(1) authorizes the Court to grant relief from the automatic stay "for cause." 11 U.S.C. § 362(d)(1). The term "cause" is not defined in the Bankruptcy Code and is determined on a case-by-case basis. A debtor's agreement to relief from stay is itself cause for granting that relief.

Cause plainly exists here. The Lease has been rejected pursuant to 11 U.S.C. § 365 and the Access Order, the Premises have been returned to Movant, and the estate retains no continuing interest in the Premises that the automatic stay protects. Moreover, the Debtor has expressly consented to the relief sought through the Stipulation. Where, as here, the debtor agrees to the relief and the estate holds no remaining interest in the property, cause exists to grant relief from the stay.

Movant further requests that the fourteen-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived so that Movant may proceed without delay, consistent with the parties' agreement that the relief be effective upon Court approval.

## IV.   CONCLUSION

For the foregoing reasons, and based upon the parties' Stipulation, Movant respectfully requests that the Court grant the Motion, enter the concurrently lodged proposed order granting relief from the automatic stay to permit Movant to take possession of and relet the Premises and take any and all further action as may be required or appropriate with respect to the Premises, waive the fourteen-day stay under FRBP 4001(a)(3), and grant such other and further relief as the Court deems just and proper.

/ / /

/ / /

3

8144750.1

Dated: June 9, 2026

Elkins Kalt Weintraub Reuben Gartside LLP

_____
Michael I. Gottfried
Cole F. Nicholas
Counsel for Landlord 6202 Laurel Canyon, LLC

4

8144750.1

# EXHIBIT "A"

MICHAEL I. GOTTFRIED, State Bar No. 146689
  *mgottfried@elkinskalt.com*
COLE F. NICHOLAS, State Bar No. 354027
  *cnicholas@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Counsel for 6202 Laurel Canyon, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO.: 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, | Chapter 11 |
| | Jointly Administered With: |
| Debtor and Debtor-in-Possession. | 8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |
| Affects: | |
| ☐ Harshad & Nasir, Incorporated<br>☐ Senior Classic Leasing, LLC<br>☐ DFG Restaurants, Incorporated<br>☐ Second Star Holdings, LLC<br>☐ Third Star Investments, LLC | **STIPULATION BETWEEN DEBTOR AND 6202 LAUREL CANYON, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO RELET PREMISES AND TAKE FURTHER ACTION** |
| ☒ Affects All Debtors | *[Hearing Not Required Unless Requested]* |

Senior Classic Leasing, LLC ("Debtor"), one of the debtors and debtors-in-possession in the above-captioned matter, and 6202 Laurel Canyon, LLC ("Landlord," and together with Debtor, the "Parties"), by and between their respective attorneys, stipulate and agree ("Stipulation") as follows:

### **RECITALS**

1.     On April 2, 2026 ("Petition Date"), Senior Classic Leasing, LLC ("Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor's Chapter

8143958.1

11 case is being jointly administered with the affiliated debtors' cases under Lead Case No. 8:26-bk-11056-SC.

2. Debtor was a party to an unexpired lease of nonresidential real property with 6202 Laurel Canyon, LLC ("Landlord," and together with Debtor, the "Parties") for the premises commonly known as 6202 Laurel Canyon Blvd., North Hollywood, California 91606 (the "Premises").

3. Pursuant to that certain *Stipulation Between Debtor and 6202 Laurel Canyon, LLC re Rejection of Unexpired Lease of Nonresidential Real Property and Immediate Access to Premises* [Docket No. 218] (the "Access Stipulation"), as approved by the Court's *Order Approving Stipulation Between Debtor and 6202 Laurel Canyon, LLC re Rejection of Unexpired Lease of Nonresidential Real Property and Immediate Access to Premises* [Docket No. 225], entered on June 2, 2026 (the "Access Order"), the unexpired lease for the Premises (the "Lease") was deemed rejected pursuant to 11 U.S.C. § 365 effective as of May 1, 2026, and Landlord was permitted immediate access to the Premises to secure the Premises and address the safety, security, and occupancy concerns described therein.

4. Following rejection of the Lease and the return of the Premises, Landlord intends to take possession of the Premises and to relet the Premises and take any and all further action as may be required or appropriate with respect to the Premises.

5. The Parties have conferred and desire to enter into this Stipulation (the "Stipulation") to provide that Landlord has relief from the automatic stay to take such action, and to that end stipulate as follows:

**STIPULATION**

1. All of the Recitals set forth above are incorporated herein by this reference and shall be deemed a material part of this Stipulation.

2. Landlord is granted relief from the automatic stay imposed by 11 U.S.C. § 362(a) to take possession of the Premises and to relet the Premises and take any and all further action as may be required or appropriate with respect to the Premises.

2

8143958.1

3. This Stipulation supplements, and does not modify, amend, or supersede, the Access Stipulation or the Access Order, each of which remains in full force and effect.

4. Nothing in this Stipulation shall be deemed a waiver or release of any claim Landlord may hold against the Debtor or its estate, including any claim arising from the rejection of the Lease, all of which claims and rights are expressly reserved.

5. This Stipulation shall be binding and effective upon execution by the Parties, subject to and conditioned upon approval by the Court.

[*Signatures on following page.*]

3

8143958.1

Dated: June 4, 2026                     THE BENSAMOCHAN LAW FIRM, INC.


                                        Eric Bensamochan
                                        Proposed Counsel for Debtor and
                                        Debtor-in-Possession Senior Classic Leasing, LLC


Dated: June 4, 2026                     Elkins Kalt Weintraub Reuben Gartside LLP


                                        Michael I. Gottfried
                                        Cole F. Nicholas
                                        Counsel for Landlord 6202 Laurel Canyon, LLC

4

8143958.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)** will be served or were served (a**)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael John Agoglia     michael.agoglia@alston.com, melanie.Mizrahie@alston.com**
- **Neama Cory Barari     nbarari@caskeyholzman.com**
- **Eric Bensamochan     eric@eblawfirm.us,**
  **G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us**
- **Dustin P Branch     branchd@ballardspahr.com,**
  **carolod@ballardspahr.com;zarnighiann@ballardspahr.com**
- **Martin P Eramo     MPEramo@aol.com**
- **Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com**
- **Michael I. Gottfried     mgottfried@elkinskalt.com,**
  **lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com**
- **David S Hagen     davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net**
- **Kenneth Misken     Kenneth.M.Misken@usdoj.gov**
- **Atle T. Saterbak     asaterbak@winthrop.com**
- **William Schumacher     wschumacher@winthrop.com,**
  **mfinley@winthrop.com;breznecheck@winthrop.com**
- **Andrew J Steil     asteil@winthrop.com**
- **United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
- **Nahal Zarnighian     zarnighiann@ballardspahr.com,**
  **garciaej@ballardspahr.com;carolod@ballardspahr.com**

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2026 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

In re Sun Gir Incorporated, et al.
Master Mailing List

A B C O A
Airport Business Center Owner's
Association
414 Aviation Blvd.
Santa Rosa, CA 95403

Aarons Lock & Safe Service Inc.
Bills Lock & Safe Service Inc.
860 Piner Rd, # 30
Santa Rosa, CA 95403

Airgas, Inc
Airgas USA, LLC
PO Box 734673
Dallas, TX 75373-4673

Airport Business Center
414 Aviation Blvd.
Santa Rosa, CA 95403

All Temperatures Controlled  Inc
9720 Topanga Canyon Place
Chatsworth, CA 91311

American Reclamation, Inc.
4560 Doran St.
Los Angeles, CA 90039

Andrews Law Group, Inc
6104 Innovation Way
Carlsbad, CA 92009

Aquatech Engineering Inc
P.O Box 80499
San Marino, CA 91108-0499

A R Carlos Investments
25595 Cedarbrook Avenue
Moreno Valley, CA 92553

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

AT & T
P.O. Box 5014
Carol Stream, IL 60197-5014

Athens Services
PO Box 54957
Los Angeles, CA 90054-0957

Azusa Light & Water Department
729 North Azusa Ave.
Azusa, CA 91702

Barth Calderon Llp
333 City Blvd West,
Ste 2050
Orange, CA 92868-2944

Burtec Waste Services LLC
PO Box 51358
Los Angeles, CA 90051-5658

Choice Administrator
PO Box 7088
Orange, CA 92863-7088

California-American Water Co
P.O. Box 7150
Pasadena, CA 91109-7150

California Water Service Co
PO Box 7229
San Francisco, CA 94120-7229

Call & Jensen
610 Newport Center Dr.
Suite 700
Newport Beach, CA 92660

California Travel And Tourism
Commission
555 Capitol Mall, Suite 1100
Sacramento, CA 95814

Capital Steam Cleaners Inc.
5326 Bantry Place
El Dorado Hills, CA 95762

Cash Connect
700 Prides Crossing
Suite 304
Newark, DE 19713

CDW Direct LLC, CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723

Charter Communications-7360
PO Box 7173
Pasadena, CA 91109-7173

Checkrite Backflow Services
3618 Chanate Rd
Santa Rosa, CA 95404-1805

Chris Carpet Cleaning
Robert Benitez
18945 Covello St.
Reseda, CA 91335

Cintas Corporation No. 2
P.O. BOX 631025
Cincinnati, Ohio 45263-1025

Cintas Fire Protection
P.O BOX 636525
Cincinnati, OH 45263-6525

Citizens Jmp Securities
JMP Group Inc
28 State Street
Boston, MA 02109

City Of El Monte
PO Box 6008
El Monte, CA 91731-6008

City Of Arcadia
Public Works Services Dept.
11800 Goldring Road
Arcadia, CA 91066

City Of Arcadia
P.O. Box 60021
Arcadia, CA 91066-6021

City Of Burbank
P.O Box 631
Burbank, CA 91503-0631

City Of Covina
125 E College St
Covina, CA 91723-2199

City Of El Monte - Treasury
PO Box 6008
El Monte, CA 91734

City Of Santa Rosa Fire Dept
2373 Circadian Way
Santa Rosa, CA 95407

City Of Glendale
PO Box 29099
Glendale, CA 91209-9099

City Of Glendora
116 East Foothill Blvd.
Glendora, CA 91741

City Of Healdsburg
PO Box 787
Healdsburg, CA 95448

City Of Healdsburg
401 Grove Street
Healdsburg, CA 95448-4723

City Of La Verne
3660 D Street
La Verne, CA 91750-3512

City Of Montebello
1600 West Beverly Blvd
Montebello, CA 90640-3932

City Of Alhambra
PO Box 6304
Alhambra, CA 91802-6304

City Of Burbank Fire Dept
P.O. Box 7145
Burbank, CA 91510-7145

City Of Diamond Bar
21810 Copley Drive
Diamond Bar, CA 91765

City Of Industry
17445 E. Railroad Street
City Of Industry, CA 91748

City Of Los Angeles Fire Dept-
C.U.P.A.
P.O. Box 102661
Pasadena, CA 91189-2661

City Of Pasadena
100 N. Garfield Ave. N106
PO Box 7115
Pasadena, CA 91109-7215

City Of Rosemead
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

City Of Santa Rosa
Business tax support center
8839 N Cedar Ave #212
Fresno, CA 93720

City Of Pasadena
P.O. Box 7120
Pasadena, CA 91109-7220

City Of Pomona
P.O. Box 51481
Ontario, CA 91761-0081

City Of Rohnert Park
130 Avram Ave.
Rohnert Park, CA 94928

City Of Santa Rosa Alarm
Program
PO Box 143217
Irving, Texas 75014

City Of Temple City
9701 Las Tunas Drive
Temple City, CA 91780

City Of Whittier
13230 E. Penn St.
Whittier, CA 90602-1772

City Of Clearlake
14050 Olympic Drive
Clearlake, CA 95422

Clearlake Waste Solutions, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109-7428

City Of Alhambra
11 South First Street
PO Box 351
Alhambra, CA 91802

City Of Arcadia
240 West Huntington Drive
P.O. Box 60021
Arcadia, CA 91066-6021

City Of Azusa
Attn: Business License Division
213 E. Foothill Blvd
Azusa, CA 91702-1395

City Of Baldwin Park
14403 E. PACIFIC AVE.
Baldwin Park, CA 91706

City Of Burbank
P.O. BOX 6459
Burbank, CA 91510-6459

The Coca Cola Company
Coca-Cola North America
PO Box 101086
Atlanta, GA 30392

City Of Covina
Business Licensing
8839 N Cedar Ave #212
Fresno, CA 93720-1832

City Of Duarte
1600 Huntington Dr.
Duarte, CA 91010

City Of South El Monte
8839 N Cedar Ave #212
Fresno, CA 93720

Cogency Global Inc.
PO BOX 3168
Hicksville, NY 11802

City Of Glendale
633 East Broadway, Rm 101
Glendale, CA 91206-4390

City Of Los Angeles
P.O. Box 102878
Pasadena, CA 91189-2878

City Of Los Angeles
P.O. Box 102649
Pasadena, CA 91189-2649

City Of La Verne
3660 D Street
La Verne, CA 91750-3599

Commercial Electronics
P.O Box 200379
Dallas, Taxes 75320-0379

City Of Monterey Park
320 W. Newmark Ave.
Monterey Park, CA 91754

Rodney Justin Cook
Cook Fire Protection
PO Box 1374
Santa Rosa, CA 95402

City Of Pasadena
P.O. Box 7115
Pasadena, CA 91109-7215

City Of San Gabriel
425 South Mission Drive
San Gabriel, CA 91776

County Of Lake
922 Bevins Court
Lakeport, CA 95453-9739

County Of Los Angeles
PO Box 54978
Los Angeles, CA 90054-0978

County Of Orange
Attn: Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

County Of Sonoma
Environmental Health &
Safety Section
463 Aviation Blvd
Santa Rosa, CA 95403

County Of Sonoma - Fire
Prevention & Hazmat Division
2550 Ventura Avenue
Santa Rosa, CA 95403

Covina Properties  Llc
595 Evelyn Place
Beverly Hills, CA 90210

City Of  West Covina
8839 N. Cedar Ave. # 212
Fresno, CA 93720-1832

CPAC Inc
4749 E Wesley Drive
Anaheim, CA 92807

Crescenta Valley Water District
2700 Foothill Boulevard
La Crescenta, CA 91214

Crosspoint Realty Services, Inc.
P.O. Box 889288
Los Angeles, CA 90088

CT&T Concrete Paving Inc.
324 S. Diamond Bar Blvd,
PMB 275
Diamond Bar,, CA 9176

Custom Graphics
1308 Monte Vista Ave., Ste. 1
Upland, CA 91786

De Lage Landen
PO Box 825736
Philadelphia, PA 19182-5736

Deluxe Corporation
Lockbox 229
P. O. Box 7247
Philadelphia, PA 19170-0001

Department Of Industrial Relations
P.O. Box 511266
Los Angeles, CA 90051-7821

Direct Energy Business
P.O. Box 660749
Dallas, TX 75266

Dl Batty, Inc
31031 Donald Ave.
Madera, CA 93636

DMI Manufacturing  Inc
7177 Industrial Park Blvd.
Mentor, OH 44060

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

Ecolab USA Inc
PO Box: 100512
Pasadena, CA 91189

Ecolab Ecosure
Ecolab Inc.
26397 Network Drive
Chicago, IL 60673-1263

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Envysion Inc
P.O. Box 845341
Dallas, TX 75266-9142

Fedex
P.O. Box 7221
Pasadena, CA 91109-7321

Fedex Office Customer
Administrative Services
PO Box 672085
Dallas, Texas 75267-2085

City Of Monterey Park
Fire Prevention Division
320 West Newmark Ave.
Monterey Park, CA 91754

Fire Recovery USA LLC
P.O. Box 548
Roseville, CA 95678-0548

First Advantage Background
Services Corp
P.O Box 403532
Atlanta, GA 30384-3532

Flue Steam Inc.
5734 Bankfield Ave.
Culver City, CA 90230-6302

Freund Baking Company
2050 S. Tubeway Ave.,
Commerce, CA 90040

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-053

Garvey School District
2730 N. Del Mar Ave.
Rosemead, CA 91770

Green Life Landscape Inc
PO Box 118
La Puente, CA 91745

Gregory Funkhouser
101 Jutta Way
Windsor, CA 95492

H&C Landscaping
Carlos Hererra Lasso
14507 Rayen Street
Panorama City, CA 91402

Herminio Montesinos
12172 Blanding ST
Whittier, CA 90606

Hewlett Packard Financial Serv
P.O Box 402582
Atlanta, GA 30384-2582

Highlands Water Company
14580 Lakeshore Drive
Clearlake, CA 95422

Highspeed Plumbing
111 E Arrow Hwy
Pomona, CA 91767

Inesreporters.Com, Inc.
888 S Figueroa St, Suite 940
Los Angeles, CA 90017

HM Electronics Inc
PO Box 208713
Dallas, TX 75320-8713

Hoshizaki Western
Lock Box # 25417
Dept. LA 25417
Pasadena, CA 91185-5417

Humanadental Ins Co
PO Box 4605
Carol Stream, IL 60197-4605

Infinity Air Hvac LLC
15607 Beach Blvd
Westminster, CA 92683

Insurance Office Of America Inc
1855 W. State Road 434
Longwood, FL 32750

John Gary Smith
J & L Signs
P. O Box 5099
Santa Rosa, CA 95402

James Cline
J.C. Construction
630 Yerba Buena Way
Windsor, CA 95492

JBH Real Estate Experts, Inc.
2600 La Costa Ave.
Carlsbad, CA 92009

KDM Pop Solutions Group
PO Box 632796
Cincinnati, OH 45263

Kimco Realty Op, LLC
PO BOX 30344
Tampa, FL 33630

Los Angeles County Department
Of Public Works
PO Box 1460
Alhambra, CA 91802

L A County Tax Collector
P O Box 54027
Los Angeles, CA 90054-0888

LA Dept Of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Lake County Special Districts
230 N Main Street
Lakeport, CA 95453

Lake County Tax Collector
PO Box 6011
Whittier, CA 90607-6011

La Puente Valley County Water
P.O Box 3136
La Puente, CA 91744

Continental Neon & Plastic
Signs Inc.
14315 Bessmer St.
Van Nuys, CA 91401-3302

Lake County Fire Protection
District
14815 Olympic Drive
Clearlake, CA 95422

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-0018

Los Angeles County Fire Dept.
P.O. Box 513148
Los Angeles, CA 90051-1148

Maass Corporation
1721 Ditty Ave.
Santa Rosa, CA 95403

Lauro Manuel Escobedo
11330 Frankmont St.
El Monte, CA 91732

Lopezz Glass Inc.
7451 Clybourn Avenue
Sun Valley, CA 9135

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696

Mcmillion & Hirtensteiner Llp
5776 D Lindero Canyon Rd #231
Westlake Village, CA 9136

Miksis Services Inc
PO Box 591-I
Healdsburg, CA 95448

Money Talks Inc.
Giovanni Mayorga
17007 S. Berendo Ave
Gardena, CA 90247

MVP Design and Construction, Inc
13631 Yosemite Dr,
Westminster, CA 92683

National Sign & Marketing Corp
13580 5th Street
Chino, CA 91710

Navitas Credit Corp
PO Box 935204
Atlanta, GA 311935204

Nextdaytechs Inc
8017 Sargent Ave
Whittier, CA 90602

Nuco2
PO Box 417902
Boston, MA 02241-7902

O Rourke Electric
3347 Industrial Dr, Ste 4
Santa Rosa, CA 95403

City Of Los Angeles-Bus Tax
P.O Box 102654
Pasadena, CA 91189-2654

One More Time Inc.
4144 Bandini Blvd.
Vernon, CA 90058

Orchid Bay Llc
c/o Columbia  Bank
110.S. Fairfax Avenue
Los Angeles,, CA 90036

City Storage Systems Llc
Wired Up Solutions LLC
PO Box 848009
Los Angeles, CA 90084-8009

Pacific Coast Ebm
1043 Blinn Ave.,
Wilmington,, CA 90744

Parkway Electric Supply
Morris Khakshouy
5767 Lankershim Blvd
North Hollywood, CA 91601

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Platinum Endeavors Llc
9794 Donington Place
Beverly Hills, CA 90210

Pride Fire Systems, Inc.
1900 W. Burbank Blvd.
Burbank, CA 91506

Priority One Sound
5100 E. La Palma Ave.
Suite 116
Anaheim, CA 92807

Prizmar Design
2222 Huntington Lane #2,
Redondo Beach, CA 90278

PTS Marketing Group
1382 Valencia Ave STE B
Tustin, CA 92780

Rays Paving Solutions Inc
18805 Casa Ln,
Porter Ranch, CA 91326

Artem Zuev
RCC-Service LLC
2317 Eastbluff Dr
Newport Beach, CA 92660

Recology Sonoma Marin Inc
3400 Standish Ave
Santa Rosa, CA 95407

Regency Lighting
PO Box 8576
Pasadena, CA 91109-8576

Republic Services
PO Box 60586
City Of Industry, CA 91716-0586

Combined Properties/Reseda
Associates Limited Partnership
P.O. Box 402947-027
Atlanta, GA 303842947

Rincon Yard Maintenance
PO Box 1531
Windsor, CA 9549

Roto Rooter Of Lake County
PO Box 1340
Kelseyville, CA 95451-1340

Roto Rooter
PFS Plumbing LLC, DBA
PO Box 5707
Santa Rosa, CA 95402

Rowland Water District
P.O. Box 513225
Los Angeles, CA 90051-3325

Sam Campos
15211 Sherman Way
Apartment# 206
Van Nuys, CA 91405

San Gabriel County Water Dist
P.O. Box 2227
San Gabriel, CA 91778

San Gabriel Valley Water Co
P.O. BOX 5970
El Monte, CA 91734-197ox

South Coast A.Q.M.D.
21865 Copley Dr
PO Box 4943
Diamond Bar, CA 91765-0943

Sectran Security Inc
P.O Box 227267
Los Angeles, CA 90022-0967

Sheppard Mullin Richter &
Hampton Llp
PO Box 840728
Los Angeles, CA 90084-0728

Sherwin-Williams
PO Box 744678
Los Angeles, CA 90074-4678

Johnson Controls Fire Protection
Dept. CH 10320
Palatine, IL 60055-0320

Smythe Law Group, Inc.
1885 North Craig Ave
Altadena, CA 91001

Sonoma County Tax Collector
585 Fiscal Drive,
Suite 100
Santa Rosa, CA 95403

Southland Environmental Svcs Inc
P.O. Box 86786
Los Anageles, CA 90086

Staples Business Advantage
Business Credit
PO Box 660409
Dallas, TX 75266-0409

Suburban Propane L.P.
PO Box 12027
Fresno, CA 93776-2027

Suburban Water Systems-1
P.O. Box 6105
Covina, CA 91722-5105

Sunny Slope Water
1040 El Campo Drive
Pasadena, CA 91107-5598

Super Star Plumbing Inc
6447 Clara St
Bell Gardens, CA 90201

Talentreef, Inc.
PO Box 738174
Dallas, TX 75373-8174

Talx UC Express
4076 Paysphere Circle
Chicago, IL 60674

The Gas Company
P.O. Box C
Monterey Park, CA 91756-5111

The Hartford
PO Box 783690
Philadelphia, PA 19178-3690

The Pest Machine
26025 Newport Road
Ste F  Box 471
Menifee, CA 92584

Tiger Inc
Department 2192
Tulsa, OK 74182

Time Warner Cable-7386
PO Box 60074
City of Industry, CA 91716-0074

T Mobile
P.O Box 742596
Cincinnati, OH 45274-2596

Town Of Windsor
9291 Old Redwood Hwy
PO Box 100
Windsor, CA 95492

First Capitol Consulting, Inc.,
TRUSAIC
520 South Grand Ave, Ste 200
Los Angeles, CA 90071

Universal Waste Systems
North East La Franchise
Po Box 15069
Whittier, CA 90605

Sungina J. Vachhani, Esq.
17918 Pioneer Blvd. Suite 204
Artesia, CA 90701

Valley Vista Services
17445 E Railroad Street
City of Industry, CA 91748-1088

Valpak Franchise Operations Inc
PO Box 31217
Charlotte, NC 28231-1217

Localize Media Inc.
125 Chaparral Ct. Ste. 205
Anaheim Hills, CA 92808

Vestis Group, Inc
Vestis Services, LLC
22512 Network Place
Chicago, IL 60673

Visible Graphics, Inc.
159 Parrot Lane
Simi Valley, CA 93065

Walnut Valley Water District
P.O. Box 7152
Pasadena, CA 91109-7152

The Wasserstrom Company
PO Box 933469
Cleveland, OH 44193

Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

West Coast Reporters, LLC
68 Mitchell Blvd., Suite 210
San Rafael, CA 94903

Magnolia Vineland Opco Llc
P.O. Box 31080
Tampa, Florida 33630

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

Young Electric Sign Company
Yesco Signs LLC
PO Box 11676
Tacoma, WA 98411-6676

Socal First Aid & Safety
16631 Burke Lane
Huntington Beach, CA 92647

CKE
6700 Tower Circle
Suite 1000
Franklin, TN 37067

Mclane - South
McLane Foodservice Inc.
2085, Midway Road
Carrolton, TX 75006-5063

Mclane - North
PO Box 800
Rocky Mount, NC 27802

Kyle P. Kelley Client Trust Acct
Kyle P. Kelley
Post Office Box 955
Aledo, Texas 76008-0955

Law Ofc of Joseph R Manning Jr
Attorney Client Trust Acct.
26100 Town Centre Drive
Foothill Ranch, CA 92610

Chuys Tree Service &
Landscape Inc
15227 Chase St Apt 21
North Hill, CA 91343

Huang Family Investments LLC
1505 Oak Street
South Pasadena, CA 91030

NEC Capital Solutions
America Inc
PO Box 100558
Pasadena, CA 91189-0558

Joseph  Z Moroney Sr
Gunny Mo & Sons Landscaping
Po Box 2213
Ukiah, CA 95482

Harold R. Benedict Trust
1763 Royal Oaks Dr,
Apt D22
Duarte, CA 91010

City Of South El Monte
8839 N Cedar Ave #212
Fresno, CA 93720

Abin Melwyn Pereira
26052 Serrano CT
Lake Forest, CA 92630

Amber Property Investments  LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

Annupam Patil
14833 Magnolia Blvd. Apt. 112
Sherman Oaks, CA 91403

Anthony Carrick
610 Buffalo Springs Drive
Allen, TX 75013

Blue Valley Investments LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

CDP Leasing
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Central Street Management LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Charter Communications
PO Box 7173
Pasadena, CA 91109-7173

City Of Glendale - Fire Dept.
PO Box 29099
Glendale, CA 91209-9099

Clipper Property Investments LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

DropStars Plumbing
207 N Victory Blvd Ste G
Burbank, CA 91502

DT Communications
3363 Parkview Ave
Pittsburgh, PA 15213

Friendly Franchisees Corp
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Friendly Maintenance LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Global Media Group
30252 Tomas, Ste. 200
Rancho Santa Margarita CA 92688

Green Storm, LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Harmanpreet Kaur
820 Highland Ave
Duarte, CA 91010

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newport Coast, CA 92657

Keshav Kumar
6707 Hesperia Ave
Reseda
Reseda, CA 91335

Lankershim Asset LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Lucain Drake
7853 Marbil Ln
Riverside, CA 92504

Martin Rios
1615 Ximeno Ave. Apt # 129
Long Beach, CA 90804

NWS Star Management LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Pillsbury & Coleman LLP
100 Green St
San Francisco, CA 94111

RCIH LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

RONAK
19623 Albert Ave.
Cerritos, CA 9070

Rose Paving LLC
7300 W 100th Place
Bridgeview, IL 60455

Sarabjit Sudan
1511 Puente Ave #55
Baldwin Park, CA 91706

Second Star Holdings LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Senior Classic Leasing LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Signature Resolution, LLC
633 W 5th Street,
Suite 1000
Los Angeles, CA 90071

Silver Star Real Estate LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

SNSD Investments LLC
SCL Series I
1 Centerpointe Drive,#400
La Palma, CA 90623

SNSD Restaurants LLC
SNSD Restaurants I LLC
1 Centerpointe Drive, #400
La Palma, CA 90623

So Cal Sanitation LLC
C/O So Cal Fence, So Cal Ind.
163 S. 6th Ave
City of Industry,, CA 91746

Sophia Varghese
573 N Azusa Avenue
Covina, CA 91722

South Property Investments LLC
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Steve Cerveris
246 North Pass Avenue
Burbank, CA 91505-3928

Suburban Water Systems
P.O. BOX 6105
Covina, CA 91722

Sun Gir Inc
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Suraj Bhatia
7240 Jordan Ave #109
Canoga Park, CA 91303

The Conservatorship of the Estate
of Neha H Dharod
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

Third Star Investments
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

Todd J. Wenzel
1485 1st Street
Napa, CA 94559

Vasilis Karantzavelos
1 Centerpointe Drive,
Suite 400
La Palma, CA 90623

Zu Property Investments LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623