Daniel M. Holzman, Esq. SBN 176663
dholzman@caskeyholzman.com
N. Cory Barari, Esq. SBN 295306
nbarari@caskeyholzman.com
**CASKEY, HOLZMAN & BARARI**
30200 Agoura Road, Suite 240
Agoura Hills, CA 91301
Telephone: (818) 657-1070
Facsimile: (818) 657-1066

Attorneys for Plaintiff/Movant,
NYDIA DEL SOCORRO LAZO

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED,<br><br><br><br>Debtor and<br>Debtor-in-Possession | **Case No.: 8:26-bk-11056-SC**<br><br>**CHAPTER 11**<br><br>**NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Date:        July 1, 2026**<br>**Time:        1:30 p.m.**<br>**Courtroom:  5C** |

TO THE DEBTOR, DEBTOR'S COUNSEL, THE U.S. TRUSTEE, AND ALL PARTIES IN

INTEREST:

PLEASE TAKE NOTICE that the hearing on Movant, Nydia Del Socorro Lazo's Motion

for Relief from the Automatic Stay has been continued by order of the Court.

The continued hearing will be held as follows:

Date: July 1, 2026

Time: 1:30 p.m.

Courtroom: 5C

NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY **- 1**

Judge: Hon. Scott C. Clarkson

This continuance is pursuant to the Court's order continuing the hearing to permit Movant to effectuate proper service.

PLEASE TAKE NOTICE that enclosed herewith is Movant's Motion for Relief from the Automatic Stay (Docket No. 38), previously filed in this matter, together with supporting documents.

**CASKEY, HOLZMAN & BARARI**

Dated: June 10, 2026                    By: _____
                                        Daniel M. Holzman, Esq.
                                        N. Cory Barari, Esq.

                                        Attorneys for Movant