PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Kenneth.M.Misken@usdoj.gov

FILED & ENTERED

JUN 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Sun Gir Incorporated<br><br>          Debtor.<br>          Debtor in Possession<br><br>□ Affects Harshad & Nasir, Incorporated<br>□ Affects Senior Classic Leasing, LLC<br>□ Affects DFG Restaurants, Incorporated<br>□ Affects Second Star Holdings, LLC<br>□ Affects Third Star Investments, LLC □<br>■ Affects all Debtors | LEAD CASE NUMBER:  8:26-bk-11056-SC<br><br>JOINTLY ADMINISTERED WITH: CASE NOS.:<br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC<br><br>CHAPTER 11<br><br>ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br><br>DATE:  NO HEARING REQUIRED<br>TIME:<br>CTRM: |

Upon consideration of the Application for the Appointment of a Chapter 11 Trustee (see Application filed on June 16, 2026) filed by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefore:

**IT IS ORDERED THAT**

1. The U.S. Trustee's Application is approved.

2. Brad Sharp is appointed as the Chapter 11 Trustee in the above captioned jointly administered cases.

###

Date: June 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge