Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

MICHAEL I. GOTTFRIED, State Bar No. 146689
  mgottfried@elkinskalt.com
COLE F. NICHOLAS, State Bar No. 354027
  cnicholas@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

☒ *Attorney for Movant: 6202 Laurel Canyon, LLC*
☐ *Movant appearing without an attorney*

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 29 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SANTA ANA* DIVISION**

| In re:<br><br>SUN GIR INCORPORATED, et al.<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)**<br><br>DATE: July 1, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>      Santa Ana, California 92701<br>      Or via Zoom.Gov |

**Movant:**  6202 Laurel Canyon, LLC

1. The Motion was:   ☐ Opposed   ☐ Unopposed   ☒ Settled by stipulation (attached as Exhibit A)

2. The Motion affects the following real property (Property):

    *Street address*:    6202 Laurel Canyon Blvd.
    *Unit/suite number*:
    *City, state, zip code*:    North Hollywood, California 91606

    Legal description or document recording number (including county of recording):

☐ See attached page.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

8147407.1

3. The Motion is granted under:

   a. ☒ 11 U.S.C. § 362(d)(1)

   b. ☐ 11 U.S.C. § 362(d)(2)

   c. ☐ 11 U.S.C. § 362(d)(3)

   d. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

     (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

     (2) ☐ Multiple bankruptcy cases affecting the Property.

     (3) ☐ The court ☐ makes ☐ does not make ☐ cannot make a finding that the Debtor was involved in this scheme.

     (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☒ Modified or conditioned as set forth in Exhibit A to this order.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*       Page 2       **F 4001-1.RFS.RP.ORDER**

8147407.1

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☒ Other (*specify*):
See Stipulation attached as Exhibit A.

The July 1, 2026 hearing is VACATED.

###

Date: June 29, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*　　　　　　　　　　　Page 3　　　　　　　　　　　**F 4001-1.RFS.RP.ORDER**

8147407.1

# EXHIBIT A

MICHAEL I. GOTTFRIED, State Bar No. 146689
  *mgottfried@elkinskalt.com*
COLE F. NICHOLAS, State Bar No. 354027
  *cnicholas@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Counsel for 6202 Laurel Canyon, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED,<br><br>       Debtor and Debtor-in-Possession.<br><br>Affects:<br><br>☐ Harshad & Nasir, Incorporated<br>☐ Senior Classic Leasing, LLC<br>☐ DFG Restaurants, Incorporated<br>☐ Second Star Holdings, LLC<br>☐ Third Star Investments, LLC<br><br>☒ Affects All Debtors | CASE NO.: 8:26-bk-11056-SC<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC<br><br>**STIPULATION BETWEEN DEBTOR AND 6202 LAUREL CANYON, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO RELET PREMISES AND TAKE FURTHER ACTION**<br><br>*[Hearing Not Required Unless Requested]* |

Senior Classic Leasing, LLC ("Debtor"), one of the debtors and debtors-in-possession in the above-captioned matter, and 6202 Laurel Canyon, LLC ("Landlord," and together with Debtor, the "Parties"), by and between their respective attorneys, stipulate and agree ("Stipulation") as follows:

## RECITALS

1.  On April 2, 2026 ("Petition Date"), Senior Classic Leasing, LLC ("Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor's Chapter

8143958.1

11 case is being jointly administered with the affiliated debtors' cases under Lead Case No. 8:26-bk-11056-SC.

2.      Debtor was a party to an unexpired lease of nonresidential real property with 6202 Laurel Canyon, LLC ("Landlord," and together with Debtor, the "Parties") for the premises commonly known as 6202 Laurel Canyon Blvd., North Hollywood, California 91606 (the "Premises").

3.      Pursuant to that certain *Stipulation Between Debtor and 6202 Laurel Canyon, LLC re Rejection of Unexpired Lease of Nonresidential Real Property and Immediate Access to Premises* [Docket No. 218] (the "Access Stipulation"), as approved by the Court's *Order Approving Stipulation Between Debtor and 6202 Laurel Canyon, LLC re Rejection of Unexpired Lease of Nonresidential Real Property and Immediate Access to Premises* [Docket No. 225], entered on June 2, 2026 (the "Access Order"), the unexpired lease for the Premises (the "Lease") was deemed rejected pursuant to 11 U.S.C. § 365 effective as of May 1, 2026, and Landlord was permitted immediate access to the Premises to secure the Premises and address the safety, security, and occupancy concerns described therein.

4.      Following rejection of the Lease and the return of the Premises, Landlord intends to take possession of the Premises and to relet the Premises and take any and all further action as may be required or appropriate with respect to the Premises.

5.      The Parties have conferred and desire to enter into this Stipulation (the "Stipulation") to provide that Landlord has relief from the automatic stay to take such action, and to that end stipulate as follows:

## STIPULATION

1. All of the Recitals set forth above are incorporated herein by this reference and shall be deemed a material part of this Stipulation.

2. Landlord is granted relief from the automatic stay imposed by 11 U.S.C. § 362(a) to take possession of the Premises and to relet the Premises and take any and all further action as may be required or appropriate with respect to the Premises.

2

8143958.1

3. This Stipulation supplements, and does not modify, amend, or supersede, the Access Stipulation or the Access Order, each of which remains in full force and effect.

4. Nothing in this Stipulation shall be deemed a waiver or release of any claim Landlord may hold against the Debtor or its estate, including any claim arising from the rejection of the Lease, all of which claims and rights are expressly reserved.

5. This Stipulation shall be binding and effective upon execution by the Parties, subject to and conditioned upon approval by the Court.

[*Signatures on following page.*]

3

8143958.1

Dated: June 4, 2026

THE BENSAMOCHAN LAW FIRM, INC.

Eric Bensamochan
Proposed Counsel for Debtor and
Debtor-in-Possession Senior Classic Leasing, LLC

Dated: June 4, 2026

Elkins Kalt Weintraub Reuben Gartside LLP

Michael I. Gottfried
Cole F. Nicholas
Counsel for Landlord 6202 Laurel Canyon, LLC

4

8143958.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **STIPULATION BETWEEN DEBTOR AND 6202 LAUREL CANYON, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO RELET PREMISES AND TAKE FURTHER ACTION** will be served or were served (a**)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael John Agoglia     michael.agoglia@alston.com, melanie.Mizrahie@alston.com**
- **Neama Cory Barari     nbarari@caskeyholzman.com**
- **Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us**
- **Dustin P Branch     branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com**
- **Martin P Eramo     MPEramo@aol.com**
- **Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com**
- **Michael I. Gottfried     mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com**
- **David S Hagen     davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net**
- **Kenneth Misken     Kenneth.M.Misken@usdoj.gov**
- **Atle T. Saterbak     asaterbak@winthrop.com**
- **William Schumacher     wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com**
- **Andrew J Steil     asteil@winthrop.com**
- **United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
- **Nahal Zarnighian     zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Served by Email</u>**

McLane Foodservice Inc c/o Alston & Bird-Jacob Johnson and Kennedy Bodnarek - <u>Jacob.Johnson@alston.com;</u> <u>Kennedy.Bodnarek@alston.com</u>

Freund - <u>Sherry.W@Freundbakery.com</u>

Sectran Security Inc - <u>spulido@sectransecurity.com</u>

Flue Steam Inc. - <u>summer@fluesteam.com</u>

Covina Properties LLC - <u>bettina@packagemore.com</u>

The Wasserstrom Company - <u>reneepennington@wasserstrom.com</u>

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2026 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

**Served by U.S. Mail**

Hewlett-Packard Financial Svcs Co
P.O Box 402582
Atlanta GA 30384-2582

Securities & Exchange
Commission
Attn: Bankruptcy Counsel
444 South Flower St, Ste 900
Los Angeles, CA 90071-9591

LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Southern California Edison
P.O. BOX 300
Rosemead, CA 91772-0002

Los Angeles County Tax Collector
P.O Box 54018
Los Angeles, CA 90054-001

Orchid Bay LLC c/o Columbia
Bank
110.S. Fairfax Avenue
Los Angeles, CA 90036

Crosspoint Realty Services, Inc
P.O. Box 889288
Los Angeles, CA 90088

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

The Wasserstrom Company
4500 E. Broad Street
Columbus, OH 43213-1360

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.