| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan J. Friedman - Bar No. 132580<br>Melissa Davis Lowe - Bar No. 245521<br>Max Casal – Bar No. 342716<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: AFriedman@shulmanbastian.com;<br>MLowe@shulmanbastian.com;<br>MCasal@shulmanbastian.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>SUN GIR INCORPORATED, a California limited liability company, et al.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1.  Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>MOTION TO COMPEL PAYMENT OF RENT PURSUANT TO 11 U.S.C. 365(d)(3)</u>

    b.  Date of filing of motion: <u>7/7/2026</u>

2.  Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a.  Briefly specify the relief requested in the motion:

    SNSD Restaurants LLC, SNSD Restaurants II LLC, SNSD Restaurants III LLC, SNSD Restaurants IV LLC, Blue Valley Investments LLC, Clipper Property Investments LLC, and Lankershim Asset LLC (collectively, ""Landlords")  seek entry of an order compelling the payment postpetition administrative rent obligations pursuant to 11 U.S.C. section 365(d)(3).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.  Identify the parties affected by the relief requested in the motion:

The Debtors and Landlords are directly affected by the relief requested because the Motion seeks payment of postpetition rent obligations. Secured creditors are also affected by the use of cash collateral to pay rent. Cathay Bank is also indirectly affected because the Landlords use the rental income at issue to satisfy debt service obligations secured by the leased properties.

c.  State the reasons necessitating a hearing on shortened time:

The Landlords are the lessors under thirteen non-residential real property leases with the Debtors. While the Debtors have continued to operate their business operation at the premises covered by the leases, the Debtors have failed to pay rent for two months despite the unambiguous mandate of Section 365(d)(3) to do so. It is imperative that this Motion be heard as soon as possible because two monthly rent payments have become due without payment.  Landlords have corresponding obligations owed to third parties that are funded by the rent payments.  Landlords cannot afford two months of missed rent payments as that will cause them to potentially be unable to service the corresponding obligations.

3.  Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.  Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: 7/7/2026

Shulman Bastian Friedman Bui & O'Dea LLP
Printed name of law firm

/s/ Melissa Davis Lowe
Signature of individual Movant or attorney for Movant

Melissa Davis Lowe
Printed name of individual Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/07/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/07/2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

SEE ATTACHED - Judge's Courtesy Copy

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/07/2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _July 7, 2026_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On July 7, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _July 7, 2026_ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY – ATTORNEY SERVICE**
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin by 5th floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Michael John Agoglia**    michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari**    nbarari@caskeyholzman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Martin P Eramo**    MPEramo@aol.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen**    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com; rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak**    asaterbak@winthrop.com
- **William Schumacher**    wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Andrew J Steil**    asteil@winthrop.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

3. **SERVED BY OVERNIGHT MAIL**

**COUNSEL FOR THE DEBTOR**
~~Eric Bensamochan, Esq.~~
~~THE BENSAMOCHAN LAW FIRM, INC.~~
~~2566 Overland Ave, Ste 650~~
~~Los Angeles, CA 90064~~
**NOTE: SERVED VIA NEF**

**DEBTOR**
Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

**LANDLORD**
Blue Valley Investments LLC
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
SNSD Investments LLC – SCL Series I
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
SNSD Restaurants IV LLC
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
Clipper Property
Investments LLC
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
SNSD Investments LLC – SCL Series IV
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
SNSD Investments LLC – SCL Series II
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
SNSD Investments LLC – SCL Series III
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**LANDLORD**
Lankershim Asset LLC
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**CATHAY BANK**
Attn: Authorized Agent
9650 Flair Drive
El Monte, CA 91731

~~**CHAPTER 11 Trustee**~~
~~**Bradley D. Sharp (TR)**~~
~~333 So. Grand Ave., Suite 4070~~
~~Los Angeles, CA 90071-1544~~
NOTE: SERVED VIA NEF

**SECURED CREDITOR**
McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

**SECURED CREDITOR**
The Northern Trust Company
Attn: Authorized Agent
50 South LaSalle Street
Chicago, IL 60603-1003
Sacramento, CA 95811-0356

**SECURED CREDITOR**
Charles Schwab Premier Bank, SSB
Attn: Authorized Agent
3000 Schwab Way
Roanoke, TX 76262-8104

**SECURED CREDITOR**
Hewlett-Packard Financial Services Co
Attn: Authorized Agent
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

~~**SECURED CREDITOR**~~
~~The Northern Trust Company~~
~~c/o Winthrop & Weinstine, P.A.~~
~~256 South Sixth Street, Suite 3500~~
~~Minneapolis, MN 55413~~
**NOTE: SERVED VIA NEF**

**THE OFFICE OF THE U.S. TRUSTEE**
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

~~**Bradley Sharp, Chapter 11 Trustee**~~
~~c/o Kyra E. Andrassy/Robert S. Marticello~~
~~4675 MacArthur Court, Suite 1550~~
~~Newport Beach, CA 92660~~
**NOTE: SERVED VIA NEF**

**COURT'S MANUAL NOTICE LIST**
Jacob A. Johnson
Alston & Bird LLP
1201 West Peachtree St
Atlanta, GA 30309

~~**COURT'S MANUAL NOTICE LIST**~~
~~William J. Schumacher~~
~~Winthrop & Weinstine, P.A.~~
~~225 S. Sixth St Ste 3500~~
~~Minneapolis, MN 55402~~
**NOTE: SERVED VIA NEF**

**NOTE:  THE DEBTOR STATES IN ITS PETITION AND 20 LARGEST LIST SUBMITTING THEREWITH [DKT. NO. 1] "NONE" AS TO 20 LARGEST UNSECURED CREDITORS.**