| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan J. Friedman - Bar No. 132580<br>Melissa Davis Lowe - Bar No. 245521<br>Max Casal - Bar No. 342716<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: AFriedman@shulmanbastian.com<br>MLowe@shulmanbastian.com<br>mcasal@shulmanbastian.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  SNSD Restaurants LLC; et al. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SUN GIR INCORPORATED,<br><br>Debtor and Debtor in Possession.<br><br>Affects Harshad & Nasir, Incorporated<br><br>Affects Senior Classic Leasing, LLC<br><br>Affects DFG Restaurants, Incorporated<br><br>Affects Second Star Holdings, LLC<br><br>Affects Third Star Investments, LLC<br><br>X Affects All Debtors<br><br>Debtor(s). | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br> MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §365(d)(3)<br><br>**(*Specify name of Motion*)** |
| | DATE: 07/29/2026<br>TIME:  1:30 pm<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street, Santa Ana, CA 92701 |

1.   TO (*specify name*): ___Debtors, their counsel, Chapter 11 Trustee, Office of the U.S. Trustee and Parties in Interest___

2.   NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.  **A copy of the Motion [Dkt. No. 294] was served via NEF and/or via overnight delivery (Federal Express)  on July 7, 2026.   If you have not received a copy of the Motion or need additional copies, please contact the Movant's counsel at the email address or telephone number listed above.**

3.   **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  07/08/2026

Shulman Bastian Friedman Bui & O'Dea LLP
 Printed name of law firm

/s/ Melissa Davis Lowe
 Signature

Melissa Davis Lowe
 Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618


A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
Motion to Compel Payment of Administrative Rent Purusant to 11 U.S.C. § 365(d)(3)
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/08/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) 07/08/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 07/08/2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Michael John Agoglia**   michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari**   nbarari@caskeyholzman.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal**   mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Martin P Eramo**   MPEramo@aol.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen**   davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak**   asaterbak@winthrop.com
- **William Schumacher**   wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Andrew J Steil**   asteil@winthrop.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian**   zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

3. **SERVED VIA FIRST-CLASS MAIL:**

| | | |
|---|---|---|
| **COUNSEL FOR THE DEBTOR**<br>~~Eric Bensamochan, Esq.~~<br>~~THE BENSAMOCHAN LAW FIRM, INC.~~<br>~~2566 Overland Ave, Ste 650~~<br>~~Los Angeles, CA 90064~~<br>**NOTE: SERVED VIA NEF** | **DEBTOR**<br>Sun Gir Incorporated<br>1 Centerpointe Dr., Suite 400<br>La Palma, CA 90623-2530 | **LANDLORD**<br>Blue Valley Investments LLC<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 |
| **LANDLORD**<br>SNSD Investments LLC – SCL Series I<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 | **LANDLORD**<br>SNSD Restaurants IV LLC<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 | **LANDLORD**<br>Clipper Property Investments LLC<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 |
| **LANDLORD**<br>SNSD Investments LLC – SCL Series IV<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 | **LANDLORD**<br>SNSD Investments LLC – SCL Series II<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 | **LANDLORD**<br>SNSD Investments LLC – SCL Series III<br>Attn: Alex Kalinsky<br>1 Centerpointe Drive, Suite 400<br>La Palma, CA 90623 |

**LANDLORD**
Lankershim Asset LLC
Attn: Alex Kalinsky
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

**CATHAY BANK**
Attn: Authorized Agent
9650 Flair Drive
El Monte, CA 91731

~~**CHAPTER 11 Trustee**~~
~~**Bradley D. Sharp (TR)**~~
~~333 So. Grand Ave., Suite 4070~~
~~Los Angeles, CA 90071-1544~~
NOTE: SERVED VIA NEF

**SECURED CREDITOR**
McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

**SECURED CREDITOR**
The Northern Trust Company
Attn: Authorized Agent
50 South LaSalle Street
Chicago, IL 60603-1003
Sacramento, CA 95811-0356

**SECURED CREDITOR**
Charles Schwab Premier Bank, SSB
Attn: Authorized Agent
3000 Schwab Way
Roanoke, TX 76262-8104

**SECURED CREDITOR**
Hewlett-Packard Financial Services Co
Attn: Authorized Agent
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

~~**SECURED CREDITOR**~~
~~The Northern Trust Company~~
~~c/o Winthrop & Weinstine, P.A.~~
~~256 South Sixth Street, Suite 3500~~
~~Minneapolis, MN 55413~~
**NOTE: SERVED VIA NEF**

**THE OFFICE OF THE U.S. TRUSTEE**
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

~~**Bradley Sharp, Chapter 11 Trustee**~~
~~c/o Kyra E. Andrassy/Robert S. Marticello~~
~~4675 MacArthur Court, Suite 1550~~
~~Newport Beach, CA 92660~~
**NOTE: SERVED VIA NEF**

**COURT'S MANUAL NOTICE LIST**
Jacob A. Johnson
Alston & Bird LLP
1201 West Peachtree St
Atlanta, GA 30309

~~**COURT'S MANUAL NOTICE LIST**~~
~~William J. Schumacher~~
~~Winthrop & Weinstine, P.A.~~
~~225 S. Sixth St Ste 3500~~
~~Minneapolis, MN 55402~~
**NOTE: SERVED VIA NEF**