**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Proposed Counsel for
Bradley Sharp, Chapter 11 Trustee

**FILED**

JUL 08 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, *et al.*, | Chapter 11 |
| Debtor. | (Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| ☐ Affects SUN GIR INCORPORATED<br>☐ Affects HARSHAD & NASIR, INCORPORATED<br>☐ Affects SENIOR CLASSIC LEASING, LLC<br>☐ Affects DFG RESTAURANTS INCORPORATED<br>☐ Affects SECOND STAR HOLDINGS, LLC<br>☐ Affects THIRD STAR INVESTMENTS, LLC<br>☒ Affects All Debtors | **NOTICE OF FILING OF CHAPTER 11 TRUSTEE'S BOND**<br><br>[No Hearing Required] |

NOTICE IS HEREBY GIVEN that Bradley Sharp, Chapter 11 Trustee, obtained a

Bond of Trustee as set forth in the Office of the United States Trustee's *Application for Order*

*Approving Appointment of Trustee and Fixing Bond* [Docket No. 272] and related *Order*

*Approving the U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee*

[Docket No. 273]. Attached hereto as **Exhibit 1** is a true and correct copy of Bond No.

3537660 issued by SureTec Insurance Company.

1

NOTICE

Dated: July 8, 2026

**RAINES FELDMAN LITTRELL LLP**

By: _____
Kyra E. Andrassy
Robert S. Marticello
Proposed Counsel for
Bradley Sharp, Chapter 11 Trustee

2

# EXHIBIT 1

# SureTec Insurance Company
## Home Office: 2103 CityWest Boulevard, Suite 1300, Houston, TX 77042

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**          **BOND NUMBER 3537660**

|  |  |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED<br><br>Debtor.<br>Debtor in Possession | LEAD CASE NUMBER: 8:26-bk-11056-SC<br><br>JOINTLY ADMINISTERED WITH: CASE NOS.:<br>8:26-bk-11057-SC<br>8:26-bk-11058-SC<br>8:26-bk-11060-SC<br>8:26-bk-11061-SC<br>8:26-bk-11062-SC |

## CHAPTER 11 TRUSTEE BOND

**KNOW ALL BY THESE PRESENTS,** That we, **BRAD SHARP** with a business address of Development Specialists, Inc., Wells Fargo Center, 333 South Grand Avenue, Suite 4100, Los Angeles, CA 90071, as Principal and **SureTec Insurance Company**, a corporation created and existing under the laws of the **State of Texas, as Surety,** is held and firmly bound unto **THE UNITED STATES OF AMERICA** in the sum of **ONE MILLION FIVE HUNDRED THOUSAND AND 00/100THS-- ($1,500,000.00)DOLLARS,** lawful money of the United States to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**Effective Date: June 17, 2026.**

**THE CONDITION OF THE OBLIGATION IS SUCH,** That, **WHEREAS,** the above-named **BRAD SHARP** was appointed Trustee in the case pending in bankruptcy wherein **SUN GIR INCORPORATED,** is the Debtor, and he has accepted said trust with all the duties and obligations pertaining thereto.

**NOW, THEREFORE,** if the said **BRAD SHARP** shall obey such orders as said Court may make in relation to said trust, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtors which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

**Signed and sealed this 17TH day of JUNE, 2026.**

BY: _____
Brad Sharp,                    Principal

**SureTec Insurance Company**

BY: _____
Carol Levine,          Attorney-In-Fact

State of    _____

**ss. Individual Acknowledgment**

County of    _____

On this _____day of _____, 2026, before me personally came **BRAD SHARP,** to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged to me that she executed the same.

**SEE ATTACHED NOTARY**
**Date:** \_\_06/26/2026\_\_    Roberta Maralo

_____

**Notary Public**

## SURETY ACKNOWLEDGEMENT

**STATE OF:**    **NEW YORK**

**COUNTY OF**    **NEW YORK**

On the **17ᵀᴴ day of JUNE, 2026,** before me personally came **CAROL LEVINE,** resides at 370 Lexington Avenue, Suite 1208, New York, NY 10017, she is Attorney-In-Fact of **SureTec Insurance Company,** the corporation described in and which executed the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by the Board of Directors of said corporation, and that she signed her name thereto by like order; and that the **SureTec Insurance Company** is duly authorized to transact business in the State of New York in pursuance of the statutes in such case made and provided; that the Superintendent of Insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to the **SureTec Insurance Company** a Certificate of Solvency and of Qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that such certificate has not been revoked.

_____
Notary Public

COLLEEN MOHEN
Notary Public, State of New York
Registration No. 01MO6400954
Qualified in New York County
Commission Expires November 25, 2027

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California                                    )
County of ___Los Angeles_____      )

On ___June 26, 2026_____ before me, _____Roberta Marcelo_____,
         *Date*                             *Here Insert Name and Title of the Officer*

personally appeared _____Bradley D. Sharp_____
                                       *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ROBERTA MARCELO
Notary Public - California
Los Angeles County
Commission # 2552771
My Comm. Expires Apr 18, 2030

Signature __*Roberta Marcelo*_____
                       *Signature of Notary Public*

       *Place Notary Seal Above*
——————————————————— **OPTIONAL** ———————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____Chapter 11 Trustee Bond_____
Document Date: __June 17, 2026 and June 26, 2026_____ Number of Pages: ___4_____
Signer(s) Other Than Named Above: __Carol Levine, Attorney-in-Fact_____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Brad Sharp_____
☐ Corporate Officer — Title(s): _Principal_____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _Sun Gir Incorporated_

Signer's Name: _Carol Levine_____
☐ Corporate Officer — Title(s): _Attorney____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _SureTec Incurance Company

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

POA# 3210004

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

**Carol Levine, Sybil Levine, Maria Sponza, Colleen Mohen, Alexandra Shapiro**

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

**In Unlimited Amounts**

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, any Senior Vice President, Vice President, Assistant Vice President, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 18th day of    May    , 2026 .

SureTec Insurance Company

By: _____
Michael C. Keimig, President

Markel Insurance Company

By: _____
Lindey Jennings, Vice President

State of Texas
County of Harris:

On this 18th day of    May    , 2026 A. D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

By: _____
Chelsea Turner, Notary Public
My commission expires 7/6/2028

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 17 day of  JUNE  , 2026 .

SureTec Insurance Company

By: _____
M. Brent Beaty, Assistant Secretary

Markel Insurance Company

By: _____
Andrew Marquis, Assistant Secretary

Any Instrument Issued in excess of the penalty stated above is totally void and without any validity. 3210004
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.



**MARKEL**®

SureTec Insurance Company
2103 CityWest Boulevard, Suite 1300
Houston, TX. 77042

FINANCIAL STATEMENT
as of December 31, 2025
Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | 356,958,787 | Reserve for Losses and Loss Expense | 312,313,082 |
| Stocks | 185,468,312 | Reserve for Unearned Premiums | 85,880,457 |
| Cash & Short Term Investments | 173,256,945 | Other Liabilities | 204,649,826 |
| Agents Balances or Uncollected Premiums | 27,713,636 | TOTAL LIABILITIES | 602,843,365 |
| Other Admitted Assets | 49,180,635 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 184,734,949 |
| | | TOTAL POLICYHOLDERS SURPLUS | 189,734,949 |
| | | TOTAL LIABILITIES AND POLICYHOLDERS | |
| TOTAL ASSETS | $   792,578,315 | SURPLUS | $   792,578,315 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

CERTIFICATE

Kathleen A. Sturgeon, Secretary, and Michael C. Keimig, President, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2025, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2025, according to the best of their information, knowledge and belief.

Signed by:

Michael C. Keimig, President

Signed by:

*Kathleen A. Sturgeon*

Kathleen A. Sturgeon, Secretary

STATE OF ILLINOIS
COUNTY OF COOK

On this   26th  day of  February   , 2026, before me came
the above named officers of SureTec Insurance Company to
me known to be the individuals and officers described
herein, and acknowledge that they executed the foregoing
instrument and affixed the seal of the corporation thereto by
the authority of their office.

Initial

OFFICIAL SEAL
JUSTYNA M GORKA
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/23/2028

Signed by:

Notary Public   Justyna M. Gorka