**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Jordan N. Kelly, PA State Bar No. 328896 (Admitted *Pro Hac Vice*)
jkelly@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:    310 440-4100
Facsimile:    310 499-4877

Counsel for Bradley Sharp,
Chapter 11 Trustee

FILED & ENTERED

JUL 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED, *et al.*<br><br>Debtors. | Case No. 8:26-bk-11056-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| ☐ Affects Sun Gir Incorporated<br>☐ Affects Harshad & Nasir, Incorporated<br>☐ Affects Senior Classic Leasing, LLC<br>☐ Affects DFG Restaurants Incorporated<br>☐ Affects Second Star Holdings, LLC<br>☐ Affects Third Star Investments, LLC<br>☒ **Affects All Debtors** | **ORDER GRANTING APPLICATION TO EMPLOY RAINES FELDMAN LITTRELL LLP AS COUNSEL TO BRADLEY SHARP, CHAPTER 11 TRUSTEE, EFFECTIVE JUNE 16, 2026**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1) and 9013-1(o)] |

On July 10, 2026, Bradley Sharp, the chapter 11 trustee (the "**Trustee**") for the above-captioned debtors, filed and served the *Application to Employ Raines Feldman Littrell LLP as Counsel to Bradley Sharp, Chapter 11 Trustee, Effective June 16, 2026* (the "**Application**") [Dkt. No. 319] and *Notice of Application to Employ Raines Feldman Littrell LLP as Counsel to Bradley Sharp, Chapter 11 Trustee, Effective June 16, 2026* (the "**Notice**") [Dkt. No. 320].  No opposition

1

to or request for hearing on the Application was filed or served.  Having reviewed the Notice and Application and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Application is GRANTED; and

2. The Trustee is authorized to employ Raines Feldman Littrell LLP as general bankruptcy counsel in these cases effective June 16, 2026, with compensation to be paid in such amount as the Court may hereafter allow under 11 U.S.C. § 330 in such amounts as this Court may hereafter determine.

###

Date: July 28, 2026

Scott C. Clarkson
United States Bankruptcy Judge