**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:   310 440-4100
Facsimile:   310 499-4877

Counsel for Bradley Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-11056-SC |
| SUN GIR INCORPORATED, *et al.*, | Chapter 11 |
| Debtor. | (Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |

☐ Affects SUN GIR INCORPORATED
☐ Affects HARSHAD & NASIR, INCORPORATED
☐ Affects SENIOR CLASSIC LEASING, LLC
☐ Affects DFG RESTAURANTS INCORPORATED
☐ Affects SECOND STAR HOLDINGS, LLC
☐ Affects THIRD STAR INVESTMENTS, LLC
☒ Affects All Debtors

**STATUS REPORT OF CHAPTER 11 TRUSTEE AND POSITION WITH RESPECT TO THE PENDING MOTIONS TO REJECT LEASES**

<u>**Hearing Information:**</u>
**DATE:  August 5, 2026**
**TIME:   1:30 p.m.**
**CTRM:  5C**

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

**JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN**

**INTEREST:**

Bradley Sharp, the chapter 11 trustee (the "**Trustee**") for the above-captioned debtors,

submits this report to advise the Court of the status of the administration of this case and the

undersigned counsel apologizes for the delayed filing of this report.

Since the Trustee's appointment, he has been working with National Franchise Sales, the

proposed broker, to market and sell the Debtor's assets.  This process is ongoing and the Trustee

1

hopes to identify a stalking horse bidder in the next few days. Once one is identified, the Trustee will file a motion to approve bid procedures and expects to run a sale process on a condensed timeline that is primarily being driven by the expiration of an insurance policy. The leases that the Court authorized the Debtors and the Trustee to reject have largely now been rejected. The last location closed on August 3, 2026, and is in the process of being surrendered.

The Trustee has been using cash collateral to pay operating expenses with the consent of Northern Trust Company and, to the extent its consent is required, McLane Food Services. The parties are in the process of preparing a stipulation to formalize that consent which will provide that the payment of the expenses in the budget is a carve-out from the secured creditors' lien(s).

Dated: August 4, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Bradley Sharp, Chapter 11 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT OF CHAPTER 11 TRUSTEE AND POSITION WITH RESPECT TO THE PENDING MOTIONS TO REJECT LEASES**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia**    michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari**    nbarari@caskeyholzman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo**    MPEramo@aol.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen**    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz**    lior@katzlaw.com
- **Jolene E Kramer**    courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak**    asaterbak@winthrop.com
- **William Schumacher**    wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Andrew J Steil**    asteil@winthrop.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

2. **SERVED BY UNITED STATES MAIL**:

*20 Largest Unsecured Creditors*
*Consolidated with Case Nos.:*
*8:26-bk-11056-SC; 8:26-bk-11057-SC;*
*8:26-bk-11058-SC; 8:26-bk-11060-SC*
*8:26-bk-11061-SC; & 8:26-bk-11062-SC*

Burbank City Hall
275 E Olive Ave
Burbank, CA 91502

Glendale City Hall
613 E. Broadway
Glendale, CA 91206

Humana Dental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115

Steve Cerveris
246 N Pass Ave.
Burbank, CA 91505

Super Star Plumbing Inc
6447 Clarat St.
Bell Gardens, CA 90201

Airgas USA LLC
259 N Radnor-Chester Rd., Ste 100
Wayne, PA 19087

All Temperatures Controlled Inc
9720 Topanga Canyon Pl
Chatsworth, CA 91311

California Water Service Co
1720 N 1st St,
San Jose, CA 95112

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Edison Southern California
P.O. Box 600
Rosemead, CA
91771-0001

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040

Lauro Manuel Escobedo
11330 Frankmont St.,
El Monte, CA 91732

Sheppard, Mullin, Richter &
Hampton LLP
333 South Hope St., 43rd Fl.
Los Angeles, CA 90071

Xenial, Inc.
3420 Toringdon Way, Suite 400
Charlotte, NC 28277

California Department of Tax and
Fee
Administration
651 Bannon St., Ste 100
Sacramento, CA 95811-0299

LADWP
PO Box 30808
Los Angeles, CA 90030

The Gas Company
P.O. Box C
Monterey Park, CA 91754

United States Fire Insurance Co.
Crum & Forster Legal Department
305 Madison Ave.
Morristown, NJ 07960

McMillion & Hirtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649

Republic Services
PO Box 60586
City of Industry, CA 91716

Sun Gir Incorporate
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars,
Ste 400 N Tower
Los Angeles, CA 90067

CDP Leasing
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Blue Valley
Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623

California State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873

Carl Karcher Enterprises, Inc
(CKE)
6700 Tower Circle, Ste 1000
Franklin, TN 37067

City of Santa Rosa
Business Tax Support Center
8839 N Cedar Ave. # 212
Fresno, CA 93720

Dharod Family Trust
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19175-0220

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newport Coast, CA 92657

McLane Foodservice, Inc
c/o Alston & Bird LLP
Attn: Jacob Johnson
1201 West Peachtree St.
Atlanta, GA 30309

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

NWS Star
Management, LLC
1 Centerpointe Drive., Suite 400,
La Palma, CA 90623

Pacific Gas and
Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

RCIH LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623

Recology Sonoma Marin, Inc.
3400 Standish Ave.,
Santa Rosa, CA 95407

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Tiger Inc.
7812 East 108th St, Suite C
Tulsa, OK 74133

Blue Valley
Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623

City of Healsburg
PO Box 787
Healdsburg, CA 95448

Clearlake Waste Solution, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109

Coca-Cola North America, a
Division of The Coca-Cola
Company
One Coca-Cola Plaza
Atlanta, GA 30301

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Smythe Law Group, Inc.
1028 N Lake Ave #101
Pasadena, CA 91104

Suburban Propane LP
PO Box 12027
Fresno, CA 93776

SVS Network Hardees
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

City of Pasadena
100 N. Garfield Ave.
Pasadena, CA 91101

Employee wage claims (aggregate)
1 Centerpointe Dr. Ste. 400
La Palma, CA 90623

Central Street Management, LLC
1 Centerpointe Dr., Ste . 400
La Palma, CA 90623

DFG Restaurants, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Franchisees Corporation
Central Street Management LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

Harshad & Nasir, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Second Star Holdings, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

SNSD Restaurants LLC
1 Centerpointe Drive, #400,
La Palma, CA 90623

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Maintenance, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Senior Classic Leasing, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.