**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Jordan N. Kelly, PA State Bar No. 328896
(Admitted Pro Hac Vice)
*jkelly@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:  (310) 440-4100
Facsimile:  (310) 691-1943

Counsel for
Bradley Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED, *et al*.,<br><br>Debtor. | Case No.:   8:26-bk-11056-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| ☐  Affects Sun Gir Incorporated<br>☒  Affects Harshad & Nasir, Incorporated<br>☐  Affects Senior Classic Leasing, LLC<br>☐  Affects DFG Restaurants Incorporated<br>☐  Affects Second Star Holdings, LLC<br>☐  Affects Third Star Investments, LLC<br>☐  Affects All Debtors | **NOTICE OF EFFECTIVE DATE OF REJECTION OF LEASE FOR STORE NO. 7384 – 19400 VENTURA BLVD., TARZANA, CA** |

**PLEASE TAKE NOTICE** that, on July 17, 2026, the Court entered an *Order on Motion of the Debtor and Debtor-in-Possession for Entry of an Order (I) Authorizing the Rejection of a Certain Unexpired Lease of Nonresidential Real Property Effective as of April 2, 2026 (the "Petition Date") Pursuant to 11 U.S.C. § 365; and (II) Granting Related Relief* (the **"Lease Rejection Order"**) [Dkt. 343].  A copy of the Lease Rejection Order is attached hereto as **Exhibit A**.

1

**PLEASE TAKE FURTHER NOTICE** that the tenant believes that all Surrender Conditions have been satisfied and that the Effective Date of the rejection of the lease for Store No. 7384, located at 19400 Ventura Blvd., Tarzana, CA 91356, is **August 5, 2026**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Lease Rejection Order, the Lessor shall have fourteen (14) days to file and serve an objection to the proposed Effective Date.  If no objection is timely filed, then the Effective Date in this Notice will be binding on the parties.

Dated:  August 6, 2026                              **RAINES FELDMAN LITTRELL LLP**

By:  */s/ Kyra E. Andrassy*
     Kyra E. Andrassy
     Counsel for Bradley Sharp, Chapter 11 Trustee

2

# EXHIBIT A

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Jordan N. Kelly, PA State Bar No. 328896 (Pro Hac Vice Pending)
jkelly@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:     310 440-4100
Facsimile:     310 499-4877

Proposed Counsel for Bradley Sharp,
Chapter 11 Trustee

FILED & ENTERED

JUL 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In re: | Case No. 8:26-bk-11056-SC |
|---|---|
| SUN GIR INCORPORATED, *et al.* | Chapter 11 |
| Debtors. | (Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |

☐ Affects Sun Gir Incorporated
☒ Affects Harshad & Nasir, Incorporated
☐ Affects Senior Classic Leasing, LLC
☐ Affects DFG Restaurants Incorporated
☐ Affects Second Star Holdings, LLC
☐ Affects Third Star Investments, LLC
☐ **Affects All Debtors**

**ORDER ON MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF A CERTAIN UNEXPIRED LEASE OF NONREIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365; AND (II) GRANTING RELATED RELIEF**

Continued Hearing Date:
DATE:   July 1, 2026
TIME:    1:30 p.m.
CTRM:   5C

At the above date and time, the Court held a continued hearing on the *Motion of the Debor and Debtor-in-Possession for Entry of an Order (I) Authorizing the Rejection of a Certain Unexpired Lease of Nonresidential Real Property Effective as of April 2, 2026 (the "Petition Date") Pursuant to 11 U.S.C. § 365; and (II) Granting Related Relief* [Doc. No. 149] (the

"Motion"). Appearances were as noted on the record.  The Court having read and considered the Motion, the limited opposition of landlord Platinum Endeavors, LLC (the "Lessor"), and the reply filed by the debtor, and Bradley Sharp, the chapter 11 trustee appointed after the filing of the Motion (the "Trustee"), having indicated his support of the rejection of the lease, and for the reasons set forth on the record and in the tentative ruling, attached hereto as **Exhibit A**,

**IT IS ORDERED AS FOLLOWS:**

(1)     The Motion is granted in part to approve the rejection of the lease between Harshad & Nasir Corp. and the Lessor for the location at 19400 Ventura Blvd., Tarzana, CA 91356 (Store 7384) (the "Lease");

(2)     The effective date of the rejection of the Lease will be the date of unequivocal surrender by the Trustee, including by delivering all keys, codes, and other items required to regain exclusive access to the premises (the "Surrender Conditions"), to the Lessor (the "Effective Date"); and

(3)     No later than 24 hours after the Trustee satisfies the Surrender Conditions, the Trustee shall file and serve on the Lessor a notice certifying to the satisfaction of the Surrender Conditions and stating the occurrence of the Effective Date.  The Lessor shall have fourteen (14) days to file and serve an objection to the proposed Effective Date.  If no objection is timely filed, then the Effective Date in the notice will be binding on the parties.  If an objection is timely filed, then the Trustee shall promptly set the matter for a hearing and the Court will resolve the dispute.

**IT IS SO ORDERED.**

### 

Date: July 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Wednesday, July 1, 2026**                                          **Hearing Room      5C**

---

<u>1:30 PM</u>
**8:26-11056    Sun Gir Incorporated**                                              **Chapter 11**

#### #40.00
CONT'D Hearing RE:   Motion Of The Debtor And Debtor-In-Possession For Entry Of An Order (I) Authorizing The Rejection Of A Certain Unexpired Lease Of Nonresidential Real Property Effective As Of April 2, 2026 (The "Petition Date") Pursuant To 11 U.S.C. Section 365; And (II) Granting Related Relief (Motion filed 5/15/2026)

**[RE:  Store No. 7384 located at 19400 Ventura Blvd, Tarzana, California 91356]**

Fr: 6-10-26

Docket          149

**Tentative Ruling:**

Tentative for 7/1/26:

The Court is inclined to GRANT the Motion, with rejection of the subject lease effective upon Debtors' surrender of the subject location to Platinum Endeavors, LLC. The parties should be prepared to address the status of operations, whether the subject location has been vacated or surrendered, and the anticipated timing of surrender.

The effective date requires consideration. Section 365(d)(3) requires timely performance of obligations arising under an unexpired nonresidential real property lease until the lease is assumed or rejected. 11 U.S.C. § 365(d)(3). Under *At Home*, the effective-date inquiry is equitable and fact-specific: the Ninth Circuit noted that courts generally consider whether the parties facilitated or hindered the prompt return of the premises to the landlord, and, in affirming retroactive rejection there, relied on the debtor's immediate filing, prompt hearing request, non-occupation of the premises, and the landlord's motive in opposing the requested date. *In re At Home Corp.*, 392 F.3d 1064, 1070-71, 1072-75 (9th Cir. 2004).

Exhibit A, Page 5

---

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Wednesday, July 1, 2026**                                             **Hearing Room        5C**

---

<u>1:30 PM</u>
**CONT...        Sun Gir Incorporated**                                                    **Chapter 11**

Here, the Court is inclined to adopt a surrender-date effective date. The materials before the Court indicate that Debtors continued to occupy and operate the subject location postpetition, and the Chapter 11 trustee reports that the locations addressed by the pending rejection motions have not yet been vacated. Those facts distinguish this case from *At Home*, where the debtor never occupied the premises, moved to reject on the petition date, and promptly sought a hearing. *At Home,* 392 F.3d at 1066, 1072-74. They also distinguish *Player's Poker*, where the debtor vacated prepetition, completed a walk-through with the landlord, returned the keys, and filed the rejection motion the next day. *In re Player's Poker Club, Inc.*, 636 B.R. 811, 815-16, 830 (Bankr. C.D. Cal. 2022).

A surrender-date effective date also provides a clearer endpoint for lease performance while Debtors remain in possession. Timing matters because lease obligations arising before rejection may be treated differently from claims arising upon rejection. *See, e.g.*, *In re TreeSource Indus., Inc.*, 363 F.3d 994, 997-99 (9th Cir. 2004). Given the trustee's report that the locations have not yet been vacated, tying the effective date to surrender appears appropriate to avoid a disputed gap period while Debtors remain in possession.

Virtual appearances are required. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities. Only the parties, including counsels, their clients, and pro se individuals, may virtually join the hearing. No testimony, however, will be permitted unless specifically authorized by the Court either prior to, or during, the hearing. Parties virtually appearing should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. **By Order of the Judicial Conference of the United States, members of the general public may only view the hearings from the Courtroom, which will remain open, or access the hearing by audioconference only, as set forth below. This is a nation-**

**United States Bankruptcy Court**
**Central District of California**
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Wednesday, July 1, 2026**                                                                                  **Hearing Room      5C**

---

<u>1:30 PM</u>
**CONT...        Sun Gir Incorporated**                                                                  **Chapter 11**
**wide mandate and is not subject to this Court's discretion. The Court**
**will have monitors on and viewable within the Courtroom for viewing.**

Hearing participants may connect to the videoconference through an Internet
browser by entering the Videoconference URL shown below, as well as the
meeting ID and password, when prompted.

Videoconference URL:        https://cacb.zoomgov.com/j/1652831191

Meeting ID:        165 283 1191

Password:        244653

If a participant is unable to send and receive audio through his/her computer,
or join the videoconference through an Internet browser for any reason, the
audio of the hearing may be accessed by telephone using the below audio
conference information. PLEASE BE ADVISED THAT THE GENERAL
PUBLIC AND ALL MEDIA MAY ONLY USE THE AUDIO CONFERENCE
SYSTEM BELOW AND MAY NOT UTILIZE THE VIDEO CONFERENCE
SYSTEM.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:        165 283 1191

Password:        244653

For further details, please consult the instructions on the Court's website
https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference,
so there may be a slight delay to the official start time of the videoconference
hearing.

As noted in the Court's Zoom Video Hearing Guide, located at
https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited

Exhibit A, Page 7

---

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, July 1, 2026**                                            **Hearing Room        5C**

1:30 PM
**CONT...        Sun Gir Incorporated**                                              **Chapter 11**

from making any recording of court proceedings, whether by video, audio,
"screenshot," or otherwise. Violation of this prohibition may result in the
imposition of monetary and non-monetary sanctions.

| Party Information |
| --- |

**Debtor(s):**

Sun Gir Incorporated                    Represented By
                                        Eric  Bensamochan

**Movant(s):**

Sun Gir Incorporated                    Represented By
                                        Eric  Bensamochan

Exhibit A, Page 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660


A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF EFFECTIVE DATE OF REJECTION OF LEASE FOR STORE NO. 7384 – 19400 VENTURA BLVD., TARZANA, CA**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 6, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 6, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**.     <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Michael John Agoglia**     michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy**     kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari**     nbarari@caskeyholzman.com
- **Eric Bensamochan**     eric@eblawfirm.us,
  G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch**     branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal**     mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo**     MPEramo@aol.com
- **Alan J Friedman**     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried**     mgottfried@elkinskalt.com,
  lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen**     davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz**     lior@katzlaw.com
- **Jolene E Kramer**     courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe**     mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik**     matt@rhmfirm.com,
  roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak**     asaterbak@winthrop.com
- **William Schumacher**     wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)**     bsharp@dsi.biz
- **Andrew J Steil**     asteil@winthrop.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian**     zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.