**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Jordan N. Kelly, PA State Bar No. 328896 (Admitted Pro Hac Vice)
jkelly@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:    310 440-4100
Facsimile:    310 499-4877

Counsel for Bradley Sharp,
Chapter 11 Trustee

FILED & ENTERED

AUG 07 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

SUN GIR INCORPORATED, *et al.*

Debtors.

_____

☐    Affects Sun Gir Incorporated
☐    Affects Harshad & Nasir, Incorporated
☐    Affects Senior Classic Leasing, LLC
☐    Affects DFG Restaurants Incorporated
☐    Affects Second Star Holdings, LLC
☐    Affects Third Star Investments, LLC
☒    **Affects All Debtors**

Case No. 8:26-bk-11056-SC

Chapter 11

(Jointly Administered with Case Nos.
8:26-bk-11057-SC; 8:26-bk-11058-SC;
8:26-bk-11060-SC; 8:26-bk-11061-SC;
8:26-bk-11062-SC)

**SCHEDULING ORDER AFTER AUGUST STATUS CONFERENCE**

Hearing Information:
DATE:  August 5, 2026
TIME:  1:30 p.m.
CTRM: 5C

At the above date and time, the Court held a continued chapter 11 status conference in the above-referenced cases. Appearances were as noted on the record. For the reasons set forth on the record,

**IT IS ORDERED AS FOLLOWS:**

(1)    The Scheduling Order entered May 29, 2026 as document number 210 is modified as follows:

1

(a)    The deadline for Bradley Sharp, the chapter 11 trustee (the "**Trustee**"), to file a chapter 11 plan and disclosure statement and to set it for a hearing using the Court's self-calendaring system is October 29, 2026; and

(b)    The deadline to object to claims is extended to December 17, 2026.

**(2)**    The chapter 11 status conference is continued to September 16, 2026, at 1:30 p.m. with a status report due two weeks prior.

**(3)**    The Trustee may file and serve a brief and any supporting declarations regarding the oral motion requesting an extension of the deadline to assume or reject leases on or before August 19, 2026, and any party opposing such request may file and serve a written opposition on or before August 26, 2026, and the Court will rule on this issue at or prior to the continued status conference.

**IT IS SO ORDERED.**

###

Date: August 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge