William J. Schumacher (CA #303862)
Andrew J. Steil *admitted pro hac vice*
Atle T. Saterbak *admitted pro hac vice*
wschumacher@winthrop.com
asteil@winthrop.com
asaterbak@winthrop.com
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: 612-604-6478
Counsel for Northern Trust Company

FILED & ENTERED
AUG 26 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

SUN GIR INCORPORATED, *et al.*,

Debtor.

☐ Affects SUN GIR INCORPORATED
☐ Affects HARSHAD & NASIR, INCORPORATED
☐ Affects SENIOR CLASSIC LEASING, LLC
☐ Affects DFG RESTAURANTS INCORPORATED
☐ Affects SECOND STAR HOLDINGS, LLC
☐ Affects THIRD STAR INVESTMENTS, LLC
☒ Affects All Debtors

Case No. 8:26-bk-11056-SC

Chapter 11

(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC)

**ORDER (I) DIRECTING HARSHAD DHAROD, FRIENDLY FRANCHISEES CORPORATION CENTRAL STREET MANAGEMENT LLC, DHAROD FAMILY, LLC, AND DHAROD FAMILY TRUST TO APPEAR FOR EXAMINATION AND PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND (II) AUTHORIZING ISSUANCE OF SUBPOENAS DIRECTING SAME**

[No Hearing Required Pursuant to Local Bankruptcy Rules 9013-1(p) and 2004-1(c) and (d)]

The Court having read and considered the Motion for Order (I) Directing Harshad Dharod, Friendly Franchisees Corporation, Central Street Management LLC, Dharod Family, LLC, and Dharod Family Trust to Appear for Examination and Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, and (II) Authorizing Issuance of Subpoenas Directing Same

("Motion") filed on August 4, 2026, as Docket Number 380 on the Court's docket and good cause appearing therefor,

**IT IS ORDERED** that:

1. The Motion is granted as provided in this Order.
2. Northern Trust is authorized to conduct Rule 2004 examinations of Harshad Dharod, Friendly Franchisees Corporation, Central Street Management LLC, Dharod Family, LLC, and Dharod Family Trust.
3. Northern Trust is authorized to issue subpoenas substantially in the form attached to the Motion, subject to the corrections and limitations in this Order. Before service, each subpoena must be completed to specify the date, time, and place of compliance and must otherwise comply with Federal Rule of Bankruptcy Procedure 2004(c), Federal Rule of Bankruptcy Procedure 2004(e), Federal Rule of Bankruptcy Procedure 9016, Federal Rule of Civil Procedure 45, and Local Bankruptcy Rule 2004-1(e), including any applicable witness fee and mileage requirements.
4. The examinations and document production may proceed on September 21, 2026, or on another date specified in a subpoena properly issued and served in compliance with this Order and applicable rules, unless otherwise agreed by the parties or ordered by the Court.
5. The examinations and document production shall concern the topics and document requests listed in Attachments A-1, A-2, A-3, A-4, and A-5 to Exhibits 1-5 to the Motion.
6. Friendly Franchisees Corporation, Central Street Management LLC, Dharod Family, LLC, and Dharod Family Trust shall each designate one or more knowledgeable representatives to appear for examination on behalf of the entity.

///

7. This Order authorizes discovery only. The Court makes no findings regarding the merits of any potential claim, defense, avoidance action, breach of fiduciary duty claim, substantive consolidation theory, or other remedy identified in the Motion, and makes no findings regarding the truth of the factual allegations in the Motion.

**IT IS SO ORDERED.**

###

Date: August 26, 2026

Scott C. Clarkson
United States Bankruptcy Judge