**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: 310 440-4100
Facsimile: 310 499-4877

Counsel for Bradley Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SUN GIR INCORPORATED, *et al.*,<br><br>Debtor. | Case No. 8:26-bk-11056-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| ☐ Affects SUN GIR INCORPORATED<br>☐ Affects HARSHAD & NASIR, INCORPORATED<br>☐ Affects SENIOR CLASSIC LEASING, LLC<br>☐ Affects DFG RESTAURANTS INCORPORATED<br>☐ Affects SECOND STAR HOLDINGS, LLC<br>☐ Affects THIRD STAR INVESTMENTS, LLC<br>☒ Affects All Debtors | **STATUS REPORT OF CHAPTER 11 TRUSTEE**<br><br>**<u>Hearing Information</u>:**<br>**DATE: September 16, 2026**<br>**TIME: 1:30 p.m.**<br>**CTRM: 5C** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Bradley Sharp, the chapter 11 trustee (the "**Trustee**") for the above-captioned debtors, submits this report to advise the Court of the status of the administration of this case.

## I. STATUS OF THE SALE OF THE DEBTORS' ASSETS

Since the Trustee's appointment, he has been working with National Franchise Sales to market and sell the Debtor's assets. Because of a combination of the assets involved, market conditions, and the requirements of the franchisor, the process has not been the easiest one. However, the Trustee is in the final stages of negotiations with a buyer who is already an approved franchisee who is interested in acquiring 20 of the Debtors' stores, with the potential of adding two more. The stores that may be acquired are leased from a combination of the franchisor, affiliates entities, and one third party landlord. If the Court approves the cash collateral stipulation that is set for a hearing on September 2, 2026, the sale would render the estates administratively solvent and result in a partial payment to The Northern Trust Company. Because the Debtors' liability insurance expires on or about September 12, 2026, and an extension of it may be cost-prohibitive, the Trustee intends to seek Court approval of the sale on an expedited basis, with a waiver of the 14-day stay.

One threshold issue to be resolved before a sale can be approved is the status of the lease portfolio. Although the Trustee believes that the subleases with the franchisor are part of a single integrated transaction with the franchise agreements and that the deadline to assume or reject the subleases is therefore any time prior to plan confirmation, the Trustee nonetheless intended to seek an extension of time to assume or reject all of the remaining leases to the extent such an extension was required. Unfortunately, counsel for the Trustee neglected to file a motion to extend the deadline to assume or reject the leases before the deadline ran. The Court permitted the Trustee to make an oral motion to retroactively assume or reject the leases on the basis of excusable neglect and invited the Trustee to submit a brief in support of that position, on notice to the lessors, which the Trustee did. The affiliated landlords are supportive of the oral motion and the third party lessors did not oppose the motion, but the franchisor submitted an opposition. The Trustee, the affiliated landlords, the franchisor, and The Northern Trust Company have been negotiating a stipulation to resolve this issue and the stipulation is in near final form with two remaining issues that are being discussed between the franchisor and the affiliated landlords. The expectation is that the stipulation will be submitted to the Court for approval in connection with

the proposed sale of the assets discussed above. If approved, the stipulation would render the oral motion moot as to the subleases and the affiliate leases, but not as to the handful of third party leases.

If the asset purchase agreement is signed, the Court approves the sale, and the buyer closes, the Trustee will evaluate the best way to resolve the Debtors' cases, either through a conversion of the case to one under chapter 7 or a liquidating chapter 11 plan. The Trustee has not yet determined which course is in the best interests of the Debtors' estates.

## II. PRESERVATION OF THE ELECTRONIC BOOKS AND RECORDS

The Trustee has made a demand on the Debtors for a third party vendor to preserve the Debtors' electronic data, Specifically, the Trustee has retained iDiscovery Solutions ("IDS") and requested the following: (1) an administrative log in for IDS with eDiscovery management permissions so that IDS can export mailboxes, Teams, Sharepoint/OneDrive, and any auditing available; and (2) local access for IDS to forensically image individual computers, phones, and servers for eight different employees of the Debtors and/or affiliates who provide critical services for the Debtors. The Debtors have not yet allowed such access because the scope of what the Trustee is seeking includes information unrelated to the Debtors because certain employees provide multiple functions for different entities and some of them do not have domain names that belong to the Debtors.

The Trustee and the Debtors are attempting to consensually resolve the issues with a stipulation but if they are not resolved consensually, the Trustee will need to seek judicial intervention.

## III. MISCELLANEOUS OPEN ISSUE

Prior to the Trustee's appointment, the Debtors filed a motion to employ CR3 Partners to provide Timothy Skillman as their chief restructuring officer and to provide temporary staff. The motion was filed as docket number 145. The motion, which was unopposed, had not been ruled on when the Trustee was appointed, although the Trustee filed a joinder to the motion.

Because it was more expedient to utilize the knowledge gained by CR3 than to start over, the Trustee obtained Court approval to retain Oliver Wyman, which acquired CR3 in the interim period, as his financial advisors. However, the Debtors' motion remains pending.

Dated: September 2, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Bradley Sharp, Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT OF CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 2, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

2. **SERVED BY UNITED STATES MAIL**:

***20 Largest Unsecured Creditors***
***Consolidated with Case Nos.:***
***8:26-bk-11056-SC; 8:26-bk-11057-SC;***
***8:26-bk-11058-SC; 8:26-bk-11060-SC***
***8:26-bk-11061-SC; & 8:26-bk-11062-SC***

Burbank City Hall
275 E Olive Ave
Burbank, CA 91502

Glendale City Hall
613 E. Broadway
Glendale, CA 91206

Humana Dental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115

Steve Cerveris
246 N Pass Ave.
Burbank, CA 91505

Super Star Plumbing Inc
6447 Clarat St.
Bell Gardens, CA 90201

Airgas USA LLC
259 N Radnor-Chester Rd., Ste 100
Wayne, PA 19087

All Temperatures Controlled Inc
9720 Topanga Canyon Pl
Chatsworth, CA 91311

California Water Service Co
1720 N 1st St,
San Jose, CA 95112

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040

Lauro Manuel Escobedo
11330 Frankmont St.,
El Monte, CA 91732

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope St., 43rd Fl.
Los Angeles, CA 90071

Xenial, Inc.
3420 Toringdon Way, Suite 400
Charlotte, NC 28277

California Department of Tax and Fee Administration
651 Bannon St., Ste 100
Sacramento, CA 95811-0299

LADWP
PO Box 30808
Los Angeles, CA 90030

The Gas Company
P.O. Box C
Monterey Park, CA 91754

United States Fire Insurance Co.
Crum & Forster Legal Department
305 Madison Ave.
Morristown, NJ 07960

McMillion & Hirtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649

Republic Services
PO Box 60586
City of Industry, CA 91716

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Tower
Los Angeles, CA 90067

California State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873

Carl Karcher Enterprises, Inc (CKE)
6700 Tower Circle, Ste 1000
Franklin, TN 37067

City of Santa Rosa
Business Tax Support Center
8839 N Cedar Ave. # 212
Fresno, CA 93720

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696

Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19175-0220

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newport Coast, CA 92657

McLane Foodservice, Inc
c/o Alston & Bird LLP
Attn: Jacob Johnson
1201 West Peachtree St.
Atlanta, GA 30309

Tiger Inc.
7812 East 108th St, Suite C
Tulsa, OK 74133

Recology Sonoma Marin, Inc.
3400 Standish Ave.
Santa Rosa, CA 95407

City of Pasadena
100 N. Garfield Ave.
Pasadena, CA 91101

Coca-Cola North America,
a Division of The Coca-Cola Company
One Coca-Cola Plaza NW
Atlanta, GA 30301

City of Healsburg
PO Box 787
Healdsburg, CA 95448

Clearlake Waste Solution, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Smythe Law Group, Inc.
1028 N Lake Ave #101
Pasadena, CA 91104

Suburban Propane LP
PO Box 12027
Fresno, CA 93776

Blue Valley Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623

CDP Leasing
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Dharod Family Trust
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

NWS Star Management, LLC
1 Centerpointe Drive., Suite 400,
La Palma, CA 90623

RCIH LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

SVS Network Hardees
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

Senior Classic Leasing, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

Employee wage claims (aggregate)
1 Centerpointe Dr. Ste. 400
La Palma, CA 90623

Central Street Management, LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

DFG Restaurants, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Franchisees Corporation Central
Street Management LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

Harshad & Nasir, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Second Star Holdings, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

SNSD Restaurants LLC
1 Centerpointe Drive, #400,
La Palma, CA 90623

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Maintenance, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623