**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

-- and --

Jordan N. Kelly, PA State Bar No. 328896 (*Admitted Pro Hac Vice*)
jkelly@raineslaw.com
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412899-6487

Counsel for Bradley Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

SUN GIR INCORPORATED, *et al*.,

Debtor.

☐ Affects Sun Gir Incorporated
☐ Affects Harshad & Nasir, Incorporated
☒ Affects Senior Classic Leasing, LLC
☒ Affects DFG Restaurants Incorporated
☒ Affects Second Star Holdings, LLC
☒ Affects Third Star Investments, LLC
☐ **Affects All Debtors**

Case No.: 8:26-bk-11056-SC

Chapter 11

(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC)

**DECLARATION OF CONNIE-MARIE SANTIAGO OF TELEPHONIC NOTICE OF HEARING AND SERVICE OF THE TRUSTEE'S EMERGENCY MOTION FOR ORDER: (A) AUTHORIZING AND APPROVING THE SALE OF ESTATE PROPERTY FOR 21 LOCATIONS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (B) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF THE LEASES, SUBLEASES, AND EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR THE 21 LOCATIONS; AND (C) REJECTION OF THREE LEASES**

**Hearing Information:**
Date: September 10, 2026
Time: 10:00 a.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

[Zoom instructions available on Court's calendar]

I, Connie-Marie Santiago, hereby declare and state as follows:

1. I am a paralegal at Raines Feldman Littrell LLP, counsel for Bradley Sharp, the chapter 11 trustee (the "**Trustee**"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this Declaration in support the *Notice of the Trustee's Emergency Motion for Order and Emergency Motion for Order: (A) Authorizing and Approving the Sale of Estate Property for 21 Locations Free and Clear of All Liens, Claims, Encumbrances, and Interests; (B) Authorizing and Approving the Assumption and Assignment of the Leases, Subleases, and Executory Contracts and Unexpired Leases for the 21 Locations; and (C) Rejection of Three Leases* [Docket No. 444] (the "**Motion**").

2. On September 8, 2026, at 12:52 p.m., I telephoned Kenneth Misken, at the Office of the United States Trustee at (714) 338-3405 and reached a voicemail recording. I left a message regarding the Hearing on the Motion and further informed him that any opposition to the Motion is due orally at the hearing.

3. On September 8, 2026, at 12:56 p.m., I telephoned William Schumacher, counsel for Northern Trust Company at (612) 604-6478 and reached a voicemail recording. I left a message regarding the Hearing on the Motion and further informed him that any opposition to the Motion is due orally at the hearing.

4. On September 8, 2026, at 12:58 p.m., I telephoned Alan Friedman, counsel for Harshad Dharod and the Dharod Family Trust at (949) 340-3400 and reached a voicemail recording. I left a message regarding the Hearing on the Motion and further informed him that any opposition to the Motion is due orally at the hearing.

5. On September 8, 2026, at 1:00 p.m., I telephoned Jacob Johnson, counsel for McLane Foodservice, Inc. at (404) 881-7282. I spoke with Jacob Johnson and informed him of the Hearing on the Motion and further informed him that any opposition to the Motion is due orally at the hearing.

6. On September 8, 2026, I caused the Motion and Notice of Submission of Declaration of Amir Siddiqi in Support of the Motion to be sent by Overnight Mail to the recipients on the Master Mailing List.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this Declaration on September 8, 2026, at Newport Beach, California.

Connie-Marie Santiago

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CONNIE-MARIE SANTIAGO OF TELEPHONIC NOTICE OF HEARING AND SERVICE OF EMERGENCY MOTION FOR ORDER: (A) AUTHORIZING AND APPROVING THE SALE OF ESTATE PROPERTY FOR 21 LOCATIONS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (B) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF THE LEASES, SUBLEASES, AND EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR THE 21 LOCATIONS; AND (C) REJECTION OF THREE LEASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 8, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 8, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com