| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@raineslaw.com<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Telephone: 310 440-4100<br>Facsimile: 310 499-4877<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Bradley D. Sharp, Chapter 11 Trustee | FILED & ENTERED<br>OCT 07 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11 |
|---|---|
| SUN GIR INCORPORATED, *et al.*,<br><br>Debtor(s). | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Bradley D. Sharp, Chapter 11 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion to Approve the Sale of Estate Property for 5 Locations Free and Clear of Liens, Claims, Encumbrances, and Interests, and related relief

   b. *Date of filing of motion:* October 6, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: October 6, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** October 20, 2026<br>**Time:** 9:30 a.m.<br>**Courtroom:** 5C | **Place:**<br>☐ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐ **3420 Twelfth Street, Riverside, CA 92501**<br>☒ **411 West Fourth Street, Santa Ana, CA 92701**<br>☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br>Date:<br>Time: | (B) *Persons/entities to be provided with telephonic notice:*<br>☐ See attached page<br>(C) *Telephonic notice is also required upon the* United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First class mail ☐ Facsimile* ☒ Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date: October 8, 2026<br>Time: 5:00 p.m. (PST) | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>McLane Foodservice Inc., The Northern Trust Company, and the Debtors' Unsecured Creditors and any other interested party<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☒ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: October 8, 2026<br><br>Time: 5:00 p.m. (PDT): | McLane Foodservice Inc., The Northern Trust Company, the Debtors' Consolidated 20 Largest Unsecured Creditors, and any Counterparty to a Lease to be Assumed and Assigned<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: October 15, 2026<br><br>Time: 3:00 pm | -- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date:<br>Time: | -- All persons/entities who filed a written opposition |
| | (D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☒ Other requirements:

Instructions for appearing by Zoom will be made available on the Court's tentative ruling, posted on the Court's website at https://ecfciao.cacb.uscourts.gov/CiaoPosted/.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☒ at least 2 days before the hearing.

☐ no later than: Date: Time:

***** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: October 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge