Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

RAINES FELDMAN LITTRELL LLP
Kyra E. Andrassy, SBN 207959
kandrassy@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: 310-440-4100

☐ *Individual appearing without attorney*
☒ *Attorney for:* Bradley Sharp, Chapter 11 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:
SUN GIR INCORPORATED, et al.

Debtor(s).

CASE NO.: 8:26-bk-11056-SC
CHAPTER: 11

# NOTICE OF SALE OF ESTATE PROPERTY

| | |
|---|---|
| **Sale Date:** 10/20/2026 | **Time:** 9:30 am |
| **Location:** Ctrm. 5c, Ronald Reagan Fed. Building, 411 West 4th St., Santa Ana, CA 92701 | |

**Type of Sale**: ☒ Public ☐ Private **Last date to file objections**: 10/15/2026

**Description of property to be sold**: Assets owned by Senior Classic Leasing, LLC, used in the operation of 5 Carl's Jr. restaurants, plus the assumption and assignment of the related leases or subleases and the franchise agreements. The five locations are: (1) 14080 Francisquito Ave., Baldwin Park, CA; (2) 2980 E. Workman Ave., West Covina, CA; (3) 5166 Vineland Ave., North Hollywood CA; (4) 8875 Glenoaks Blvd., Sun Valley, CA; and (5) 6601 Lankershim Blvd., North Hollywood, CA.

**Terms and conditions of sale**: $450,000 for the five locations, with a $50,000 deposit. Closing must occur by October 29, 2026. It is subject to the approval of Carl's Jr. Restaurants, Inc. and the consent of The Northern Trust Company.

**Proposed sale price**: $ 450,000.00

**Overbid procedure (*if any*)**: Overbids must be received by National Franchise Sales by October 16, 2026, at 5:00 p.m. Pacific time. Overbids must include the same 5 stores and be for at least $500,000. Overbids must be on substantially the same terms and conditions (other than price) and be accompanied by evidence of the bidder's financial wherewithal.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

October 20, 2026, at 9:30 a.m. in Courtroom 5C, 411 W. Fourth St., Santa Ana, CA 92701.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Michael Ingram, National Franchise Sales, mi@nationalfranchisesales.com, 949-428-0480, 1601 Dove St., Suite 150, Newport Beach, CA 95660

Date: 10/08/2026

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/08/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/08/2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117 954@notify.bestcase.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebec a@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com