**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Bradley D. Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SUN GIR INCORPORATED, *et al*.,<br><br>Debtor. | Case No.: 8:26-bk-11056-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| ☐ Affects Sun Gir Incorporated<br>☐ Affects Harshad & Nasir, Incorporated<br>☐ Affects Senior Classic Leasing, LLC<br>☐ Affects DFG Restaurants Incorporated<br>☐ Affects Second Star Holdings, LLC<br>☐ Affects Third Star Investments, LLC<br>☒ Affects All Debtors | **NOTICE OF HEARING ON SHORTENED TIME ON CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 363(B) APPROVING STIPULATION BETWEEN THE TRUSTEE AND CARL'S JR. RESTAURANTS LLC REGARDING TRANSITION FUNDING AND EVALUATION PERIOD**<br><br>**<u>Hearing Information</u>:**<br>Date: October 20, 2026<br>Time: 9:30 a.m.<br>Place: Courtroom 5C<br>411 W. Fourth St.<br>Santa Ana, CA 92701 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **October 20, 2026**, at **9:30 a.m.** in Courtroom 5C of the above referenced court located at 411 W. Fourth Street, Santa Ana, California 92701, the Court is scheduled to hold a hearing on shortened time on the *Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Stipulation Between the Trustee and Carl's Jr. Restaurants LLC Regarding Transition Funding and Evaluation Period* (the "**Motion**") filed

by Bradley D. Sharp, the duly appointed chapter 11 trustee (the "**Trustee**") for the above-captioned debtors (the "**Debtors**"). A copy of the Order that shortened the time for notice is attached hereto as **Exhibit A**. Instructions for appearing by Zoom will be made available on the Court's tentative ruling, posted on the Court's website at https://ecfciao.cacb.uscourts.gov/CiaoPosted/. A summary of the relief sought in the Motion is as follows:

1. The Trustee seeks approval of the stipulation attached to the Motion as Exhibit 1 (the "**Stipulation**") with Carl's Jr. Restaurants, LLC ("**CJR**") under which the estates will continue to operate and market the remaining locations for sale while CJR evaluates whether it would like to have the Trustee assume any of the remaining leases that are not sold and assign them to CJR or its designee. CJR has agreed to fund the expected shortfall from the Trustee's continued operation of these locations.

2. Pursuant to the Stipulation, CJR has expressed interest in the 21 locations that remained after the September sale. The Trustee was able to obtain liability insurance for the Debtors after the last policy expired on September 12, 2026, which gave the parties another six weeks to determine what to do with the remaining locations. However, the Trustee was concerned that their continued operation would be at a loss, which would be problematic for The Northern Trust Company, the Debtors' secured lender. Therefore, in order to provide it with the time needed to evaluate its options, CJR agreed to provide $648,000 in funding to make up the projected shortfall, with the funding to occur in four weekly installments of $162,000. While CJR analyzes the locations, the Trustee is on the parallel path of continuing to have NFS market them for sale. Pending either a sale or CJR's completion of its analysis, the Trustee will need to continue to pay all operating expenses for these locations, including amounts due under the applicable franchise agreements. The Trustee has projected that $648,000 is sufficient to cover the shortfall, potentially with a surplus. If the projections are off, which the Trustee does not anticipate, the estates will need to cover the difference. Unless otherwise agreed and ordered, all locations will be closed, sold, or transitioned by October 29, 2026, which is the deadline to assume or reject the leases. The disposition of the leases is not part of this Motion.

**FOR FURTHER INFORMATION**, please see the Motion, which is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that the deadline to file and serve a written opposition to the Motion is October 15, 2026 at 3:00 p.m. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Dated: October 8, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Bradley Sharp, Chapter 11 Trustee

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@raineslaw.com<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Telephone: 310 440-4100<br>Facsimile: 310 499-4877<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Bradley D. Sharp, Chapter 11 Trustee | FILED & ENTERED<br>OCT 07 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11056-SC |
|---|---|
| SUN GIR INCORPORATED, *et al.*,<br><br>Debtor(s). | CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Bradley D. Sharp, Chapter 11 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Stipulation Between the Trustee and Carl's Jr. Restaurants, LLC Regarding Transition Funding

   b. *Date of filing of motion:* October 7, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: October 7, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

Exhibit A, Page 3

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** October 20, 2026<br>**Time:** 9:30 a.m.<br>**Courtroom:** 5C | **Place:**<br>☐ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐ **3420 Twelfth Street, Riverside, CA 92501**<br>☒ **411 West Fourth Street, Santa Ana, CA 92701**<br>☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br>Date:<br>Time: | (B) *Persons/entities to be provided with telephonic notice:*<br>☐ See attached page<br>(C) *Telephonic notice is also required upon the* United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First class mail ☐ Facsimile* ☒ Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date: October 8, 2026<br>Time: 5:00 p.m. (PST) | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>McLane Foodservice Inc., The Northern Trust Company, and the Debtors' Unsecured Creditors and any other interested party<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

Exhibit A, Page 4

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☒ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: October 8, 2026<br><br>Time: 5:00 p.m. (PDT): | McLane Foodservice Inc., The Northern Trust Company, and the Debtors' Consolidated 20 Largest Unsecured Creditors<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: October 15, 2026<br><br>Time: 3:00 p.m. | -- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON SHORTENED TIME ON CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 363(B) APPROVING STIPULATION BETWEEN THE TRUSTEE AND CARL'S JR. RESTAURANTS LLC REGARDING TRANSITION FUNDING AND EVALUATION PERIOD**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **October 8, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 8, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 8, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-11056-SC
Central District of California
Santa Ana
Thu Oct 8 11:33:27 PDT 2026

Athena Property Management
34192 Violet Lantern, Ste 6
Dana Point, CA 92629-2846

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Crowe Advisory LLC
1801 California St Ste 2200
Denver, CO 80202-2635

Development Specialists, Inc.
333 S Grand Ave Ste 400
Los Angeles, CA 90071-1586

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McLane Foodservice, Inc.
c/o Alston & Bird LLP
Attn: Jacob Johnson
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3467

National Franchise Sales, Inc.
1601 Dove St Ste 150
Newport Beach, CA 92660-1420

(p)RHM LAW LLP
17609 VENTURA BLVD STE 314
91316 CA 91316-5132

~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct Ste 1550~~
~~Newport Beach, CA 92660-2042~~

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

TAGeX Brands
200 Canal View Blvd Ste 302
Rochester, NY 14623-2851

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

ANDREW PEREZ
Attn: CROSNER LEGAL, PC
9440 Santa Monica Blvd, Ste 301
Beverly Hills, CA 90210-4614

ANDREW PEREZ as Class Rep
Attn: CROSNER LEGAL, PC
9440 Santa Monica Blvd, Ste 301
Beverly Hills, CA 90210-4614

ANDREW PEREZ as PAGA
Attn: CROSNER LEGAL, PC
9440 Santa Monica Blvd, Ste 301
Beverly Hills, CA 90210-4614

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

(p)AIRGAS USA LLC
ATTN LEGAL DEPARTMENT
259 N RADNOR CHESTER RD
RADNOR PA 19087-5240

Airport Business Center
414 Aviation Blvd.
Santa Rosa, CA 95403-1069

Alexis Blanco
EMPLAW, LLP
2235 Encinitas Boulevard, Suite 210
Encinitas, CA 92024-4357

All Temperatures Controlled Inc
9720 Topanga Canyon Pl
Chatsworth, CA 91311-4134

American Reclamation, Inc.
4560 Doran St.
Los Angeles, CA 90039-1006

American.Fire Systems, Inc.
4000 Fruitvale Avenue, Suite 8
Bakersfield, CA 93308-5176

Andrew Perez (PAGA Representative)
c/o Crosner Legal PC
9440 Santa Monica Blvd, Se. 301
Beverly Hills, CA 90210-4614

Athens Services
PO Box 54957
Los Angeles, CA 90054-0957

Azusa Light & Water Department
729 N. Azusa Ave.
Musa, CA 91702-2528

Blue Valley Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623-2530

Burbank City Hall
275 E Olive Ave
Burbank, CA 91502-1232

Burtec Waste Services, LLC
PO Box 51358
Los Angeles, CA 90051-5658

CDP Leasing
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

CROSNER LEGAL, PC
9440 Santa Monica Blvd, Ste 301
Beverly Hills, CA 90210-4614

California American Water Co,
1025 Palm Avenue
Imperial Beach, CA 91932-1616

California Department of
Tax, and Fee Administration
651 Bannon Street, Suite 100
Sacramento, CA 95811-0356

California State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873

California Water Service Co
1720 N 1st St,
San Jose, CA 95112-4598

Capital Steam Cleaners, Inc.
5326 Bantry Place
El Dorado Hills, CA 95762-7651

Carl Karcher Enterprises, Inc (CKE)
6700 Tower Circle, Ste 1000
Franklin, TN 37067-1490

Carl's Jr Restaurants LLC
Kerry Olson
6700 Tower Circle, Ste 1000
Franklin, TN 37067-1490

Carl's Jr. Restaurants LLC
c/o DLA Piper LLP
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

Cash Connect
500 Creek View Rd., Ste 100
Newark, DE 19711-8549

Central Street Management, LLC
1 Centerpointe Dr., Ste . 400
La Palma, CA 90623-2530

Charles Schwab Premier Bank, SSB
3000 Schwab Way
Roanoke, TX 76262-8104

Chetna Dharod
1 Centerpointe Dt., Ste. 400
La Palma, CA 90623-2530

Cintas Corporation No. 2
6800 Cintas Blvd.
Mason, OH 45040-9151

Cisco Systems Capital Corporation
170 West Tasman Drive
San Jose, CA 95134-1706

City Storage Systems LLC
Wired Up Solutions LLC
PO Box 848009
Los Angeles, CA 90084-8009

City of Alhambra
PO Box 6304
Alhambra, CA 91802-6304

City of Arcadia
240 W. Huntington Dr.
Arcadia, CA 91007-3401

City of Covina
125 E. College Street
Covina, CA 91723-2199

City of Glendora
116 E. Foothill Blvd.
Glendora, CA 91741-3380

City of Healsburg
PO Box 787
Healdsburg, CA 95448-0787

City of La Verne
3660 D Street
La Verne, CA 91750-3599

City of Los Angeles
PO Box 102878
Pasadena, CA 91189-0141

City of Pasadena
100 N. Garfield Ave.
Pasadena, CA 91101-1782

City of Pomona
PO Box 51481
Ontario, CA 91761-0081

City of Rohnert Park
130 Avram Ave.
Rohnert Park, CA 94928-2486

City of Santa Rosa
Business Tax Support Center
8839 N Cedar Ave. # 212
Fresno, CA 93720-1832

City of South EI Monte
8839 N Cedar Ave., # 212
Fresno, CA 93720-1832

Clearlake Waste Solution, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109-7428

Clipper Property Investments, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

Coca-cola North America,
a Division of The Coca-cola Company
One Coca-cola Plaza
Atlanta, GA 30313-2420

Combined Propedies/Reseda Associates
Limited Padnership
PO Box 402949-027
Atlanta, GA 30384-2947

(p)COMMERCIAL ELECTRONICS
3787 RIDER TRAIL S
EARTH CITY MO 63045-1114

County of Los Angeles
500 W. Temple Street
Los Angeles, CA 90012-3199

Covina Plaza Shopping Center
573 N. Musa Ave.
Covina, CA 91722

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214-3590

DFG Restaurants, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

DT Communications
3363 Parkview Ave., O
Pittsburgh, PA 15213-4515

Dharod Family Trust
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19175-0220

DoorDash, Inc
303 2nd Street, South Tower, Suite 800
San Francisco, CA 94107-1366

Dr. Pepper/Seven Up, Inc.
6425 Hall of Fame Lane
Frisco, TX 75034-1954

Dropstars Plumbing
207 N Victory Blvd. Ste G,O
Burbank, CA 91502-1839

ESTHER SIGALA
Attn: Zakay Law Group, APLC
3110 Camino Del Rio S, Ste 308
San Diego, CA 92108-3832

ESTHER SIGALA as Class Rep
Attn: Zakay Law Group, APLC
3110 Camino Del Rio S, Ste 308
San Diego, CA 92108-3832

ESTHER SIGALA as PAGA
Attn: Zakay Law Group, APLC
3110 Camino Del Rio S, Ste 308
San Diego, CA 92108-3832

Ecolab Pest Elimination
1 Ecolab Place
Saint Paul, MN 55102-2739

Edison Southern California
P.O. Box 600
Rosemead, CA 91771-0001

Employee Wage Claims (Aggregate)
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Envysion, Inc.
100 Superior Plaza Way, Suite 260
Louisville, CO 80027-1975

Esther Sigala (Class Representative)
c/o Zakay Law Group, APLC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121-6720

FERNANDO TORRES
Attn: Zakay Law Group, APLC
3110 Camino Del Rio S, Ste 308
San Diego, CA 92108-3832

FedEx
CustomerAdministrative Services
7900 Legacy Drive
Plano, TX 75024-4089

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230-6302

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040-1624

Friendly Franchisees Corporation
Central Street Management LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Friendly Maintenance, LLC
i Centerpointe Dr., Ste 400
La Palma, CA 90623

Gabriela Salayes
Alice Wang, Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108-4733

Glendale City Hall
613 E. Broadway
Glendale, CA 91206-4308

Green Life Landscape, Inc.
15735 Maplegrove St.
La Puente, CA 91744-1246

Grubhub Holding, Inc.
111 W. Washington Street, Suite 2100
Chicago, IL 60602-2783

H&C Landscaping
c/o Carlos Herrera Lasso
14507 Rayen St
Panorama City, CA 91402-2506

HM Electronics, Inc.
2848 Whiptail Loop W
Carlsbad, CA 92010-6708

HM Electronics, Inc.
PO Box 208713
Dallas, TX 75320-8713

Harshad & Nasir, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

Harshad Dharod
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Harshad Dharod
38 Shoreridge
Newport Coast, CA 92657-1813

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newpod Coast, CA 92657-1813

Headland Commerce, Inc
3420 Toringdon Way, Suite 400
Charlotte, NC 28277-2439

Headland Payments Systems, Inc
616 N. Broadway Ave.
Oklahoma City, OK 73102-6202

Herminio Montesino
12172 Blanding St.
Whittier, CA 90606-2513

Hewlett-Packard Financial Services Co
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

Highland Water Company
14580 Lakeshore Dr.
Clearlake, CA 95422-8100

Highspeed Plumbing
111 E. Arrow Hwy
Pomona, CA 91767-2103

Hoshizari Western
Lock Box # 25417 Dept. LA 25417
Pasadena, CA 91185-0001

Humana Dental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115-8187

Humana Insurance Company
1100 Employers Boulevard
Green Bay, WI 54344-0002

Jorge Chavez and Rigoberto Hernandez
c/o Bibifyan Law Group, P.C.
8484 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211-3243

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

La Puente Valley County Wateq District
112 N. First Ave.
La Puente, CA 91744-4710

La Puente Valley County Water District
112 North First Street
La Puente, CA 91744-4710

Lankershim Asset, LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

Lauro Manuel Escobedo
11330 Frankmont St.,
El Monte, CA 91732-2122

McLane Foodservice, Inc
Attn: Jacob Johnson
c/o Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309-3424

McMillion & Hidensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649-3810

McMillion & Hrtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649-3810

Mectran Security, Inc.
7633 Industry Avenue
Pico Rivera, CA 90660-4301

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696-0146

Miksis Services, Inc.
78440 Avenue 41
Bermuda Dunes, CA 92203

N. Cory Barari
CASKEY, HOLZMAN & BARARI
30200 Agoura Road, Suite 240
Agoura Hills, CA 91301-5438

NW Star Management LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

NWS Star Management, LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

NuCO2
2800 Southeast Market Place
Stuart, FL 34997-4965

Nydia DeI Socorro Lazo
c/o Barari N. Cory, Esq.
30200 Agoura Rd., Suite 240
Agoura Hills, CA 91301-5438

Nydia DeI Socorro Lazo
c/o Caskey Holzman & Barari
Attn: Neama Cory Barari
30200 Agoura Rd Ste 240
Agoura Hills, CA 91301-5438

Nydia Del Socorro Lazo
c/o CASKEY, HOLZMAN & BARARI
30200 Agoura Road, Suite 240
Agoura Hills, CA 91301-5438

Olo Inc
99 Hudson Street, 10th Floor
New York, NY 10013-2815

One More Time, Inc.
4144 Bandini Boulevard
Los Angeles, CA 90058-4209

Orchid Bay LLC (6202 Laurel Canyon Blvd)
6202 Laurel Canyon LLC
Elkins Kalt LLP c/o Michael I Gottfried
10345 W Olympic Blvd
Los Angeles CA 90064-2524

Orchid Bay, LLC
715 25th St.
Santa Monica, CA 90402-3143

PTS Marketing Group
1382 Valencia Ave., Unit B
Tustin, CA 92780-6472

Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

Platinum Endeavors LLC
9301 Wilshire Blvd., Suite 205
Beverly Hills, CA 90210-6110

Podier, LLC
d/b/a Uber Eats
1725 3rd Street
San Francisco, CA 94158-2203

Priority One Sound
5100 E. La Palma Ave., Suite 116
Anaheim, CA 92807-2081

R/M Healdsburg Limited, Ltd.
601 California St., Ste 601
San Francisco, CA 94108-2811

RCIH LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623-2530

Recology Sonoma Marin, Inc.
3400 Standish Ave.,
Santa Rosa, CA 95407-8112

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

Rincon Yard Maintenance
PO Box 1531
Windsor, CA 95492-1531

Rowland Water District
3021 S. Fullerton Rd.
Rowland Heights, CA 91748-4799

SNSD Restaurants I, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants II, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants III, LLC
1 Centerpointe Drive, Suite 400
La Palma, CA 90623-2530

SNSD Restaurants IV, LLC
1 Centerpointe Drive, Suite 400,
La Palma, CA 90623-2530

SNSD Restaurants LLC
1 Centerpointe Drive, //400,
La Palma, CA 90623-2530

SVS Network Hardees
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

San Gabriel County Water District
11142 Garvey Ave.
South El Monte, CA 91733-2425

San Gabriel Valley Water Co.
PO Box 5970
El Monte, CA 91734-1970

Second Star Holding, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Second Star Holdings, LLC
1 Centerpointe Dr,, Ste 400
La Palma, CA 90623-2530

Sectran Security, Inc.
7633 Industry Avenue
Pico Rivera, CA 90660-4301

Senior Classic Leasing, LLC
1 Centerjointe Dr., Ste 400
La Palma, CA 90623-2530

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope St., 43rd Fl.
Los Angeles, CA 90071-1422

Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

Smythe Law Group, Inc.
1028 N Lake Ave #101
Pasadena, CA 91104-4570

SoCalGas
PO Box 30337
Los Angeles, CA 90030-0337

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Southland Environmental Services, Inc.
PO Box 86786
Los Angeles, CA 90086-0786

Staples Business Advantage
500 Staples Drive
Framingham, MA 01702-4474

Steve Cerveris
246 N Pass Ave.
Burbank, CA 91505-3928

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

Suburban Water Systems
PO Box 6105
Covina, CA 91722-5105

Sun Gir Incorporate
1 Centerpointe Dr., Suite 400
La Palma, CA 90623-2530

Sunny Slope Water
1040 El Campo Dr.
Pasadena, CA 91107-5598

Super Star Plumbing Inc
6447 Clarat St.
Bell Gardens, CA 90201-5651

Superior Court of California
County of Los Angeles
Spring Street Courthouse 312 North Sprin
Los Angeles, CA 90012-4701

(p)LOS ANGELES SUPERIOR COURT
111 N HILL STREET
LOS ANGELES CA 90012-3115

Superior Court of California
County of Los Angeles
Van Nuys Courthouse 6230 SylmarAvenue
Van Nuys, CA 91401-2789

(p)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

TalentReef, Inc.
PO Box 738174
Dallas, TX 75373-8174

The Gas Company
PO Box C
Monterey Park, CA 91754-0932

The North River Insurance Company
305 Madison Avenue
Morristown, NJ 07960-6117

The Northern Trust Company
c/o Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

The P.E.S.T. Machine Team of L.A. Inc.
8442 Alvarado Drive
Huntington Beach, CA 92646-6108

The Wasserstrom Company
4500 E Broad St
Columbus, OH 43213-1360

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623-2530

Tiger Inc.
7812 East 108th St, Suite C
Tulsa, OK 74133-7420

Town of Windsor
9291 Old Redwood Hwy
Windsor, CA 95492-8089

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

UniFirst Corporation
700 S. Etiwanda Avenue
Ontario, CA 91761-8608

United States Fire Insurance Co.
Crum & Forster Legal Department
305 Madison Ave.
Morristown, NJ 07960-6117

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Universal Waste Systems
North East LA Franchise
PO Box 15069
Whittier, CA 90605-5069

Vestis Group Inc
22512 Network Place
Chicago, IL 60673-1225

Walnut Valley Water District
271 S. Brea Canyon Rd.
Walnut, CA 91789-3049

Wasserstrom Holdings, Inc.
and Subsidiaris
4500 E Broad St.
Columbus, OH 43213-1360

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Watt Laverne, LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Xenial, Inc.
3420 Toringdon Way, Suite 400
Charlotte, NC 28277-2439

Zakay Law Group, APLC
3110 Camino Del Rio S, Ste 308
San Diego, CA 92108-3832

Bradley D. Sharp (TR)
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

Felipe Martinez
c/o Katz Law, APC
5850 Canoga Avenue
Suite 306
Woodland Hills, CA 91367-6548

Oliver Wyman
633 West Fifth St Ste 1200
Los Angeles, CA 90071-2095

Tim Skillman
CR3 Partners, LLC
13355 Noel Rd Ste 2005
Dallas, TX 75240-6635

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RHM LAW LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316

Airgas USA LLC
259 N Radnor-Chester Rd., Ste 100
Wayne, PA 19087

Commercial Electronics
3787 Rider Tri S
Earth City, MO 63045-1114

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Southern California Edison
P.O. Box 300
Rosemead, CA 91 772-0001

Suburban Propane LP
PO Box 12027
Fresno, CA 93776

Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse 111 North Hill S
Los Angeles, CA 90012

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)6202 Laurel Canyon, LLC

(u)CTO Foods, LLC

(u)Carl's Jr. Restaurants, LLC

(u)Courtesy NEF

(u)National Fast Food Workers Union

(u)Platinum Endeavors, LLC

(u)SNSD Restaurants LLC; SNSD Restaurants II

(d)INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

(d)The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

(d)The Northern Trust Company
50 South Lasalle Street
Chicago, IL 60603-1003

(d)The Wasserstrom Company
4500 E Broad St.
Columbus, OH 43213-1360

(d)Vestis Group, Inc.
22512 Network Place
Chicago, IL 60673-1225

(d)Watt Laverne, LLC
c/o Ballard Spahr LLP
2029 Century Park East Ste 1400
Los Angeles, CA 90067-2915

(u)Harshad Dharod

(u)Nydia Del Socorro Lazo

End of Label Matrix
Mailable recipients 203
Bypassed recipients 15
Total 218