**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Jordan N. Kelly, PA State Bar No. 328896
(*Admitted Pro Hac Vice*)
jkelly@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: 310 440-4100
Facsimile: 310 499-4877

Counsel for Bradley Sharp, Chapter 11 Trustee

FILED & ENTERED
OCT 20 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SUN GIR INCORPORATED, *et al.*<br><br>Debtors. | Case No. 8:26-bk-11056-SC<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC) |
| Affects:<br>☐ Harshad & Nasir, Incorporated<br>☐ Senior Classic Leasing, LLC<br>☐ DFG Restaurants, Incorporated<br>☐ Second Star Holdings, LLC<br>☐ Third Star Investments, LLC<br>☒ **Affects All Debtors** | **ORDER AUTHORIZING AND APPROVING THE REJECTION OF FOUR SUBLEASES**<br><br>**<u>Hearing Information:</u>**<br>Date: October 20, 2026<br>Time: 9:30 a.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

At the above date and time, the Court held a hearing on shortened notice on the *Motion for an Order: (A) Authorizing and Approving the Sale of Estate Property for 5 Locations Free and Clear of All Liens, Claims, Encumbrances, and Interests; (B) Authorizing and Approving the Assumption and Assignment of the Leases, Subleases, and Executory Contracts for the 5 Locations; and (C) Authorizing the Rejection of Four Subleases (*the "**Motion**") [Doc. No. 492] filed by Bradley Sharp, the chapter 11 trustee ("**Trustee**") for the bankruptcy estates of the above-captioned debtors.

Appearances were as noted on the record. The Court, having considered the Motion and the Declarations of Bradley Sharp and Michael Ingram filed in support of the Motion, and all parties in interest having been heard, or having had the opportunity to be heard, and for all of the reasons set forth on the record at the above-noted hearing, and the Court having found that notice of the Motion was proper and that a hearing on shortened notice was justified based on the circumstances, and for the reasons set forth on the record, the Court orders as follows:

(1) The Motion is granted to approve the rejection of the subleases identified herein.

(2) The Trustee is authorized to reject the following leases effective as of the date of surrender to Carl's Jr. Restaurants, LLC, the sublessor: (a) Store 7401 at 20900 Roscoe Blvd, Canoga Park, CA, surrendered on September 24, 2026; (b) Store 7400 at 21201 Sherman Way, Canoga Park, CA, surrendered on September 24, 2026; (c) Store 7385 at 1400 Foothill Blvd., La Verne, CA, surrendered on September 30, 2026; and (d) Store 7403 at 12653 Sherman Way, North Hollywood, CA, surrendered on September 24, 2026.

**IT IS SO ORDERED.**

###

Date: October 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge