| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy (State Bar No. 207959)<br>kandrassy@raineslaw.com<br>Robert S. Marticello (State Bar No. 244256)<br>rmarticello@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>SUN GIR INCORPORATED, *et al.,*<br>Debtor(s). | CASE NO.: 8:26-bk-11056-SC<br>CHAPTER: 11 |
| ☐ Affects Sun Gir Incorporated<br>☐ Affects Harshad & Nasir, Incorporated<br>☐ Affects Senior Classic Leasing, LLC<br>☐ Affects DFG Restaurants Incorporated<br>☐ Affects Second Star Holdings, LLC<br>☐ Affects Third Star Investments, LLC<br>☒ **Affects All Debtors** | Jointly Administered with Case Nos.<br>8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 10/29/2026 Movant(s) filed a motion or application (Motion) entitled: Motion to Amend Scheduling Order to Extend the Deadline to File Disclosure Statements and Plans and to Vacate the Deadline to Object to Prepetion Claims [Dkt. 529]

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On *(date):* 10/29/2026 Movant(s), served a copy of ☐ the notice of motion or ☒the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 20 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/18/2026

/s/ Kyra E. Andrassy
Signature

Kyra E. Andrassy
Printed name

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

-- and --

Jordan N. Kelly, PA State Bar No. 328896 (*Admitted Pro Hac Vice*)
jkelly@raineslaw.com
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412899-6487

Counsel for Bradley D. Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

SUN GIR INCORPORATED, *et al.*,

Debtor.

☐ Affects Sun Gir Incorporated
☐ Affects Harshad & Nasir, Incorporated
☐ Affects Senior Classic Leasing, LLC
☐ Affects DFG Restaurants Incorporated
☐ Affects Second Star Holdings, LLC
☐ Affects Third Star Investments, LLC
☒ **Affects All Debtors**

Case No.: 8:26-bk-11056-SC

Chapter: 11

(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC)

**MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISCLOSURE STATEMENTS AND PLANS AND TO VACATE THE DEADLINE TO OBJECT TO PREPETITION CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF BRADLEY SHARP IN SUPPORT THEREOF**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL PARTIES IN INTEREST:**

Bradley Sharp, the chapter 11 trustee (the "**Trustee**") for the above-captioned debtors (together, the "**Debtors**"), requests that the *Scheduling Order After August Status Conference* entered on August 7, 2026 [Doc. No. 387], be amended to extend the deadlines set by the Court for the Trustee to file disclosure statements and plans by sixty (60) days and to vacate the deadline to object to prepetition claims. In support of the motion (the "**Motion**"), the Trustee submits the following memorandum of points and authorities and the declaration of Bradley Sharp in support.

## I. <u>BACKGROUND FACTS</u>

### A. <u>General Background</u>

On April 2, 2026, the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code. The cases are being jointly administered. The Debtors operate Carl's Jr. restaurant locations throughout California.

In May 2026, the Court *sua sponte* issued an order to show cause why a chapter 11 trustee should not be appointed. On June 3, 2026, the Court ordered the appointment of a chapter 11 trustee. On June 17, 2026, the Court entered an *Order Approving U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee* [Doc. No. 273], appointing the Trustee effective June 16, 2026.

When the Trustee was appointed, the Court had set July 31, 2026, as the deadline for the Debtors to file their disclosure statements and plans and September 18, 2026, as the deadline to object to claims. After the Trustee's appointment and at the request of the Trustee, the Court previously extended the deadline for the filing of disclosure statements and plans to October 29, 2026, and the deadline for the objection to claims to December 17, 2026. *See Scheduling Order After August Status Conference* [Doc. No. 387].

**B. The Sale of Restaurant Locations**

The cases were on a sale trajectory before the Trustee's appointment and the Trustee stayed that course, obtaining approval to retain National Franchise Sales to market the Debtors' restaurants. Because the Trustee had a limited runway to market and sell the Debtors' assets because of cash collateral issues and because of the deadline to assume or reject leases, the Trustee's focus has been on selling as many locations as he could. As of the submission of this Motion, the Trustee has obtained Court authority to sell 32 locations, has rejected a number of other leases, and is transitioning a handful of locations back to Carl's Jr. Restaurants, LLC. Those sales are expected to close on or about October 29, 2026. Once the closings occur, the Debtors' operations will have ceased.

With the operational aspect of this case complete, the Trustee can now turn towards the exit strategy for these cases. The Trustee anticipates proposing a liquidating "pot plan" where the Debtors' remaining assets, primarily consisting of potential litigation claims, are vested in a liquidating trust for the benefit of unsecured creditors, including any unpaid administrative claims. It is unclear what the ultimate recovery for creditors will be at this time. The Trustee will shortly be filing a motion to set an administrative claims bar date.

## II. LEGAL ARGUMENT

A court may modify its own scheduling order on request of a party who makes the request prior to expiration of the deadline "for cause shown." Fed. R. Bankr. Proc. 9006(b)(1). The Trustee submits that cause exists to extend the deadlines for the Trustee to file disclosure statements and plans and to object to claims. With respect to the claim objections, it is presently unclear what amount, if any, will be available for distribution to prepetition creditors. The Trustee does not believe it is prudent to incur fees reviewing and objecting to prepetition claims when it is unclear if there will be funds available for distribution to them. Accordingly, the Trustee is requesting that the Court vacate the deadline to object to claims in favor of addressing that issue in the plans that will be proposed.

With respect to the deadline for submission of plans and disclosure statements, the Trustee requests an additional sixty days. The Trustee's focus has been on working with the secured creditor and CJR on the liquidation of assets on a going concern basis. With that task complete, the Trustee can now turn to preparation of plans and disclosure statements. The Trustee anticipates proposing a consolidated plan and disclosure statement for the Debtors under which a liquidating trust will be formed and vested with all remaining assets and expects that a sixty-day extension will be more than sufficient time to prepare it. Given the challenges presented by this case and the short runway that the Trustee had to liquidate the Debtors' restaurants on a going concern basis, the Trustee believes that cause exists to extend this deadline for sixty additional days.

## III. CONCLUSION

WHEREFORE, the Trustee requests that the Court enter an order:

1. Further extending the deadline for the Trustee to file disclosure statements and plans to December 28, 2026;

2. Vacating the deadline to object to prepetition unsecured claims; and

3. Granting such other relief as the Court may deem just and appropriate.

Dated: October 29, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Bradley D. Sharp,
Chapter 11 Trustee

**DECLARATION OF BRADLEY SHARP**

I, Bradley Sharp, declare as follows:

1. I am the Chapter 11 Trustee of the above-referenced bankruptcy cases. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the motion to amend the Court's most recent scheduling order (the "**Motion**"). Unless otherwise defined in this declaration, all terms defined in the Motion are incorporated herein by this reference.

2. I was appointed as the chapter 11 trustee on June 16, 2026. The cases were on a sale trajectory before my appointment and I stayed that course, obtaining approval to retain National Franchise Sales to market the Debtors' restaurants. Because I had a limited runway to market and sell the Debtors' assets because of cash collateral issues and because of the deadline to assume or reject leases, my focus has been on selling as many locations as I could. As of the submission of this Motion, I have obtained Court authority to sell 32 locations, have rejected a number of other leases, and am transitioning a handful of locations back to Carl's Jr. Restaurants, LLC. Those sales are expected to close today. Once the closings occur, the Debtors' operations will have ceased.

3. With the operational aspect of this case complete, I can now turn towards the exit strategy for these cases. I anticipate proposing a liquidating "pot plan" where the Debtors' remaining assets, primarily consisting of potential litigation claims, are vested in a liquidating trust for the benefit of unsecured creditors, including any unpaid administrative claims. It is unclear what the ultimate recovery for creditors will be at this time. We will shortly be filing a motion to set an administrative claims bar date.

4. Because it is presently unclear what amount, if any, will be available for distribution to prepetition creditors, I do not believe it is prudent to incur fees reviewing and objecting to prepetition claims when it is unclear if there will be funds available for distribution to them. Accordingly, I am requesting that the Court vacate the deadline to object to claims in favor of addressing that issue in the plans that will be proposed

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of October 2026 at San Juan Capistrano, California.

Bradley Sharp, Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISCLOSURE STATEMENTS AND PLANS AND TO VACATE THE DEADLINE TO OBJECT TO PREPETITION CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF BRADLEY SHARP IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

-- and --

Jordan N. Kelly, PA State Bar No. 328896 (*Admitted Pro Hac Vice*)
jkelly@raineslaw.com
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412899-6487

Counsel for Bradley D. Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

SUN GIR INCORPORATED, *et al.*,

Debtor.

☐ Affects Sun Gir Incorporated
☐ Affects Harshad & Nasir, Incorporated
☐ Affects Senior Classic Leasing, LLC
☐ Affects DFG Restaurants Incorporated
☐ Affects Second Star Holdings, LLC
☐ Affects Third Star Investments, LLC
☒ **Affects All Debtors**

Case No.: 8:26-bk-11056-SC

Chapter: 11

(Jointly Administered with Case Nos. 8:26-bk-11057-SC; 8:26-bk-11058-SC; 8:26-bk-11060-SC; 8:26-bk-11061-SC; 8:26-bk-11062-SC)

**NOTICE OF MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISCLOSURE STATEMENTS AND PLANS AND TO VACATE THE DEADLINE TO OBJECT TO PREPETITION CLAIMS; AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Bradley Sharp, the chapter 11 trustee (the "**Trustee**") for the above-captioned debtors (together, the "**Debtors**"), has filed a motion (the "**Motion**") with the Court requesting that the *Scheduling Order After August Status Conference* entered on August 7, 2026 [Doc. No. 387], be amended to extend the deadlines set by the Court for the Trustee to file disclosure statements and plans by sixty (60) days and to vacate the deadline to object to prepetition claims.

On April 2, 2026, the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code. The cases are being jointly administered. The Debtors operate Carl's Jr. restaurant locations throughout California.

In May 2026, the Court *sua sponte* issued an order to show cause why a chapter 11 trustee should not be appointed. On June 3, 2026, the Court ordered the appointment of a chapter 11 trustee. On June 17, 2026, the Court entered an *Order Approving U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee* [Doc. No. 273], appointing the Trustee effective June 16, 2026.

When the Trustee was appointed, the Court had set July 31, 2026, as the deadline for the Debtors to file their disclosure statements and plans and September 18, 2026, as the deadline to object to claims. After the Trustee's appointment and at the request of the Trustee, the Court previously extended the deadline for the filing of disclosure statements and plans to October 29, 2026, and the deadline for the objection to claims to December 17, 2026. *See Scheduling Order After August Status Conference* [Doc. No. 387].

The cases were on a sale trajectory before the Trustee's appointment and the Trustee stayed that course, obtaining approval to retain National Franchise Sales to market the Debtors' restaurants. Because the Trustee had a limited runway to market and sell the Debtors' assets because of cash collateral issues and because of the deadline to assume or reject leases, the Trustee's focus has been on selling as many locations as he could. As of the submission of this Motion, the Trustee has obtained Court authority to sell 32 locations, has rejected a number of other leases, and is transitioning a handful of locations back to Carl's Jr. Restaurants, LLC. Those sales are expected to close on or about October 29, 2026. Once the closings occur, the Debtors' operations will have ceased.

With the operational aspect of this case complete, the Trustee can now turn towards the exit strategy for these cases. The Trustee anticipates proposing a liquidating "pot plan" where the Debtors' remaining assets, primarily consisting of potential litigation claims, are vested in a liquidating trust for the benefit of unsecured creditors, including any unpaid administrative claims. It is unclear what the ultimate recovery for creditors will be at this time. The Trustee will shortly be filing a motion to set an administrative claims bar date.

With respect to the claim objections, it is presently unclear what amount, if any, will be available for distribution to prepetition creditors. The Trustee does not believe it is prudent to incur fees reviewing and objecting to prepetition claims when it is unclear if there will be funds available for distribution to them. Accordingly, the Trustee is requesting that the Court vacate the deadline to object to claims in favor of addressing that issue in the plans that will be proposed.

With respect to the deadline for submission of plans and disclosure statements, the Trustee requests an additional sixty days. The Trustee's focus has been on working with the secured creditor and CJR on the liquidation of assets on a going concern basis. With that task complete, the Trustee can now turn to preparation of plans and disclosure statements. The Trustee anticipates proposing a consolidated plan and disclosure statement for the Debtors

under which a liquidating trust will be formed and vested with all remaining assets and expects that a sixty-day extension will be more than sufficient time to prepare it. Given the challenges presented by this case and the short runway that the Trustee had to liquidate the Debtors' restaurants on a going concern basis, the Trustee believes that cause exists to extend this deadline for sixty additional days.

**FOR FURTHER INFORMATION**, please see the Motion that is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE NOTICE that any opposition and request for a hearing must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within fourteen (14) days of service of this Notice if you were served electronically or seventeen (17) days if you were served with this Notice electronically. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Dated: October 29, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Counsel for Bradley D. Sharp,
Chapter 11 Trustee
Bradley Sharp, Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISCLOSURE STATEMENTS AND PLANS AND TO VACATE THE DEADLINE TO OBJECT TO PREPETITION CLAIMS; AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

2. **<u>SERVED BY UNITED STATES MAIL</u>**:

***<u>20 Largest Unsecured Creditors</u>***
***Consolidated with Case Nos.:***
***8:26-bk-11056-SC; 8:26-bk-11057-SC;***
***8:26-bk-11058-SC; 8:26-bk-11060-SC***
***8:26-bk-11061-SC; & 8:26-bk-11062-SC***

Burbank City Hall
275 E Olive Ave
Burbank, CA 91502

Glendale City Hall
613 E. Broadway
Glendale, CA 91206

Humana Dental Insurance Co
1100 Employers Boulevard
De Pere, WI 54115

Steve Cerveris
246 N Pass Ave.
Burbank, CA 91505

Super Star Plumbing Inc
6447 Clarat St.
Bell Gardens, CA 90201

Airgas USA LLC
259 N Radnor-Chester Rd., Ste 100
Wayne, PA 19087

All Temperatures Controlled Inc
9720 Topanga Canyon Pl
Chatsworth, CA 91311

California Water Service Co
1720 N 1st St,
San Jose, CA 95112

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Flue Steam, Inc
5734 Bankfield Ave.
Culver City, CA 90230

Freund Baking Company
2050 S. Tubeway Ave.
Los Angeles, CA 90040

Lauro Manuel Escobedo
11330 Frankmont St.,
El Monte, CA 91732

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope St., 43rd Fl.
Los Angeles, CA 90071

Xenial, Inc.
3420 Toringdon Way, Suite 400
Charlotte, NC 28277

California Department of Tax and Fee Administration
651 Bannon St., Ste 100
Sacramento, CA 95811-0299

LADWP
PO Box 30808
Los Angeles, CA 90030

The Gas Company
P.O. Box C
Monterey Park, CA 91754

United States Fire Insurance Co.
Crum & Forster Legal Department
305 Madison Ave.
Morristown, NJ 07960

McMillion & Hirtensteiner, LLP
16835 Algonquin Street, Suite 303
Huntington Beach, CA 92649

Republic Services
PO Box 60586
City of Industry, CA 91716

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Tower
Los Angeles, CA 90067

California State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873

Carl Karcher Enterprises, Inc (CKE)
6700 Tower Circle, Ste 1000
Franklin, TN 37067

City of Santa Rosa
Business Tax Support Center
8839 N Cedar Ave. # 212
Fresno, CA 93720

Michael Blaich
MB Mechanical
PO Box 146
Vacaville, CA 95696

Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19175-0220

Harshad Dharod
Chetna Dharod
38 Shoreridge
Newport Coast, CA 92657

McLane Foodservice, Inc
c/o Alston & Bird LLP
Attn: Jacob Johnson
1201 West Peachtree St.
Atlanta, GA 30309

Tiger Inc.
7812 East 108th St, Suite C
Tulsa, OK 74133

Recology Sonoma Marin, Inc.
3400 Standish Ave.
Santa Rosa, CA 95407

City of Pasadena
100 N. Garfield Ave.
Pasadena, CA 91101

Coca-Cola North America,
a Division of The Coca-Cola Company
One Coca-Cola Plaza NW
Atlanta, GA 30301

City of Healsburg
PO Box 787
Healdsburg, CA 95448

Clearlake Waste Solution, Inc
A Waste Connections Company
PO Box 7428
Pasadena, CA 91109

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Smythe Law Group, Inc.
1028 N Lake Ave #101
Pasadena, CA 91104

Suburban Propane LP
PO Box 12027
Fresno, CA 93776

Blue Valley Investments, LLC
1 Centerpointe Dr, Ste 400
La Palma, CA 90623

CDP Leasing
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Dharod Family Trust
1 Centerpointe Drive, Suite 400
La Palma, CA 90623

NWS Star Management, LLC
1 Centerpointe Drive., Suite 400,
La Palma, CA 90623

RCIH LLC
1 Centerpointe Drive., Suite 400
La Palma, CA 90623

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Sun Gir Incorporated
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

SVS Network Hardees
1 Centerpointe Dr., Suite 400
La Palma, CA 90623

Senior Classic Leasing, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

Employee wage claims (aggregate)
1 Centerpointe Dr. Ste. 400
La Palma, CA 90623

Central Street Management, LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

DFG Restaurants, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Franchisees Corporation Central
Street Management LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

Harshad & Nasir, Incorporated
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Second Star Holdings, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

SNSD Restaurants LLC
1 Centerpointe Drive, #400,
La Palma, CA 90623

Third Star Investments LLC
1 Centerpointe Dr., Ste. 400
La Palma, CA 90623

Friendly Maintenance, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **11/18/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/18/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael John Agoglia** michael.agoglia@alston.com, melanie.Mizrahie@alston.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Neama Cory Barari** nbarari@caskeyholzman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Max Casal** mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
- **Martin P Eramo** MPEramo@aol.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Lior Katz** lior@katzlaw.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Atle T. Saterbak** asaterbak@winthrop.com
- **William Schumacher** wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Andrew J Steil** asteil@winthrop.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com